B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _MARYLAND_

**In re**

_CHANCE & ANTHEM, LLC_                    Case No. _18- 11168_

**Debtor**                                                Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _—0—_

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ _— 0—_

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _—0—_

2.  The source of the compensation paid to me was:

    ☐ Debtor            ☐ Other (specify)    _N/A_

3.  The source of compensation to be paid to me is:

    ☐ Debtor            ☐ Other (specify)    _N/A_

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.    _N/A_

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_1-29-2018_
Date

_____
Signature of Attorney

SISKIND LEGAL
Name of law firm