United States Bankruptcy Court
District of Maryland

In Re: Chance & Anthem, LLC                          Case Number:  18-11168

     Debtor(s)                                        Chapter:  7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 2-12-2018         Signature of Debtor(s):  /s/Jeffrey M. Siskind
                                                 /s/

27120 Ocean Gateway, LLC
7745 Dawson Court
Lake Worth, FL  33467

Delmarva Power
500 N. Wakefield Drive, 2nd Floor
Newark, DE  19702

Bay Area Disposal
POB 189
Owings, MD  20736

Apostle Construction
716 Naylor Mill Road
Salisbury, MD  21801

T.E. Smith & Son, Inc.
2043 Northwood Drive
Salisbury, MD  21801

Beaver Tree Service
POB 2476
Salisbury, MD  21802

Frederick R. Volkwein
2727 Rosemary Avenue #3
West Palm Beach, FL  33407

Richard Neff
2760 Meadowlark Lane
West Palm Beach, Florida  33409

ABK South Properties, LLC
c/o George Booras, Esq.
1371 Hill Ave
Melbourne, FL 32940

3GEN VC, LLC
c/o Gerald Cantor
4000 Hollywood Boulevard #500-N
Hollywood, FL  33021

Richard Bell
16192 Coastal Highway
Lewes, Delaware  19958

All Pro Pool Service
13557 Barberry Drive
Wellington, FL  33414

PTM Electric, Inc.
16971 W. Hialeah Drive
Loxahatchee, FL  33470

Haynes Scaffolding & Supply, Inc.
1210 Ortega Road
West Palm Beach, FL  33405

Wellington 3445, LP
375 Golfside Road
Wexford, PA 15090

David Fiore, et al.
c/o Sofiye Williams, Esq.
500 E. Broward Blvd. #1710
Fort Lauderdale, FL  33394

Sovereign Gaming & Entertainment, LLC
3485 Lago De Talavera
Wellington, FL  33467