UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:  CASE NO. 18-11168

CHANCE & ANTHEM, LLC  CHAPTER 7

　　　　Debtor.
_____/

MOTION TO COMPEL ABANDONMENT OF ADVERSARY CASE
BY TRUSTEE AND REINSTATING ADVERSARY CASE NO. 18-00034

　　　COMES NOW, the Debtor, by and through undersigned counsel, and moves for an order compelling abandonment of the adversary case ("Adversary") brought under this matter by the Chapter 7 trustee, and states:

　　　1.　　Debtor brought an Adversary complaint, case no. 18-00034, and subsequently amended same, against Robert A. Gibson, Steven S. Newburgh and McLaughlin & Stern, LLP for tortious interference and conspiracy to tortuously interfere with Debtor's business transactions, within which Debtor alleged that Defendants willfully and maliciously undertook actions which damaged Debtor.

　　　2.　　Said actions involved the making of false claims against Debtor by Defendants, and which included threatening suit against Debtor's business associates if they shared any information relayed during the telephone calls made by Defendants.

　　　3.　　The allegations made by Debtor can be proved, as can damages which Debtor sustained as the direct and proximate result of Defendants' actions.

　　　4.　　Despite the likelihood that Debtor's estate will successfully prosecute the Adversary action against all Defendants, the Chapter 7 Trustee elected to dismiss same without prejudice.

5. Undersigned counsel attempted to contact the Chapter 7 Trustee to discuss its dismissal of the Adversary and to obtain the Trustee's abandonment of same, but has been unable as of the date of this motion to reach the Trustee.

6. Inasmuch as the Trustee has therefore abandoned litigation which Debtor believes to be a valuable asset of Debtor's estate, Debtor requests that the Court issue an order which confirms that the Trustee abandons any interest in the Adversary, and which permits Debtor to prosecute said litigation on its own behalf.

7. Debtor also requests that the Court issue an order reinstating the Adversary so that Debtor be excused from having to refile the same.

WHEREFORE, Debtor requests that the Court order that the Chapter 7 Trustee has abandoned the Adversary, that Debtor may in its stead proceed with said Adversary, which case is by said order reinstated.

Dated: March 1, 2018

**S I S K I N D   L E G A L**

 */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL 33414
TEL (561) 791-9565
FAX (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this Motion to Compel Abandonment of Adversary Case by Trustee and Reinstating Adversary Case No. 18-00034 was served this 1st day of March, 2018 by postage prepaid U.S. Mail upon all defendants and upon all parties listed on the attached Official Mailing Matrix by U.S. Mail.

 */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire