IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
_____Baltimore_____ Division

| | |
|---|---|
| Chance & Anthem, LLC | * |
| Debtor. | *   Case No. 18-11168-TJC |
| | * |
| | *   Chapter 7 |
| | * |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, __Robert N. Grossbart__, Esquire, a member in good standing of the bar of this Court, moves the admission of __Steven S. Newburgh__ Esquire, to appear pro hac vice in the captioned proceeding as counsel for __Creditors, Frederick Volkwein and David Fiore, et al.__ .

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is not a member of the Bar of Maryland.

2) The proposed admittee does not maintain a law office in Maryland.

3) The proposed admittee is a member in good standing of the bar(s) of the following State and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| FL Bar  10/27/1982 | U.S. District Court, Southern District of FL  6/5/1998 |
| | U.S. Supreme Court  10/21/1996 |
| | U.S. 11th Circuit Court of Appeals  11/19/1996 |

4) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

5) The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

**Local Bankruptcy Form F**

6) The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this court.

7) Co-counsel for the proposed admittee in this proceeding will be the undersigned or Robert N. Grossbart, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8) It is understood that admission pro hac vice does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9) The $100.00 fee for admission pro hac vice is enclosed. (Payment may be made by check or money order payable to: Clerk of Court, United States Bankruptcy Court or paid electronically through CM/ECF.)

10) We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

**Movant –**
Signature: _____
Printed Name: Robert N. Grossbart, Esq.
Firm: Grossbart, Portney & Rosenburg, P.A.
Address: 1 N. Charles St., Ste. 1214
Baltimore, MD 21201-3720

Phone Number: (410) 837-0590
Email: robert@grossbartlaw.com
Maryland U.S. District Court Number: 04116

**Proposed Admittee –**
Signature: _____
Printed Name: Steven S. Newburgh, Esq.
Firm: McLaughlin & Stern PLLC
Address: CityPlace Office Tower
525 Okeechobee Blvd. - Suite 1700
West Palm Beach, FL 33401

Phone Number: (561) 659-4020 Ext. 3027
Email: snewburgh@mclaughlinstern.com

**Local Bankruptcy Form F**
Page Two