IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **18–11168 – TJC**   Chapter: **7**

**Chance & Anthem, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 20 – Motion to Appear pro hac vice, Robert Grossbart at attorney for Frederick Volkwein and David Fiore, et al. Proposed admission of Steven S. Newburgh. Filed by Robert N. Grossbart . (Sukeena, Todd)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 3/20/18. CERTIFICATE OF SERVICE IS NOT FILED FOR PLEADING.**

CURE: A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/6/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410–962–4072

cc:   Debtor
      Attorney for Debtor – Jeffrey Marc Siskind

defntc (rev. 12/12/2016)