UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

CHANCE & ANTHEM, LLC,                                    CASE NO. 18-11168

Debtor.                                                  CHAPTER 7
_____/

**OBJECTION IN RESPONSE TO MOTION TO APPEAR PRO HAC VICE**

COMES NOW the Debtor, by and through undersigned counsel, and objects to creditors Frederick Volkwein and David Fiore et al.'s Motion to Appear Pro Hac Vice, and states:

1. Debtor objects to the pro hac vice admission of Steven S. Newburgh ("Newburgh") for the reasons set forth herein.

2. Newburgh harbors a deep resentment against Debtor's counsel.

3. Less than a week ago, Newburgh breached his ethical duty to the profession by refusing to correspond with Debtor's counsel on a simple administrative matter in a bankruptcy case in Florida.

4. Newburgh's purposeful actions in that Florida case resulted in unnecessary delay.

5. Newburgh is a defendant in an open case brought by Debtor's counsel as plaintiff against Newburgh and others who unethically solicited said counsel's clients.

6. In another Florida case where he represented an adversary of this counsel's client, Newburgh flew into a rage and assaulted counsel during a break in a deposition, which incident required an emergency call and a response from building security.

7. As a result, Counsel has come to believe that Newburgh is not mentally well, and that his involvement in this matter will result in unnecessary delay and additional litigation.

WHEREFORE, Debtor objects to the pro hac vice admission of Steven S. Newburgh in this matter.

**S I S K I N D   L E G A L**

   */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2018, an electronic copy of this paper will be served electronically by the Court's CM/ECF system on the following:

• Robert Grossbart, Esq.    robert@grossbartlaw.com, debra@grossbartlaw.com

• George W. Liebmann, Trustee   Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net;MD25@ecfcbis.com;stifft@lspa.comcastbiz.net

• Jeffrey Marc Siskind     jeffsiskind@msn.com, jeffsiskind@gmail.com

I hereby further certify that on the 7th day of March, 2018, a copy of this paper was also mailed first class mail, postage prepaid to all parties listed on the attached Court's Mailing Matrix.

   */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire