UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                              Case No. 18-11168-TJC

      Debtors.                                                                    Chapter 7

_____/

**RESPONSE TO TRUSTEE'S OBJECTION TO DEBTOR'S
MOTION TO COMPEL ABANDONMENT OF ADVERSARY**

      COMES NOW, the Debtor, by and through undersigned counsel, and responds to George W. Lieberman, Trustee's Opposition to Debtor's Motion to Compel Abandonment of Adversary ("Objection"), and states:

      1.      George W. Lieberman ("Lieberman") was appointed acting Trustee in this case.

      2.      Undersigned counsel has, since being notified of Lieberman's appointment, tried to contact said Trustee at least five (5) times.

      3.      Not once has said Trustee responded to counsel's telephone messages or emails.

      4.      For that reason, the Trustee cannot now complain that he was not consulted prior to the Debtor filing its adversary complaint; Case No. 18-00034.

      5.      It appears from the Trustee's Objection that he dismissed the adversary because he is upset that the Debtor filed it without consulting him.

      6.      However, the Trustee has demonstrably avoided making any contact with Debtor's counsel for reasons unknown to Debtor's counsel.

      7.      The actions which were undertaken by those defendants which were named in the adversary damaged Debtor.

      8.      The adversary is therefore a potentially valuable asset to the estate, from which

creditors could likely obtain some proportionate recovery of their claims, and should not have been dismissed.

9. Debtor will provide the Trustee with any and all documents which support the claims made by Debtor in the adversary matter in order to assist in the Trustee's recovery.

10. Inasmuch as the Trustee is charged with maximizing the value of the estate on behalf of the creditors, he should therefore withdraw its Objection and adopt the reinstated adversary, substituting itself for the Debtor.

11. If, after consultation with Debtor's counsel, the Trustee desires to litigate the merits of the adversary, Debtor consents to substitution of the Trustee as Plaintiff in the reinstated adversary.

WHEREFORE, Debtor responds to the Trustee's Objection by stating that the Adversary Case No. 18-00034 is a potentially valuable asset to the estate which should be litigated by the Trustee, absent which the Trustee should abandon said adversary and permit Debtor to prosecute same.

                          **S I S K I N D   L E G A L**

                          ___*/s/ Jeffrey M. Siskind*___
                          Jeffrey M. Siskind, Esquire
                          3465 Santa Barbara Drive
                          Wellington, FL  33414
                          TEL    (561) 791-9565
                          FAX   (561) 791-9581
                          Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Response to Trustee's Opposition to Debtor's Motion to Compel Abandonment of Adversary was duly served upon all CM/ECF-registered parties this 8th day of March, 2018, which parties are listed below, and by U.S. Mail to all creditors listed on the attached official mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

                                                                ___*/s/ Jeffrey M. Siskind*___
                                                                Jeffrey M. Siskind, Esquire
                                                                FBN 138746