UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                                    Case No. 18-11168-TJC

      Debtors.                                                                          Chapter 7

_____/

## MOTION TO DISQUALIFY ATTORNEY STEVEN S. NEWBURGH

COMES NOW, the Debtor, by and through undersigned counsel, and moves to disqualify attorney Steven S. Newburgh ("Newburgh"), and states:

1.    Newburgh is a defendant in the Adversary, Case No. 18-00034 which, although dismissed without prejudice, is subject to a motion filed by Debtor to reinstate the case, and which requests that the Trustee abandon same. Said motion has not been heard.

2.    The adversary is a potentially valuable asset to the estate, from which creditors could likely obtain some proportionate recovery of their claims, and should not therefore have been dismissed.

3.    Newburgh's status as a defendant in that case presents an unavoidable conflict of interest, which requires his disqualification as counsel for other defendants.

4.    Debtor does not object to Newburgh acting as his own attorney in the reinstated adversary case.

WHEREFORE, Debtor requests that Steven S. Newburgh be disqualified to act as counsel for defendants in this matter.

**S I S K I N D   L E G A L**

___/s/ Jeffrey M. Siskind___

Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Disqualify Steven S. Newburgh was duly served upon all CM/ECF-registered parties this 9th day of March, 2018, which parties are listed below, and by U.S. Mail to all creditors listed on the attached official mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

                                                */s/ Jeffrey M. Siskind*
                                          Jeffrey M. Siskind, Esquire
                                          FBN 138746