UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                              Case No. 18-11168-TJC

        Debtors.                                                                         Chapter 7

_____/

**AMENDED MOTION TO DISQUALIFY ATTORNEY STEVEN S.
NEWBURGH AND THE LAW FIRM MCLAUGHLIN & STERN, PLLC**

      COMES NOW, the Debtor, by and through undersigned counsel, and moves to disqualify attorney Steven S. Newburgh ("Newburgh") and the law firm McLaughlin & Stern, PLLC ("Firm"), and states:

      1.     Newburgh and Firm are defendants in the Adversary, Case No. 18-00034 which, although dismissed without prejudice, is subject to a motion filed by Debtor to reinstate the case, and which requests that the Trustee abandon same.  Said motion has not been heard.

      2.     The adversary is a potentially valuable asset to the estate, from which creditors could likely obtain some proportionate recovery of their claims, and should not therefore have been dismissed.

      3.     The extent of the value of this potential asset was not recognized by Debtor until after the filing of this case, and was therefore not listed as an asset of the estate.  The adversary case was not filed until after this case was filed, so it was not included on the Statement of Financial Affairs.

      4.     Newburgh's and Firm's status as defendants in the adversary case presents an unavoidable conflict of interest, which requires their disqualification as counsel for defendants.

4.      Debtor does not object to Newburgh acting as his own attorney in the reinstated adversary case.

WHEREFORE, Debtor requests that Steven S. Newburgh be disqualified to act as counsel for defendants in this matter.

**S I S K I N D   L E G A L**

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Disqualify Steven S. Newburgh was duly served upon all CM/ECF-registered parties this 9th day of March, 2018, which parties are listed below, and by U.S. Mail to all creditors listed on the attached official mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

                                                ___*/s/ Jeffrey M. Siskind*___
                                                Jeffrey M. Siskind, Esquire
                                                FBN 138746