**DENIED**

Without prejudice. The case is less than 2 months old. The meeting of creditors has yet to be held. The trustee shall have an opportunity to assess the viability of the claim



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

CHANCE & ANTHEM, LLC,      CASE NO. 18-11168

Debtor.      CHAPTER 7
_____/

### ORDER GRANTING DEBTOR'S MOTION TO COMPEL ABANDONMENT OF ADVERSARY CASE AND REINSTATING ADVERSARY CASE NO. 19-00034

THIS CAUSE came before the Court in chambers upon Debtor's Motion to Compel Abandonment of Adversary Case by Trustee and Reinstating Adversary Case No. 18-00034, and the Court having been fully advised upon the premises, does hereby, be it

ADJUDICATED, that the Motion is GRANTED. The adversary case, no. 18-00034, is reinstated. The clerk shall docket a new pretrial order.

###

Submitted by Jeffrey M. Siskind, Esq.
Jeffrey Siskind shall serve this order and file a certificate of service attesting to proper service