IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| CHANCE & ANTHEM, LLC | * | Case No. 18-11168-TJC |
| Debtor(s) | * | (Chapter 7) |

* * * * * * * * * * * * *

**TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION
TO DISQUALIFY CHAPTER 7 TRUSTEE**

George W. Liebmann, Trustee, by his undersigned attorney, Orbie R. Shively, files this opposition to the Debtor's Motion To Disqualify Chapter 7 Trustee (Pl. 38), and in support thereof says:

1. The Debtor in this motion reargues his previous motion to compel abandonment of adversary (Pl. 16). That motion was denied, without prejudice, by this Court's Order (Pl. 36).

2. Hopefully, the Debtor and its attorney[1] will follow through on its commitment to "provide the Trustee with any and all documents which support the claims made by Debtor in the adversary matter in order to assist in the Trustee's recovery." (Pl. 28 at ¶ 9).

3. Similarly, the Debtor and its attorney are requested to promptly provide the Trustee with the Debtor's bank statements for the three years prior to the January 29, 2018 filing of the bankruptcy case, copies of the Debtor's tax returns, financial statements, and income statements for the previous three years, as well as all documents relating to Debtor's ownership interest in

---

[1] There is an overlap between the Debtor's attorney and the Debtor inasmuch as Jeffrey M. Siskind is listed in and signed the Debtor's voluntary petition both as "Managing Member" and as its attorney. Query whether this creates a disqualifying conflict like the one which may have existed in Adversary No. 18-0034 where Jeffrey M. Siskind may not have been able to try a case on behalf of the Debtor because he may be a witness in the matter.

1

Cannamed Pharmacueticals, LLC (listed as an asset in Debtor's schedules, Pl. 11). The Debtor's records are property of the bankruptcy estate and subject to turnover to the Trustee pursuant to 11 U.S.C. § 542.

      WHEREFORE, George W. Liebmann, Trustee, prays that the motion be denied.

                                 */s/ Orbie R. Shively*
                                 Orbie R. Shively (Fed. Bar #04461)
                                 LIEBMANN & SHIVELY, P.A.
                                 8 West Hamilton Street
                                 Baltimore, MD 21201
                                 (410)752-5887
                                 oshively@lspa.comcastbiz.net

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th   day of March 2018, a copy of the foregoing Trustee's Opposition To Debtor's Motion To Disqualify Trustee was served on all parties listed below by the Court's CM/ECF electronic notification system:

18-11168 Notice will be electronically mailed to:

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

*/s/ Orbie R. Shively*
Orbie R. Shively