# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–11168 – TJC**   Chapter: **7**

**Chance & Anthem, LLC**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 37 – Motion to Continue 341 Meeting of Creditors Hearing On Filed by Chance & Anthem, LLC (related document(s)4 Meeting of Creditors Chapter 7). (Attachments: # 1 Creditor Matrix) (Siskind, Jeffrey) |
| | 38 – Motion to disqualify Chapter 7 Trustee Filed by Chance & Anthem, LLC. (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 3/30/18. The Required Proposed Orders were not filed with the Motions.** |
| CURE: | A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3) |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/16/18

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Jean Johnson
> 410–962–4221

cc:   Debtor
      Attorney for Debtor – Jeffrey Marc Siskind

defntc (rev. 12/12/2016)