**DENIED**

Here, the meeting of creditors was scheduled on March 15, 2018, at 9:30 a.m. The motion to continue was filed on March 15, 2018, at 8:44 a.m. The motion was not filed as an emergency motion and the court did not review the motion until March 16, 2018. Thus, the motion to continue is denied as moot because the meeting of creditors has already occurred, and the debtor stated in the motion to continue that debtor's counsel would appear at the meeting of creditors to personally request a continuance.



**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTHEM, LLC,　　　　　　　　Case No. 18-11168

　　　　Debtor.
_____/

### MOTION TO CONTINUE 341 MEETING OF CREDITORS

COMES NOW the Debtor, by and through counsel, and moves to continue the 341 Meeting of Creditors ("Meeting") which is scheduled for today at 9:30 a.m., and states:

1. Debtor's person with the most knowledge is its undersigned counsel, who served as Debtor's managing member through the winding down of its affairs.

2. Counsel is unable to appear due to a recent knee and leg injury which prevents counsel from travelling from his home in Florida to attend the Meeting on behalf of Debtor.

3. Counsel is also scheduled for an MRI examination today in Delray Beach, Florida, which examination was the earliest date and time that counsel could obtain, and which would otherwise conflict with counsel's appearance in Maryland.

4. Counsel contacted the Chapter 7 Trustee's office yesterday to explain his need to reschedule the Meeting and left a message, but did not receive a return call.

5. In fact, despite several messages left by counsel for the Chapter 7 Trustee, not once has the undersigned received a return call.

6. In an abundance of caution, Counsel has arranged to send appearance counsel to the Meeting to request a continuance in person.

7. This is the first request for a continuance by the Debtor.

WHEREFORE, undersigned counsel requests that the Meeting of Creditors be rescheduled on an appropriate date and time.



**SISKIND LEGAL**

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL 33414
TEL   (561) 791-9565
FAX   (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Continue 341 Meeting of Creditors will be served upon all CM/ECF-registered parties this 15th day of March, 2017, and by U.S. Mail upon all non-registered parties as shown on the attached mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

**18-11168 Notice will not be electronically mailed to:**

Debtor(s): Chance & Anthem, LLC
Steven S. Newburgh on behalf of Creditor David Fiore
McLaughlin & Stern PLLC
City Place Office Tower
525 Okeechobee Blvd, Suite 1700
West Palm Beach, FL 33401

Steven S. Newburgh on behalf of Creditor Frederick Volkwein
McLaughlin & Stern PLLC
City Place Office Tower
525 Okeechobee Blvd, Suite 1700
West Palm Beach, FL 33401

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire

DENIED