**DENIED**

The motion is denied without prejudice. The meeting of creditors has been continued and the trustee must have an opportunity to investigate the affairs of the debtor.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTHEM, LLC,   Case No. 18-1116

Debtor.

_____/

## MOTION TO DISQUALIFY CHAPTR 7 TRUSTEE

COMES NOW the Debtor, by and through counsel, and moves to disqualify George Liebmann ("Liebmann"), the Chapter 7 Trustee, for cause, and states:

1. After filing this case, Debtor's counsel placed several telephone calls and sent several emails to Liebman in several attempts to discuss pertinent matters, copies of which emails are attached to this motion.

2. Not once did Liebmann return a call or respond to an email from counsel.

3. Liebmann's failure to respond has prejudiced both the Debtor and its creditors.

4. Moreover, Debtor filed an adversary case which could amount to a substantial recovery on behalf of the estate, with which creditors would realize value.

5. Rather than adopt said adversary matter, Liebmann summarily dismissed it, which dismissal likely would not have occurred had Liebmann discussed the matter with counsel.

6. The nature of this case requires that the Chapter 7 Trustee coordinate its efforts with Debtor in order to afford the best possible recovery for creditors.

7. The Court should therefore replace the Chapter 7 Trustee with someone who will communicate with the Debtor.

WHEREFORE, Debtor requests that the Court disqualify George Liebmann and appoint a replacement Chapter 7 Trustee, and for such other and further relief as appropriate.

SISKIND LEGAL

/s/ *Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL 33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Continue 341 Meeting of Creditors will be served upon all CM/ECF-registered parties this 15th day of March, 2017, and by U.S. Mail upon all non-registered parties as shown on the attached mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com,
debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com,
debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

Steven S. Newburgh snewburgh@mclaughlinstern.com,
mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com,
mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com,
mgarcia@mclaughlinstern.com

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

**18-11168 Notice will not be electronically mailed to:**



Debtor(s): Chance & Anthem, LLC
Steven S. Newburgh on behalf of Creditor David Fiore
McLaughlin & Stern PLLC
City Place Office Tower
525 Okeechobee Blvd, Suite 1700
West Palm Beach, FL 33401

Steven S. Newburgh on behalf of Creditor Frederick Volkwein
McLaughlin & Stern PLLC
City Place Office Tower
525 Okeechobee Blvd, Suite 1700
West Palm Beach, FL 33401

                                                                                             /s/ Jeffrey M. Siskind
                                                                                             Jeffrey M. Siskind, Esquire



jeffsiskind@msn.com

**From:** Jeffrey Siskind
**Sent:** Friday, February 23, 2018 11:10 AM
**To:** 'george.liebmann@verizon.net'
**Subject:** Chance & Anthem, LLC CH7 case

Please return my call pertaining to the Chance & Anthem, LLC bankruptcy. I have left two messages. Bet way to reach me is my cell; 561-352-9166.

Jeffrey M. Siskind, Esquire
**SISKIND LEGAL**
3465 Santa Barbara Drive
Wellington, FL 33414
TEL 561-791-9565
FAX 561-791-9581
CELL 561-352-9166
jeffsiskind@msn.com
jeffsiskind@gmail.com



1

**jeffsiskind@msn.com**

**From:** Jeffrey Siskind
**Sent:** Thursday, March 1, 2018 6:51 PM
**To:** 'oshively@lspa.comcastbiz.net'; 'MD25@ecfcbis.com'; 'stifft@lspa.comcastbiz.net'; 'Gliebmann@lspa.comcastbiz.net'
**Subject:** Chance & Anthem, LLC Chapter 7

George – I have tried to reach you, and left two messages. I would like to obtain your consent to abandon the adversary matter so that I can reinstate it. Please get in touch. Also, I learned today that we have a mutual acquaintance; Joe Imbesi. He did some bankruptcy work in Maryland but lives in Florida now. Hope to hear from you soon.

