It appears that the movant failed to serve Steven S. Newburgh, Esq.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–11168 – TJC**   Chapter: 7

**Chance & Anthem, LLC**
Debtor

## ORDER VACATING ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Upon review of the file herein, and in the exercise of the court's discretion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order entitled ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE , entered on March 7, 2018, is hereby VACATED.

cc:   Debtor
      Attorney for Debtor – Jeffrey Marc Siskind
      Case Trustee – George W. Liebmann
      U.S. Trustee

**End of Order**

40x06 (rev. 08/18/2009) – tsukeena*