Entered: March 27th, 2018
Signed: March 26th, 2018

**DENIED**

The motion is denied without prejudice. The meeting of creditors has been continued and the trustee must have an opportunity to investigate the affairs of the debtor.




THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTHEM, LLC, Case No. 18-11168

Debtor.

**MOTION TO DISQUALIFY CHAPTR 7 TRUSTEE**

COMES NOW the Debtor, by and through counsel, and moves to disqualify George Liebmann ("Liebmann"), the Chapter 7 Trustee, for cause, and states:

1. After filing this case, Debtor's counsel placed several telephone calls and sent several emails to Liebman in several attempts to discuss pertinent matters, copies of which emails are attached to this motion.

2. Not once did Liebmann return a call or respond to an email from counsel.

3. Liebmann's failure to respond has prejudiced both the Debtor and its creditors.

4. Moreover, Debtor filed an adversary case which could amount to a substantial recovery on behalf of the estate, with which creditors would realize value.

5. Rather than adopt said adversary matter, Liebmann summarily dismissed it, which dismissal likely would not have occurred had Liebmann discussed the matter with counsel.

6. The nature of this case requires that the Chapter 7 Trustee coordinate its efforts with Debtor in order to afford the best possible recovery for creditors.

7. The Court should therefore replace the Chapter 7 Trustee with someone who will communicate with the Debtor.

WHEREFORE, Debtor requests that the Court disqualify George Liebmann and appoint a replacement Chapter 7 Trustee, and for such other and further relief as appropriate.

**SISKIND LEGAL**

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL 33414
TEL (561) 791-9565
FAX (561) 791-9581
Email: jeffsiskind@msn.com

DENIED

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Continue 341 Meeting of Creditors will be served upon all CM/ECF-registered parties this 15th day of March, 2017, and by U.S. Mail upon all non-registered parties as shown on the attached mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com, mgarcia@mclaughlinstern.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

**18-11168 Notice will not be electronically mailed to:**

Debtor(s): Chance & Anthem, LLC
Steven S. Newburgh on behalf of Creditor David Fiore
McLaughlin & Stern PLLC
City Place Office Tower
525 Okeechobee Blvd, Suite 1700
West Palm Beach, FL 33401

Steven S. Newburgh on behalf of Creditor Frederick Volkwein
McLaughlin & Stern PLLC
City Place Office Tower
525 Okeechobee Blvd, Suite 1700
West Palm Beach, FL 33401




*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire

**jeffsiskind@msn.com**

| | |
|---|---|
| **From:** | Jeffrey Siskind |
| **Sent:** | Friday, February 23, 2018 11:10 AM |
| **To:** | 'george.liebmann@verizon.net' |
| **Subject:** | Chance & Anthem, LLC CH7 case |

Please return my call pertaining to the Chance & Anthem, LLC bankruptcy. I have left two messages. Bet way to reach me is my cell; 561-352-9166.


Jeffrey M. Siskind, Esquire




3465 Santa Barbara Drive
Wellington, FL 33414
TEL 561-791-9565
FAX 561-791-9581
CELL 561-352-9166
jeffsiskind@msn.com
jeffsiskind@gmail.com


DENIED

**jeffsiskind@msn.com**

**From:** Jeffrey Siskind
**Sent:** Thursday, March 1, 2018 6:51 PM
**To:** 'oshively@lspa.comcastbiz.net'; 'MD25@ecfcbis.com'; 'stifft@lspa.comcastbiz.net'; 'Gliebmann@lspa.comcastbiz.net'
**Subject:** Chance & Anthem, LLC Chapter 7

George – I have tried to reach you, and left two messages. I would like to obtain your consent to abandon the adversary matter so that I can reinstate it. Please get in touch. Also, I learned today that we have a mutual acquaintance; Joe Imbesi. He did some bankruptcy work in Maryland but lives in Florida now. Hope to hear from you soon.

Jeffrey M. Siskind, Esquire
SISKIND LEGAL
3465 Santa Barbara Drive
Wellington, FL 33414
TEL 561-791-9565
FAX 561-791-9581
CELL 561-352-9166
jeffsiskind@msn.com
jeffsiskind@gmail.com

