UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                  Case No. 18-11168-TJC

        Debtors.                                              Chapter 7

_____/

## NOTICE OF FILING

COMES NOW, the Debtor, by and through undersigned counsel, and notices the filing of the attached order in the Southern District of Florida staying this matter pending resolution of a motion to transfer case filed in the Southern District of Florida.

S I S K I N D   L E G A L

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL  33414
TEL   (561) 791-9565
FAX   (561) 791-9581
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Filing was duly served upon all CM/ECF-registered parties this 27th day of March, 2018, which parties are listed below, and by U.S. Mail to all creditors listed on the attached official mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net,

oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

Steven S. Newburgh snewburgh@mclaughlinstern.com


        ___/s/ Jeffrey M. Siskind___
        Jeffrey M. Siskind, Esquire
        FBN 138746



ORDERED in the Southern District of Florida on March 22, 2018.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 13-13096-PGH

JEFFREY MARC SISKIND,                                                  Chapter 11

      Debtor.
_____/

**PRELIMINARY ORDER ON CREDITORS' EMERGENCY MOTION TO TRANSFER VENUE OF RELATED CASE AND FOR STAY OF RELATED CHAPTER 7 PROCEEDINGS IN THE DISTRICT OF MARYLAND PENDING JUDICIAL DETERMINATION AND STAYING, IN PART, CHANCE & ANTHEM, LLC CHAPTER 7 PROCEEDINGS IN THE DISTRICT OF MARYLAND, BALTIMORE DIVISION, PENDING FINAL DETERMINATION OF CREDITORS' MOTION TO TRANSFER <u>VENUE PURSUANT TO FRBP 1014(b)</u>**
[re: ECF No. 695]

**THIS MATTER** came before the court, March 16, 2018 at 9:30 A.M, on *Creditors' Emergency Motion to Transfer Venue of Related Case and For Stay of Related Chapter 7 Proceedings in the District of Maryland Pending Judicial Determination* [ECF No. 695] (the "Motion") and the Court, having heard argument of counsel, considered the Motion, the exhibits thereto and the filings of record in the Chance & Anthem, LLC proceedings, including the Petition,

Schedules and Statements filed by the Debtor as the Managing Member of Chance & Anthem, LLC, an administratively dissolved Florida LLC, in the Maryland Chapter 7 proceedings, it is hereby

**ORDERED** as follows:

1. Ruling on the Motion [ECF No. 695] is deferred pending final determination by this Court.

2. The Debtor, Jeffrey Marc Siskind, shall file a Response to the Motion on or before March 23, 2018 on behalf of the dissolved Florida LLC, Chance and Anthem.

3. The Creditors/Movants shall file a Reply to the Response to the Motion on or before March 30, 2018.

4. Pending final determination, the Chapter 7 proceedings pending in the United States Bankruptcy Court, District of Maryland, Baltimore Division, Case No. 18-000034-TJC, are hereby **STAYED** to the extent that neither the Debtor herein, acting as Managing Member of the Florida LLC, Chance & Anthem, nor the movants, shall file further motions or pleadings in the Maryland Bankruptcy Court, pending further order of this Court.

5. Nothing contained in this Order shall in any way be construed as a restriction on the right of the Chance & Anthem, LLC Chapter 7 Trustee, the Office of the United States Trustee for the District of Maryland or the Bankruptcy Court for the District of Maryland to file any motion(s) or to initiate any proceedings in the Maryland Chapter 7 case, or to issue any orders, including, but not limited to any motion to transfer venue, which the Chapter 7 Trustee, the Office of the United States Trustee for the District of Maryland or the Maryland Bankruptcy Court may deem necessary or appropriate in the exercise of their power and authority.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern PLLC
525 Okeechobee Boulevard, Suite 1700
West Palm Beach, FL 33401
(561) 659-4020 Ext. 3027
snewburgh@mclaughlinstern.com

_____
*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*