# Detail by Entity Name

**Florida Limited Liability Company**
CHANCE & ANTHEM, LLC

## Filing Information

| | |
|---|---|
| Document Number | L14000158320 |
| FEI/EIN Number | 47-5238291 |
| Date Filed | 10/09/2014 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/22/2017 |
| Event Effective Date | NONE |

## Principal Address

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401

## Mailing Address

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401

## Registered Agent Name & Address

SISKIND, WILLIAM L
525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401

Name Changed: 10/05/2015

## Authorized Person(s) Detail

**Name & Address**

Title MGRM

SISKIND, JEFFREY M
525 S. FLAGLER DRIVE #500
WEST PALM BEACH, FL 33401

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2015 | 10/05/2015 |
| 2016 | 05/01/2016 |

## Document Images

| | |
|---|---|
| 05/01/2016 -- ANNUAL REPORT | View image in PDF format |
| 10/05/2015 -- REINSTATEMENT | View image in PDF format |
| 10/09/2014 -- Florida Limited Liability | View image in PDF format |

EXHIBIT 3

## 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000158320

Entity Name: CHANCE & ANTHEM, LLC

**FILED**
**May 01, 2016**
Secretary of State
CC9157986379

**Current Principal Place of Business:**

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401

**Current Mailing Address:**

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401 US

FEI Number: 47-5238291

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

SISKIND, WILLIAM L
525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: WILLIAM SISKIND                                                                                   05/01/2016
Electronic Signature of Registered Agent                                                                     Date

**Authorized Person(s) Detail :**

Title            MGRM
Name             SISKIND, JEFFREY M
Address          525 S. FLAGLER DRIVE #500
City-State-Zip:  WEST PALM BEACH FL 33401

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JEFFREY SISKIND                                   MGRM                                            05/01/2016
Electronic Signature of Signing Authorized Person(s) Detail                                                  Date

## 2015 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L14000158320

**Entity Name:** CHANCE & ANTHEM, LLC

**FILED**
Oct 05, 2015
Secretary of State
CR7933148062

**Current Principal Place of Business:**

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401

**Current Mailing Address:**

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401 US

**FEI Number:** APPLIED FOR

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SISKIND, WILLIAM L
525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL 33401 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | WILLIAM SISKIND | | 10/05/2015 |
|---|---|---|---|
| | Electronic Signature of Registered Agent | | Date |

**Authorized Person(s) Detail :**

| Title | MGRM |
|---|---|
| Name | SISKIND, JEFFREY M |
| Address | 525 S. FLAGLER DRIVE #500 |
| City-State-Zip: | WEST PALM BEACH FL 33401 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: JEFFREY SISKIND | MGRM | 10/05/2015 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

# Electronic Articles of Organization For Florida Limited Liability Company

L14000158320
FILED 8:00 AM
October 09, 2014
Sec. Of State
jdharris

## Article I

The name of the Limited Liability Company is:

CHANCE & ANTHEM, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL. 33401

The mailing address of the Limited Liability Company is:

525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL. 33401

## Article III

The name and Florida street address of the registered agent is:

WILLIAM L SISKIND
525 S. FLAGLER DRIVE
STE. 501
WEST PALM BEACH, FL. 33401

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   WILLIAM L SISKIND

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MBR
WILLIAM L SISKIND
525 S. FLAGLER DRIVE, STE. 501
WEST PALM BEACH, FL. 33401

Title: MGR
JEFFREY M SISKIND
525 S. FLAGLER DRIVE #500
WEST PALM BEACH, FL. 33401  UN

Signature of member or an authorized representative

Electronic Signature: WILLIAM SISKIND

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

L14000158320
FILED 8:00 AM
October 09, 2014
Sec. Of State
jdharris