| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 18-11168<br>District of Maryland<br>Baltimore<br>Tue Apr 24 15:17:22 EDT 2018 | Chance & Anthem, LLC<br>3445 Santa Barbara Drive<br>Wellington, FL 33414-7269 | 27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 |
| 3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 | ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Ave<br>Melbourne, FL 32940-6948 | All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 |
| Apostle Construction<br>716 Naylor Mill Road<br>Salisbury, MD 21801-1114 | Bay Area Disposal<br>POB 189<br>Owings, MD 20736-0189 | Beaver Tree Service<br>POB 2476<br>Salisbury, MD 21802-2476 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | David Fiore, et al.<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>#1710<br>Fort Lauderdale, FL 33394-3012 | Delmarva Power<br>500 N. Wakefield Drive<br>2nd Floor<br>Newark, DE 19702-5440 |
| Delmarva Power & Light Co.<br>500 N Wakefield Dr Fl 2<br>Newark, DE 19702-5440 | Edgar A. Baker, Jr., Esq.<br>Wicomico County Department of Law<br>125 North Division Street, Room 101<br>Salisbury, MD 21801-5030 | Frederick R. Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 |
| Haynes Scaffolding & Supply, Inc.<br>1210 Ortega Road<br>West Palm Beach, FL 33405-1077 | PTM Electric, Inc.<br>16971 W. Hialeah Drive<br>Loxahatchee, FL 33470-3729 | Richard Bell<br>16192 Coastal Highway<br>Lewes, DE 19958-3608 |
| Richard Bell<br>16192 Coastal Highway<br>Lewes, Delaware 19958-3608 | Richard Neff<br>2760 Meadowlark Lane<br>West Palm Beach, Florida 33409-2019 | Sovereign Gaming & Entertainment, LLC<br>3485 Lago De Talavera<br>Wellington, FL 33467-1071 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 | Wellington 3445, LP<br>375 Golfside Road<br>Wexford, PA 15090-9419 |
| David Fiore<br>c/o Sofiye Williams, Esq<br>500 E. Broward Blvd<br>#1710<br>Fort Lauderdale, FL 33394-3012 | Frederick Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 | George W. Liebmann<br>Liebmann & Shively, P.A.<br>8 W Hamilton Street<br>Baltimore, MD 21201-5008 |
| Jeffrey Marc Siskind<br>Siskind Legal Group<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | (d)3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 | (d)ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Avenue<br>Melbourne, FL 32940-6948 |
| (d)All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 | (d)Apostle Construction<br>716 Naylor Mill Road<br>Salisbury, MD 21801-1114 | (d)Bay Area Disposal<br>POB 189<br>Owings, MD 20736-0189 |
| (d)Beaver Tree Service<br>POB 2476<br>Salisbury, MD 21802-2476 | (d)David Fiore, et al.<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd. #1710<br>Fort Lauderdale, FL 33394-3012 | (d)Frederick R. Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 |
| (d)Haynes Scaffolding & Supply, Inc.<br>1210 Ortega Road<br>West Palm Beach, FL 33405-1077 | (d)PTM Electric, Inc.<br>16971 W. Hialeah Drive<br>Loxahatchee, FL 33470-3729 | (d)Richard Neff<br>2760 Meadowlark Lane<br>West Palm Beach, Florida 33409-2019 |
| (u)Sovereign Gaming & Entertainment, LLC<br>INVALID ADDRESS PROVIDED | (d)T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients    14<br>Total                  41 |