UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                    Case No. 18-11168-TJC

       Debtors.                                                        Chapter 7
_____/

**MOTION TO TRANSFER CASE TO BALTIMORE DIVISION
AND RESCHEDULE 341 MEETING OF CREDITORS**

      COMES NOW, the Debtor, by and moves to transfer this case to the Baltimore Division and reschedule the 341 Meeting of Creditors which is currently scheduled to take place on May 17, 2018, and states:

      1.      Debtor requests that the Court transfer this case to the Baltimore Division for the convenience of the parties.

      2.      The Trustee, George W. Lieberman ("Lieberman"), has his office in Baltimore.

      3.      Several Creditors also have offices in Baltimore.

      4.      One Creditor, Frank Zokaites, who has expressed an interest in attending the 341 Meeting of Creditors and hearings in this matter and whose office is in Pittsburgh, Pennsylvania, can much more easily commute to Baltimore.

      5.      All of the Creditors which are based on Maryland's Eastern Shore can more easily attend hearings in Baltimore.

      6.      Florida-based Creditors can more easily attend hearings in Baltimore, by means of numerous available direct flights through BWI Airport, as opposed to Salisbury, Maryland which only has connecting flights, or Greenbelt, Maryland, which will also entail renting a vehicle and a likely overnight stay.

7. In addition, Debtor's managing member has the use of a staffed office in Baltimore City and can more easily prepare for and attend hearings in Baltimore.

8. Debtor also requests that the Court permit rescheduling the 341 Meeting of Creditors which is currently set for May 17, 2018 at Noon in Salisbury, Maryland.

9. The present date was re-set from a date in March because Debtor's managing member was unable to attend due to an excruciatingly painful knee injury (two now-healed meniscus tears) which prevented him from travelling.

10. The time and date now set for the 341 Meeting of Creditors is the exact time and date of Debtor's representative's eldest daughter's high school graduation ceremony.

11. While cognizant of the importance of the 341 Meeting, missing the graduation event would greatly disappoint the graduate and also likely violate the 'happy wife, happy life' doctrine.

WHEREFORE, Debtor requests that this case be transferred to the Baltimore Division for the convenience of the parties, and that the 341 Meeting of Creditors be rescheduled.

**S I S K I N D   L E G A L**

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL  33414
TEL   (561) 791-9565
FAX   (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing MOTION TO TRANSFER CASE TO BALTIMORE DIVISION AND RESCHEDULE 341 MEETING OF CREDITORS was duly served upon all CM/ECF-registered parties this 10th day of March, 2018, which parties are listed below, and by U.S. Mail to all creditors listed on the attached official mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com, debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com, jeffsiskind@gmail.com

                                          ___*/s/ Jeffrey M. Siskind*___
                                          Jeffrey M. Siskind, Esquire
                                          FBN 138746