UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                    Case No. 18-11168-TJC

    Debtors.                                                      Chapter 7

_____/

**EMERGENCY MOTION TO PERMIT DEBTOR'S COUNSELTO ATTEND MAY 23, 2018 HEARING BY TELEPHONE OR ALTERNATIVELY RE-SCHEDULE HEARING**

*Nature of Emergency:* Debtor's counsel missed its outbound flight to Baltimore to attend today's scheduled hearing this morning by mere minutes despite permitting sufficient time to commute to the airport. The Court's hearing notice does not presently permit Debtor to appear by telephone.

COMES NOW, the Debtor, files this emergency motion for permission to appear by telephone at today's 2:00 p.m. hearing or to alternatively re-schedule the hearing, and states:

1.  In order to attend today's 2:00 p.m. hearing, Debtor's counsel was required to take Southwest Airlines Flight 1776 which departed West Palm Beach for Baltimore at 6:25 a.m. (continuing to Boston).

2.  Due to reasons beyond Debtor's counsel's control, he missed the deadline to board said flight by mere minutes for reasons beyond his control and despite his allowing sufficient time to 'make the plane.'

3.  Despite attempting to secure another flight which would enable Debtor's counsel to attend today's hearing in person, Debtor's counsel was unable to do so.

4.  Debtor's counsel arrived at the departure gate just three minutes past the boarding deadline and watched as the door to the jetway was closed.

5.  In all respects, Debtor's counsel acted reasonably and responsibly in an effort to

attend today's scheduled hearing, despite missing his flight. The flight which Debtor's counsel 'booked' arrived in Baltimore at 9:00 a.m., which permitted more than enough time for Debtor's counsel to travel to the hearing location.

6.  Attached are the following; a copy of Debtor's counsel's boarding pass, Debtor's cellphone photo showing the time at the departure gate after Debtor's counsel tried to reschedule a flight connection and a cellphone photo showing terminal construction which impeded foot traffic between the parking lot and the departure gate.

7.  If the Court does not permit Debtor's counsel to appear by telephone, Debtor's counsel requests that the hearing be rescheduled to enable him to attend in person.

8.  The Court should also consider that the initial motion requesting transfer, and upon which the Court demanded the litigants to show cause as to whether Maryland is the proper venue for this matter, was made on behalf of one or more creditors by a Florida-based attorney who Debtor's counsel understands does not plan to attend today's hearing in person.

9.  Debtor's counsel submits that its response to the Court's order to show cause was essentially a response to movants' motion for transfer, and that usually a movant must appear in person, and responding parties are permitted to appear telephonically.

10. Permitting Debtor's counsel to appear by telephone, or to alternatively reschedule the hearing, presents little, if any, prejudice to the moving creditors, while possible prejudice to Debtor is substantial, especially in light of the deference normally given a Debtor in choosing appropriate venue.

11. Debtor also submits that the likelihood of its succeeding on the merits of the transfer motion is substantial, and that loss of Maryland venue would be damaging to the creditors in this matter.

WHEREFORE, Debtor requests that the Court permit Debtor's counsel to appear by telephone at today's hearing or allow said hearing to be rescheduled.

**S I S K I N D   L E G A L**

   */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing EMERGENCY MOTION TO PERMIT DEBTOR'S COUNSELTO ATTEND MAY 23, 2018 HEARING BY TELEPHONE OR ALTERNATIVELY RE-SCHEDULE HEARING was duly served upon all CM/ECF-registered parties this 23rd day of March, 2018, which parties are listed below, and by U.S. Mail to all creditors listed on the attached official mailing matrix.

**18-11168 Notice will be electronically mailed to:**

Robert Grossbart robert@grossbartlaw.com,
debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com,
debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

                                     */s/ Jeffrey M. Siskind*
                                     Jeffrey M. Siskind, Esquire
                                     FBN 138746







