

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No. 18-11168-TJC |
| Chance & Anthem, LLC | * | Chapter 7 (SAL) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING EMERGENCY
### MOTION TO PERMIT DEBTOR'S COUNSEL TO
### APPEAR TELEPHONICALLY AT A HEARING
### <u>SCHEDULED FOR MAY 23, 2018, AT 2:00 P.M.</u>

On May 2, 2018, the court entered an order setting hearing on Order to Show Cause Why This Case Should Not Be Dismissed For Improper Venue or Transferred to the Southern District of Florida (ECF 55) and responses (ECF 58 and 60) for May 23, 2018, at 2:00 p.m.  ECF 61.  Because the debtor's managing member and attorney, Jeffrey Siskind, resides in Florida and has previously sought continuances of proceedings in this case due to his stated inability to make it

to Maryland, the order stated that parties, other than the debtor, may appear telephonically at the hearing.  *Id.*

On May 22, 2018, Mr. Siskind sent an email to the court requesting to appear telephonically at the May 23 hearing.  The court's staff emailed a response pointing out the requirement in the order that the debtor must appear.

At 11:05 a.m. on May 23, 2018, Mr. Siskind filed an emergency motion to permit him to appear telephonically at the hearing.  In that motion, he states that he missed his flight from West Palm Beach, Florida to Baltimore, Maryland, and that he could not secure another flight so that he could attend the hearing today.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Mr. Siskind may appear telephonically at the hearing scheduled for May 23, 2018, at 2:00 p.m., but as stated on the court's website, parties who appear telephonically may not testify, examine witnesses or introduce evidence.

cc:  Debtor
    Debtor's Counsel
    Chapter 7 Trustee
    U.S. Trustee
    All creditors and parties in interest

**END OF ORDER**