_____        X___ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**        Evidentiary Hrg: Y N
                                                        Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 7

Date: 05/23/2018 Time: 02:00

**CASE: 18-11168 Chance & Anthem, LLC**

Jeffrey Marc Siskind representing Chance & Anthem, LLC (Debtor)

representing George W. Liebmann and Steven S. Newburgh George W. Liebmann (Trustee)

[55] ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR IMPROPER VENUE OR TRANSFERRED TO THE SOUTHERN DISTRICT OF FLORIDA. Response due April 24, 2018 (related document(s) 1 Voluntary Petition (Chapter 7) filed by Debtor Chance & Anthem, LLC).

[58] Response to Show Cause Order on behalf of Christopher George, Dianna George, 3485 Lago De Talavera Trust, Carl Stone, David Fiore, Frederick Volkwein Filed by Steven S. Newburgh (related document(s) 4 List of All Creditors) (Newburgh, Steven) Modified on 4/25/2018 (Sukeena, Todd).

[60] Response to Show Cause Order on behalf of Chance & Anthem, LLC Filed by Jeffrey Marc Siskind (related document(s) 1 Mailing Matrix) (Siskind, Jeffrey) Modified on 4/25/2018 (Sukeena, Todd).

DISPOSITIONS:

  Granted____  Denied____  Withdrawn____  Consent____  Default____  Under Adv. ✓

  Moot_____  Dismissed_____  Overruled_____  Sustained_____  O.T.J. Fee____

  Continued to: _____

DECISION:

  [ ] Signed by Court            [ ] Filed by Counsel
  [ ] To be prepared by:
      [ ] Movant's counsel       [ ] Court
      [ ] Respondent's counsel   [ ] Other _____

NOTES: