**DENIED**

Moot.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,                                   Case No. 18-11168-TJC

  Debtors.                                              Chapter 7

_____/

**ORDER ON AMENDED MOTION TO DISQUALIFY ATTORNEY STEVEN S. NEWBURGH AND THE LAW FIRM MCLAUGHLIN & STERN, PLLC**

THIS CAUSE came before the Court upon Debtor's Amended Motion to Disqualify Attorney Steven S. Newburgh and the Law Firm McLaughlin & Stern, PLLC ("Motion") on March 9, 2018, and the Court having been advised upon the premises, does hereby, be it

ADJUDICATED, that the Motion is GRANTED for the reasons stated therein.

###

Submitted by Jeffrey M. Siskind, Esq.  Jeffrey M. Siskind shall serve this order and file a certificate of service attesting to said service.