**DENIED**

Moot.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:

CHANCE & ANTEHM, LLC,　　　　　　　　　　　Case No. 18-11168-TJC

　　　　Debtors.　　　　　　　　　　　　　　　Chapter 7

_____/

### ORDER ON DEBTOR'S MOTION TO TRANSFER CASE TO BALTIMORE DIVISION AND RESCHEDULE 341 MEETING OF CREDITORS (DE 63)

THIS CAUSE came before the Court upon Debtor's Motion to transfer this case to the Baltimore Division and reschedule the 341 Meeting of Creditors which is currently scheduled to take place on May 17, 2018, and the Court having considered the Motion, does hereby, be it,

ORDERED, that this case is hereby transferred to the Baltimore Division, and that the 341 Meeting of Creditors shall be rescheduled.

###

Copies electronically to:

Robert Grossbart robert@grossbartlaw.com,
debra@grossbartlaw.com

Robert Grossbart robert@grossbartlaw.com,
debra@grossbartlaw.com

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

George W. Liebmann Gliebmann@lspa.comcastbiz.net,
oshively@lspa.comcastbiz.net,
MD25@ecfcbis.com,
stifft@lspa.comcastbiz.net

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

Jeffrey Marc Siskind jeffsiskind@msn.com,
jeffsiskind@gmail.com

Copies via U.S. Mail to all creditors not registered on CM/ECF.

Prepared by Jeffrey M. Siskind, who shall serve this order and file a Certificate of Service

DENIED