Case 708817:

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
## Bankruptcy Petition #: 18−11168

*Assigned to:* Judge Thomas J. Catliota
Chapter 7 (**SAL**)
Voluntary
No asset
Show Associated Cases

*Date filed:* 01/29/2018
*341 meeting:* 05/17/2018

*Case Administrator:* Todd Sukeena
*Team 3 Phone:* 410−962−0794

*Debtor*
**Chance & Anthem, LLC**
3445 Santa Barbara Drive
Wellington, FL 33414
WICOMICO−MD
561−352−9166
Email: jeffsiskind@msn.com
Tax ID / EIN: 47−5238291

represented by **Jeffrey Marc Siskind**
Siskind Legal
3465 Santa Barbara Drive
Wellington, FL 33414
561−791−9565
Email: jeffsiskind@msn.com

*Trustee*
**George W. Liebmann**
Liebmann & Shively, P.A.
8 W Hamilton Street
Baltimore, MD 21201
(410) 752−5887
Email: Gliebmann@lspa.comcastbiz.net

represented by **George W. Liebmann**
Liebmann & Shively, P.A.
8 W Hamilton Street
Baltimore, MD 21201
(410) 752−5887
Fax : (410) 539−3973
Email: Gliebmann@lspa.comcastbiz.net

**George W. Liebmann**
Liebmann and Shively, P.A.
8 W. Hamilton Street
Baltimore, MD 21201
(410) 752−5887
Email: gliebmann@lspa.comcastbiz.net

**Steven S. Newburgh**
McLaughlin & Stern PLLC
525 Okeechobee Boulevard
CityPlace Office Tower −Suite 1700
West Palm Beach, FL 33401
(561) 659−4020
Fax : (561) 659−4438
Email: snewburgh@mclaughlinstern.com

| Case Related Information | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | show related transactions |
| Pending Matters | Pending Deadlines | No Pending Hearings | Key Dates |

| EOrders: No Activity  No Signed Upload  Log | Party | Case Opening Fees  All Fees | |
|---|---|---|---|

| Filing Date | # | Docket Text |
|---|---|---|
| 01/29/2018 | 1 | ***DISREGARD PAGES 2,4&6, INK BLED THROUGH AND SCANNER SCANNED THE BACK OF PAGES 1,3&5***Chapter 7 Voluntary Petition Non−Individual. Fee Amount $335 Filed by Chance & Anthem, LLC. (Siskind, Jeffrey) Modified on 1/30/2018 (Sukeena, Todd). Modified on 1/30/2018 (Sukeena, Todd). (Entered: 01/29/2018) |
| 01/29/2018 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 7)(18−11168) [misc,volp7a] ( 335.00). Receipt number 32056435. Fee amount 335.00 (re: Doc # 1) (U.S. Treasury) (Entered: 01/29/2018) |
| 01/29/2018 | 4 | Meeting of Creditors & Notice of Appointment of Interim Trustee George W. Liebmann, with 341(a) meeting to be held on 03/15/2018 at 09:30 AM at 341 meeting room 104 at 129 East Main St., Salisbury MD 21801. (Entered: 01/29/2018) |
| 01/29/2018 | 3 | Disclosure of Compensation of Attorney for Debtor Filed by Jeffrey Marc Siskind. (Siskind, Jeffrey) (Entered: 01/29/2018) |
| 01/30/2018 | 5 | Notice of Deadline for Filing Missing Documents and Warning of Possible Dismissal. Schedule A/B due 2/12/2018. Schedule D due 2/12/2018. Schedule E/F due 2/12/2018. Schedule G due 2/12/2018. Schedule H due 2/12/2018. Declaration for Schedules due 2/12/2018. Statement of Financial Affairs due 2/12/2018. Summary of Assets and Liabilities due 2/12/2018. Creditor Mailing Matrix Verification due by 2/12/2018. Incomplete Filings due 2/12/2018 (Sukeena, Todd) (Entered: 01/30/2018) |
| 02/01/2018 | 6 | BNC Certificate of Mailing − Meeting of Creditors. (related document(s)4 Meeting of Creditors Chapter 7). No. of Notices: 7. Notice Date 02/01/2018. (Admin.) (Entered: 02/02/2018) |
| 02/01/2018 | 7 | BNC Certificate of Mailing. (related document(s)5 Notice of Deadline for Filing Missing Documents). No. of Notices: 1. Notice Date 02/01/2018. (Admin.) (Entered: 02/02/2018) |
| 02/05/2018 | 8 | Deficiency Notice (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Chance & Anthem, LLC). Cured Pleading due by 2/20/2018. (Sukeena, Todd) (Entered: 02/05/2018) |
| 02/05/2018 | 9 | Adversary case 18−00034. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Complaint by Jeffrey Marc Siskind on behalf of Chance & Anthem, LLC against Steven Newburgh, McLaughlin & Stern, LLP, Robert Gibson. Fee Amount $350. (Siskind, Jeffrey) (Entered: 02/05/2018) |
| 02/07/2018 | 10 | BNC Certificate of Mailing. (related document(s)8 Deficiency Notice). No. of Notices: 1. Notice Date 02/07/2018. (Admin.) (Entered: 02/08/2018) |
| 02/12/2018 | 11 | Schedules A/B,D,E/F,G&H, Summary of Assets and Liabilities, Statement of Financial Affairs & Declaration on behalf of Chance & Anthem, LLC |

