**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

In Re:                                                       Case No. 18-16248-MAM

Chance & Anthem, LLC
Tax ID/EIN: 47-5238291

       Debtor(s)                         /

### CLERK'S NOTICE OF CASE ASSIGNMENT

NOTICE IS HEREBY GIVEN THAT:

Pursuant to a MEMORANDUM AND ORDER TRANSFERRING VENUE TO THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, entered in the Bankruptcy Court for the District of Maryland on May 24th, 2018 (18-11168-TJC, ECF#73), the new case number assigned in the Southern District of Florida, West Palm Beach Division, is:

### 18-16248-MAM

All documents must bear this case number and be filed in compliance with Local Rule 5005-1. For reference, the division's mailing address is 1515 N. Flagler Dr. Suite 801, West Palm Beach, Florida, 33401. **PARTIES REGISTERED TO FILE DOCUMENTS IN THIS DISTRICT PURSUANT TO LOCAL RULE 5005-4 ARE ENCOURAGED TO ELECTRONICALLY FILE A NOTICE OF APPEARANCE OR OTHER DOCUMENT TO OBTAIN RECEIPTS OF NOTICES OF ELECTRONIC FILING (NEFs).**

                                                                                             Joseph Falzone,
                                                                                             Clerk of Court

Date: <u>May 25, 2018</u>                                                        By: <u>Cameron Cradic,</u>
                                                                                                   Deputy In Charge

Copies to: All parties of record by the clerk's office.