UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

                                                CASE NO.: 18-16248 BKC-MAM

                                                CHAPTER 7

CHANCE & ANTHEM, LLC
                        Debtor(s)/
_____

NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

Pursuant to 11 U.S.C. Section 701, Robert Furr is hereby appointed as Trustee in the above referenced case and is hereby designated to preside at the meeting of creditors. The Trustee shall serve under the bond heretofore approved.

Dated: May 25, 2018

                                    **DANIEL M. MCDERMOTT**
                                    **UNITED STATES TRUSTEE**
                                    Region 21

                                    by:_____
                                        CHARLES R. STERBACH
                                    Assistant United States Trustee

Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130
(305) 536-7285