UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

CHANCE & ANTEHM, LLC,                                    Case No. 18-16248-MAM

        Debtors.                                              Chapter 7

_____/

**DEBTOR'S RESPONSE TO CHAPTER 7 TRUSTEE, ROBERT C. FURR'S APPLICATION FOR EMPLOYMENT OF JOHN H. GENOVESE, ESQ. AND THE LAW FIRM OF GENOVESE JOBLOVE & BATTISTA, P.A. AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE AND OBJECTION TO SAME**

    COMES NOW the Debtor, Chance & Anthem, LLC, by and through its undersigned counsel, and files this Response to the Chapter 7 Trustee, Robert C. Furr's Application for the Employment of John H. Genovese, Esq. (hereinafter, "Genovese"), and the Law Firm of Genovese Joblove & Battista, P.A. (hereinafter, "Firm") as General Counsel to the Chapter 7 Trustee and Objection to Same, and states:

    1.    Robert C. Furr, the appointed Chapter 7 Trustee, has requested an order approving his hiring of Genovese and Firm as general counsel to the Trustee on an hourly fee basis, except as may be later modified to perform work on a contingency fee basis

    2.    Debtor acknowledges that Genovese and Firm are experienced and competent, and are disinterested.

    3.    However, the hourly rate for Genovese is well in excess of the hourly rate at which competent counsel can be obtained locally, which Debtor submits is between the range of $275 and $525 per hour, and is demonstrably well in excess of the $490 hourly rate for which the Former Trustee's lead counsel requested approval, a rate similar to that available to the Trustee in West Palm Beach for the services of similarly competent counsel. Similarly, Firm's proposed

rates for paralegals and legal assistants are substantially higher than those obtainable locally.

4. This markedly excessive lead counsel rate will unnecessarily diminish any possible recovery by the Creditors, especially when the time necessary for counsel to commute to and from proposed counsel's Miami office to the West Palm Beach Courthouse is considered.

5. The Trustee's decision to request employment of Miami when local counsel is sufficiently competent to handle matters pertaining to this case is contrary to his duty to maximize value for the Creditors.

6. The Creditor's interests can be preserved by reducing the hourly rates of the Trustee's proposed counsel, their paralegals and legal assistants to those comparable with the hourly rates obtainable locally, and by denying approval for payment for time spent commuting to and from Miami, which can significantly exceed counsel's time spent in the courtroom.

7. As inferred by footnote (a) of the Trustee's motion, the Trustee may apply to the Court in the event that matters within the case may be better addressed on a contingency basis, and is not prohibited from requesting increased fees for complex litigation tasks in the event that these present themselves and the Trustee reasonably believes that competent counsel cannot be obtained locally.

WHEREFORE, Debtor requests that the Chapter 7 Trustee, Robert C. Furr's Application for the Employment of John H. Genovese, Esq., and the Law Firm of Genovese Joblove & Battista, P.A. as General Counsel to the Chapter 7 Trustee be DENIED IN PART, and that the trustee be permitted to hire counsel of his choosing but at hourly rates which are comparable to those obtainable locally, and excluding commuting time, in order to preserve the interests of the Creditors, and for such other and further relief as appropriate in the circumstances.

S I S K I N D   L E G A L

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 15th day of July, 2018 and by U.S. Mail upon unregistered parties shown on the attached official mailing matrix.

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746


**18-16248-MAM Notice will be electronically mailed to:**

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S. Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**18-16248-MAM Notice will not be electronically mailed to:**

Robert Grossbart on behalf of Creditor David Fiore
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

Robert Grossbart on behalf of Creditor Frederick Volkwein
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

Jeffrey Marc Siskind on behalf of Debtor Chance & Anthem, LLC
Siskind Legal
3465 Santa Barbara Drive
Wellington, FL 33414