Jeffrey M. Siskind, Esquire
**SISKIND LEGAL**
3465 Santa Barbara Drive
Wellington, FL 33414
TEL 561-791-9565
FAX 561-791-9581
CELL 561-352-9166
jeffsiskind@msn.com
jeffsiskind@gmail.com



1

```
Label Matrix for local noticing        27120 Ocean Gateway, LLC              3GEN VC, LLC
0416-1                                 7745 Dawson Court                     c/o Gerald Cantor
Case 18-11168                          Lake Worth, FL 33467-7719             4000 Hollywood Boulevard #500-N
District of Maryland                                                         Hollywood, FL 33021-1224
Baltimore
Thu Mar  1 19:37:11 EST 2018

ABK South Properties, LLC              All Pro Pool Service                  Apostle Construction
c/o George Booras, Esq.                13557 Barberry Drive                  716 Naylor Mill Road
1371 Hill Ave                          Wellington, FL 33414-8518             Salisbury, MD 21801-1114
Melbourne, FL 32940-6948


Bay Area Disposal                      Beaver Tree Service                   Chance & Anthem, LLC
POB 189                                POB 2476                              3445 Santa Barbara Drive
Owings, MD 20736-0189                  Salisbury, MD 21802-2476              Wellington, FL 33414-7269


Comptroller of the Treasury            David Fiore, et al.                   Delmarva Power
Compliance Division, Room 409          c/o Sofiye Williams, Esq.             500 N. Wakefield Drive
301 W. Preston Street                  500 E. Broward Blvd.                  2nd Floor
Baltimore, MD 21201-2305               #1710                                 Newark, DE 19702-5440
                                       Fort Lauderdale, FL 33394-3012


Delmarva Power & Light Co.             Edgar A. Baker, Jr., Esq.             Frederick R. Volkwein
500 N Wakefield Dr Fl 2                Wicomico County Department of Law     2727 Rosemary Avenue #3
Newark, DE 19702-5440                  125 North Division Street, Room 101   West Palm Beach, FL 33407-5310
                                       Salisbury, MD 21801-5030


Haynes Scaffolding & Supply, Inc.      George W. Liebmann                    PTM Electric, Inc.
1210 Ortega Road                       Liebmann & Shively, P.A.              16971 W. Hialeah Drive
West Palm Beach, FL 33405-1077         8 W Hamilton Street                   Loxahatchee, FL 33470-3729
                                       Baltimore, MD 21201-5008


Richard Bell                           Richard Bell                          Richard Neff
16192 Coastal Highway                  16192 Coastal Highway                 2760 Meadowlark Lane
Lewes, DE 19958-3608                   Lewes, Delaware 19958-3608            West Palm Beach, Florida 33409-2019


Jeffrey Marc Siskind                   Sovereign Gaming & Entertainment, LLC State of Maryland DLLR
Siskind Legal Group                    3485 Lago De Talavera                 Division of Unemployment Insurance
3465 Santa Barbara Drive               Wellington, FL 33467-1071             1100 N. Eutaw Street, Room 401
Wellington, FL 33414-7269                                                    Baltimore, MD 21201-2225


T.E. Smith & Son, Inc.                 Wellington 3445, LP
2043 Northwood Drive                   375 Golfside Road
Salisbury, MD 21801-7800               Wexford, PA 15090-9419
```

[DENIED watermark overlaid on page]

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)27120 Ocean Gateway, LLC          (d)3GEN VC, LLC                      (d)ABK South Properties, LLC
7745 Dawson Court                    c/o Gerald Cantor                    c/o George Booras, Esq.
Lake Worth, FL 33467-7719            4000 Hollywood Boulevard #500-N      1371 Hill Avenue
                                     Hollywood, FL 33021-1224             Melbourne, FL 32940-6948


(d)All Pro Pool Service              (d)Apostle Construction              (d)Bay Area Disposal
13557 Barberry Drive                 716 Naylor Mill Road                 POB 189
Wellington, FL 33414-8518            Salisbury, MD 21801-1114             Owings, MD 20736-0189


(d)Beaver Tree Service               (d)David Fiore, et al.               (d)Frederick R. Volkwein
POB 2476                             c/o Sofiye Williams, Esq.            2727 Rosemary Avenue #3
Salisbury, MD 21802-2476             500 E. Broward Blvd. #1710           West Palm Beach, FL 33407-5310
                                     Fort Lauderdale, FL 33394-3012


(d)Haynes Scaffolding & Supply, Inc. (d)PTM Electric, Inc.                (d)Richard Neff
1210 Ortega Road                     16971 W. Hialeah Drive               2760 Meadowlark Lane
West Palm Beach, FL 33405-1077       Loxahatchee, FL 33470-3729           West Palm Beach, Florida 33409-2019


(u)Sovereign Gaming & Entertainment, LLC  (d)T.E. Smith & Son, Inc.       End of Label Matrix
INVALID ADDRESS PROVIDED             2043 Northwood Drive                 Mailable recipients   25
                                     Salisbury, MD 21801-7800             Bypassed recipients   14
                                                                          Total                 39
```



DENIED