| | | | |
|---|---|---|---|
| | | | Filed by Jeffrey Marc Siskind. (Siskind, Jeffrey) Modified on 2/13/2018 (Sukeena, Todd). Modified on 2/13/2018 (Sukeena, Todd). (Entered: 02/12/2018) |
| 02/12/2018 | | 12 | Verification of Creditor Matrix on behalf of Chance & Anthem, LLC Filed by Jeffrey Marc Siskind. (Siskind, Jeffrey) (Entered: 02/12/2018) |
| 02/13/2018 | | | Filing Fee − Amended Matrix/Schedules − Amount $31. Filed by Jeffrey Marc Siskind. (Siskind, Jeffrey) (Entered: 02/13/2018) |
| 02/13/2018 | | 13 | Receipt of filing fee for Filing Fee − Amended Matrix/Schedules(18−11168) [misc,ffeeamnt] ( 31.00). Receipt number 32142554. Fee amount 31.00 (re: Doc # ) (U.S. Treasury) (Entered: 02/13/2018) |
| 02/13/2018 | | 14 | Certificate of Service Filed by Jeffrey Marc Siskind (related document(s)4 Meeting of Creditors Chapter 7). (Siskind, Jeffrey) (Entered: 02/13/2018) |
| 02/13/2018 | | 15 | Verification of Creditor Matrix (amended) on behalf of Chance & Anthem, LLC Filed by Jeffrey Marc Siskind. (Siskind, Jeffrey) (Entered: 02/13/2018) |
| 02/22/2018 | | | Adversary Case 1:18−ap−34 Closed. (Sukeena, Todd) (Entered: 02/22/2018) |
| 02/24/2018 | | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 02/01/2018 a notice RE: Meeting of Creditors Chapter 7 TO Sovereign Gaming & Entertainment, LLC 3485 Lao De Talavera Wellington, FL 33414. (admin) (Entered: 02/24/2018) |
| 03/01/2018 | | 16 | Motion to Abandon. Fee Amount $ 181, Motion to Reinstate Case Filed by Chance & Anthem, LLC. (Attachments: # 1 List of All Creditors) (Siskind, Jeffrey) (Entered: 03/01/2018) |
| 03/01/2018 | | 17 | Receipt of filing fee for Motion to Abandon(18−11168) [motion,mabn] ( 181.00). Receipt number 32249574. Fee amount 181.00 (re: Doc # 16) (U.S. Treasury) (Entered: 03/01/2018) |
| 03/05/2018 | | 18 | ***DISREGARD PLEADING RE−DOCKETED AT P.20 CORRECTING PARTY REPRESENTED***Motion to Appear pro hac vice Filed by Chance & Anthem, LLC. (Grossbart, Robert) Modified on 3/6/2018 (Sukeena, Todd). (Entered: 03/05/2018) |
| 03/05/2018 | | 19 | Receipt of filing fee for Motion to Appear pro hac vice(18−11168) [motion,mprohac] ( 100.00). Receipt number 32264691. Fee amount 100.00 (re: Doc # 18) (U.S. Treasury) (Entered: 03/05/2018) |
| 03/05/2018 | | 20 | Motion to Appear pro hac vice, Proposed attorney Steven S. Newburgh as attorney for Frederick Volkwein and David Fiore, et al. Local Council Robert N. Grossbart. Filed by Robert N. Grossbart . (Sukeena, Todd) (Entered: 03/06/2018) |
| 03/06/2018 | | 21 | Deficiency Notice (related document(s)20 Motion to Appear pro hac vice filed by Attorney Robert N. Grossbart). Cured Pleading due by 3/20/2018. (Sukeena, Todd) (Entered: 03/06/2018) |
| 03/06/2018 | | 22 | |

| | | | |
|---|---|---|---|
| | | | Certificate of Service Filed by Robert Grossbart (related document(s)20 Motion to Appear pro hac vice filed by Attorney Robert N. Grossbart). (Attachments: # 1 List of All Creditors) (Grossbart, Robert) (Entered: 03/06/2018) |
| 03/07/2018 | | 23 | Order Granting Motion To Appear pro hac vice. Steven S. Newburgh, Esq. as counsel for Frederick Volkwein and David Fiore, et al., (related document(s):20 Motion to Appear pro hac vice filed by Attorney Robert N. Grossbart). (Sukeena, Todd) (Entered: 03/07/2018) |
| 03/07/2018 | | 24 | Objection on behalf of Chance & Anthem, LLC Filed by Jeffrey Marc Siskind (related document(s)20 Motion to Appear pro hac vice). (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) (Entered: 03/07/2018) |
| 03/07/2018 | | 25 | Motion to Reconsider Order admitting Steven S. Newburgh pro hac vice Filed by Chance & Anthem, LLC (related document(s)23Order Granting Motion to Appear pro hac vice). (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) Modified on 3/7/2018 (Sukeena, Todd). (Entered: 03/07/2018) |
| 03/08/2018 | | 26 | Application to Employ George W. Liebmann as Attorney and Verified Statement of Proposed Party Filed by George W. Liebmann. (Attachments: # 1 Proposed Order) (Liebmann, George) (Entered: 03/08/2018) |
| 03/08/2018 | | 27 | Opposition on behalf of George W. Liebmann Filed by George W. Liebmann (related document(s)16 Motion to Abandon filed by Debtor Chance & Anthem, LLC, Motion to Reinstate Case). (Liebmann, George) (Entered: 03/08/2018) |
| 03/08/2018 | | 28 | Response on behalf of Chance & Anthem, LLC Filed by Jeffrey Marc Siskind (related document(s)27 Opposition filed by Trustee George W. Liebmann). (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) (Entered: 03/08/2018) |
| 03/08/2018 | | 29 | BNC Certificate of Mailing. (related document(s)21 Deficiency Notice). No. of Notices: 23. Notice Date 03/08/2018. (Admin.) (Entered: 03/09/2018) |
| 03/09/2018 | | 30 | Motion to Disqualify Attorney Steven S. Newburgh Filed by Chance & Anthem, LLC. (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) (Entered: 03/09/2018) |
| 03/09/2018 | | 31 | Deficiency Notice (related document(s)30 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). Cured Pleading due by 3/23/2018. (Sukeena, Todd) (Entered: 03/09/2018) |
| 03/09/2018 | | 32 | Notice of Filing and Pendency of Rule 1014(b) Emergency Transfer and Stay Motion in the Southern District of Florida Filed by David Fiore, George W. Liebmann, Frederick Volkwein. (Attachments: # 1 Exhibit Emergency Motion Filed in U.S. Bankruptcy Court, Southern District of Florida for Emergency Transfer of Related Proceedings Pursuant to Rule 1014(b) and for Stay of Maryland Proceedings w/Exhibits # 2 List of All Creditors)(Newburgh, Steven) (Entered: 03/09/2018) |
| 03/09/2018 | | 33 | Amended Motion to Disqualify Steven S. Newburgh and McLaughlin & Stern, PLLC Filed by Chance & Anthem, LLC. (related document(s)30 |

| | | | |
|---|---|---|---|
| | | | Motion to Disqualify filed by Debtor Chance & Anthem, LLC). (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) Modified on 3/12/2018 (Sukeena, Todd). (Entered: 03/09/2018) |
| 03/09/2018 | | 34 | BNC Certificate of Mailing – PDF Document. (related document(s)23 Order on Motion to Appear pro hac vice). No. of Notices: 3. Notice Date 03/09/2018. (Admin.) (Entered: 03/10/2018) |
| 03/11/2018 | | 35 | BNC Certificate of Mailing. (related document(s)31 Deficiency Notice). No. of Notices: 1. Notice Date 03/11/2018. (Admin.) (Entered: 03/12/2018) |
| 03/13/2018 | | 36 | DENIED:**Without prejudice. The case is less than 2 months old. The meeting of creditors has yet to be held. The trustee shall have an opportunity to assess the viability of the claim** Order Denied Motion To Abandon and Denied Reinstating Adversary (related document(s):16 Motion to Abandon filed by Debtor Chance & Anthem, LLC, Motion to Reinstate Case). (Johnson, Jean) (Entered: 03/13/2018) |
| 03/15/2018 | | 37 | Motion to Continue 341 Meeting of Creditors Hearing On Filed by Chance & Anthem, LLC (related document(s)4 Meeting of Creditors Chapter 7). (Attachments: # 1 Creditor Matrix) (Siskind, Jeffrey) (Entered: 03/15/2018) |
| 03/15/2018 | | 38 | Motion to disqualify Chapter 7 Trustee Filed by Chance & Anthem, LLC. (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) (Entered: 03/15/2018) |
| 03/15/2018 | | 39 | Opposition on behalf of George W. Liebmann Filed by Orbie R. Shively (related document(s)38 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). (Shively, Orbie) (Entered: 03/15/2018) |
| 03/15/2018 | | 40 | BNC Certificate of Mailing – PDF Document. (related document(s)36 Order on Motion to Abandon). No. of Notices: 25. Notice Date 03/15/2018. (Admin.) (Entered: 03/16/2018) |
| 03/16/2018 | | 41 | Deficiency Notice (Orders) (related document(s)37 Motion to Continue/Reschedule Hearing filed by Debtor Chance & Anthem, LLC, 38 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). Cured Pleading due by 3/30/2018. (Johnson, Jean) (Entered: 03/16/2018) |
| 03/18/2018 | | 42 | BNC Certificate of Mailing. (related document(s)41 Deficiency Notice). No. of Notices: 1. Notice Date 03/18/2018. (Admin.) (Entered: 03/19/2018) |
| 03/19/2018 | | 43 | Order Denying Motion To Continue 341 Hearing. Here, the meeting of creditors was scheduled on March 15, 2018, at 9:30 a.m. The motion to continue was filed on March 15, 2018, at 8:44 a.m. The motion was not filed as an emergency motion and the court did not review the motion until March 16, 2018. Thus, the motion to continue is denied as moot because the meeting of creditors has already occurred, and the debtor stated in the motion to continue that debtor's counsel would appear at the meeting of creditors to personally request a continuance. (related document(s):37 Motion to Continue/Reschedule Hearing filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 03/19/2018) |
| 03/19/2018 | | 44 | |

| | | | |
|---|---|---|---|
| | | | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 5/17/2018 at 12:00 PM at 341 meeting room 104 at 129 East Main St., Salisbury MD 21801. (Liebmann, George) (Entered: 03/19/2018) |
| 03/21/2018 | | 45 | BNC Certificate of Mailing − PDF Document. (related document(s)43 Order on Motion to Continue/Reschedule Hearing). No. of Notices: 4. Notice Date 03/21/2018. (Admin.) (Entered: 03/22/2018) |
| 03/27/2018 | | 46 | Order Denying Motion To Disqualify Chapter 7 Trustee, The motion is denied without prejudice. The meeting of creditors has been continued and the trustee must have an opportunity to investigate the affairs of the debtor. (related document(s):38 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 03/27/2018) |
| 03/27/2018 | | 47 | Court Instruction, It appears that the movant failed to serve Steven S. Newburgh, Esq. (related document(s)25 Motion to Reconsider filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 03/27/2018) |
| 03/27/2018 | | 48 | Order Denying Motion To Disqualify Chapter 7 Trustee, The motion is denied without prejudice. The meeting of creditors has been continued and the trustee must have an opportunity to investigate the affairs of the debtor. Order Re−Entered To Provide Clearer Comments At The Top Of The Order. (related document(s)38 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 03/27/2018) |
| 03/27/2018 | | 49 | Notice of FIling Southern District of Florida Order Staying Case Filed by Chance & Anthem, LLC. (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) (Entered: 03/27/2018) |
| 03/29/2018 | | 50 | BNC Certificate of Mailing − PDF Document. (related document(s)46 Order on Motion for Miscellaneous Relief). No. of Notices: 4. Notice Date 03/29/2018. (Admin.) (Entered: 03/30/2018) |
| 03/29/2018 | | 51 | BNC Certificate of Mailing − PDF Document. (related document(s)47 Court Instruction). No. of Notices: 4. Notice Date 03/29/2018. (Admin.) (Entered: 03/30/2018) |
| 03/29/2018 | | 52 | BNC Certificate of Mailing − PDF Document. (related document(s)48 Order (Generic)). No. of Notices: 4. Notice Date 03/29/2018. (Admin.) (Entered: 03/30/2018) |
| 04/03/2018 | | 53 | Order Granting Application to Employ George W. Liebmann and the law firm ofLIEBMANN & SHIVELY, P.A. as attorney for the Trustee. (related document(s):26 Application to Employ filed by Trustee George W. Liebmann). (Sukeena, Todd) (Entered: 04/03/2018) |
| 04/05/2018 | | 54 | BNC Certificate of Mailing − PDF Document. (related document(s)53 Order on Application to Employ). No. of Notices: 4. Notice Date 04/05/2018. (Admin.) (Entered: 04/06/2018) |
| 04/10/2018 | | 55 | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR IMPROPER VENUE ORTRANSFERRED TO THE SOUTHERN DISTRICT OF FLORIDA. Response due April 24, 2018 (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 04/10/2018) |

| | | | |
|---|---|---|---|
| 04/12/2018 | | 56 | BNC Certificate of Mailing − PDF Document. (related document(s)55 Order (Generic)). No. of Notices: 25. Notice Date 04/12/2018. (Admin.) (Entered: 04/13/2018) |
| 04/24/2018 | | 57 | Notice of Substitution of Attorney. Orbie R. Shively is withdrawing appearance. George W. Liebmann is entering appearance. Refer to Miscellaneous Proceeding Case 18−90002 for the Motion and Order of Substitution . (Devine, Ellen) (Entered: 04/24/2018) |
| 04/24/2018 | | 58 | Response to Show Cause Order on behalf of Christopher George, Dianna George, 3485 Lago De Talavera Trust, Carl Stone, David Fiore, Frederick Volkwein Filed by Steven S. Newburgh (related document(s)55 Order To Show Cause). (Attachments: # 1 Exhibit 1 − Order Denying Emergency Motion to Transfer Venue # 2 Exhibit 2 − Notice of Filing Exhibits Concerning Record Activities of Chance & Anthem, LLC in the Southern District of FL # 3 Exhibit 3 − Corp. Detail # 4 List of All Creditors) (Newburgh, Steven) Modified on 4/25/2018 (Sukeena, Todd). (Entered: 04/24/2018) |
| 04/24/2018 | | 59 | Amended Schedule A/B: Property for Non−Individual, Declaration Under Penalty of Perjury for Non−Individual Debtors Filed by Jeffrey Marc Siskind. (Siskind, Jeffrey) (Entered: 04/24/2018) |
| 04/24/2018 | | 60 | Response to Show Cause Order on behalf of Chance & Anthem, LLC Filed by Jeffrey Marc Siskind (related document(s)55 Order To Show Cause). (Attachments: # 1 Mailing Matrix) (Siskind, Jeffrey) Modified on 4/25/2018 (Sukeena, Todd). (Entered: 04/24/2018) |
| 05/02/2018 | | 61 | Order Setting Hearing (related document(s)55 Order (Generic), 58 Response to Show Cause Order filed by Creditor Frederick Volkwein, Creditor David Fiore, Creditor Carl Stone, Creditor 3485 Lago De Talavera Trust, Creditor Dianna George, Creditor Christopher George, 60 Response to Show Cause Order filed by Debtor Chance & Anthem, LLC). Hearing scheduled for 5/23/2018 at 02:00 PM at Courtroom 3−E, Greenbelt − Judge Catliota. (Sukeena, Todd) (Entered: 05/02/2018) |
| 05/04/2018 | | 62 | BNC Certificate of Mailing − PDF Document. (related document(s)61 Order Setting Hearing (bk)). No. of Notices: 25. Notice Date 05/04/2018. (Admin.) (Entered: 05/05/2018) |
| 05/10/2018 | | 63 | Motion to Transfer Case From Salisbury to Baltimroe and Reschedule 341 Meeting of Creditors Filed by Chance & Anthem, LLC. (Attachments: # 1 Creditor Matrix) (Siskind, Jeffrey) Modified on 5/11/2018 (Sukeena, Todd). (Entered: 05/10/2018) |
| 05/11/2018 | | 64 | Deficiency Notice (related document(s)63 Motion to Transfer Case (Intra−District) filed by Debtor Chance & Anthem, LLC). Cured Pleading due by 5/25/2018. (Sukeena, Todd) (Entered: 05/11/2018) |
| 05/13/2018 | | 65 | BNC Certificate of Mailing. (related document(s)64 Deficiency Notice). No. of Notices: 1. Notice Date 05/13/2018. (Admin.) (Entered: 05/14/2018) |
| 05/23/2018 | | 66 | Emergency Motion to permit Debtor's counsel to appear by telephone at today's hearining or alternatively re−schedule hearing Filed by Chance & Anthem, LLC. (Attachments: # 1 Creditor Matrix) (Siskind, Jeffrey) (Entered: 05/23/2018) |

| | | | |
|---|---|---|---|
| 05/23/2018 | | 67 | **CORRECTIVE ENTRY** DEFICIENCY DEADLINE TERMINATED. Deficiency Notice (related document(s)66 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). Cured Pleading due by 6/6/2018. (Walston, Daniel) Modified on 5/23/2018 (Walston, Daniel). (Entered: 05/23/2018) |
| 05/23/2018 | | 68 | ORDER GRANTING EMERGENCY MOTION TO PERMIT DEBTORS COUNSEL TO APPEAR TELEPHONICALLY AT A HEARING SCHEDULED FOR MAY 23, 2018, AT 2:00 P.M. (related document(s):66 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 05/23/2018) |
| 05/23/2018 | | 69 | Hearing Held (related document(s)55 Order (Generic), 58 Response to Show Cause Order filed by Creditor Frederick Volkwein, Creditor David Fiore, Creditor Carl Stone, Creditor 3485 Lago De Talavera Trust, Creditor Dianna George, Creditor Christopher George, 60 Response to Show Cause Order filed by Debtor Chance & Anthem, LLC). UNDER ADVISEMENT (Walston, Daniel) (Entered: 05/23/2018) |
| 05/24/2018 | | 70 | Notice of FIling Motion to Strike filed in Foreign Case Filed by Chance & Anthem, LLC (related document(s)55 Order (Generic)). (Attachments: # 1 Creditor Matrix) (Siskind, Jeffrey) (Entered: 05/24/2018) |
| 05/24/2018 | | 71 | Order Denying Motion To Disqualify Attorney Steven Newburgh, Moot. (related document(s):30 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC, 33 Motion for Miscellaneous Relief filed by Debtor Chance & Anthem, LLC). (Sukeena, Todd) (Entered: 05/24/2018) |
| 05/24/2018 | | 72 | Order Denying Motion To Transfer Case To Baltimore Division and Reschedule 341, Moot. (related document(s):63 Motion to Transfer Case (Intra−District) filed by Debtor Chance & Anthem, LLC) (Sukeena, Todd) (Entered: 05/24/2018) |
| 05/24/2018 | | 73 | MEMORANDUM AND ORDER TRANSFERRING VENUE TO THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. (related document(s)55 Order (Generic)). (Sukeena, Todd) (Entered: 05/24/2018) |