IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA (West Palm Beach Division)

IN RE:                                             *

CHANCE AND ANTHEM, LLC                    *    Case No. 18-16248

    Debtor(s)                          *    (Chapter 7)

* * * * * * * * * * * *

**FORMER TRUSTEE'S APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

**SUPPLEMENTAL DETAIL OF TIME SPENT**

**GEORGE W. LIEBMANN**

**2018**

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

JUL 1 6 2018

FILED ___ RECEIVED ___

**1/29 REVIEW FILE  .3**

5

2/12 REVIEW SCHEDULES .5

2/22 RE VOLUNTARY DISMISSAL OF COMPLAINT INSTITUTED BY DEBTOR WITHOUT TRUSTEE AUTHORIZATION .3

3/15 PREPARE FOR MTG OF CREDITORS .1

3/27 RESPONSE TO MOTION TO DISQUALIFY TRUSTEE .5

4/10 REVIEW COURT ORDER .3

6/10 APP. FOR COMPENSATION 1.5

ORBIE R. SHIVELY

2/5 REVIEW COMPLAINT INSTITUTED WITHOUT AUTHORIZATION OF TRUSTEE .3

2/8 REAL PROPERTY SEARCH ON INTERNET FOR MARYLAND PROPERTY OWNED BY DEBTOR .3

2/26 REVIEW AMENDED COMPLAINT .2

2/30 MTG GWL RE NEWBURGH .3

2/23 SISKIND EMAIL .1

6

**3/1 RE SISKIND MOTION .3**

**3/2 RE MOTION TO RECONSIDER FILED BY SISKIND .3**

**3/7 RE SISKIND OBJECTION TO PRO HAC VICE APPERANCE BY NEWBURGH.3**

**3/8 MOTION TO EMPLOY LIEBMANN AND SHIVELY AS ATTY .6**

**3/8 TRUSTEE'S OPPOSITION PLEADING TO MOTION TO DISQUALIFY TRUSTEE .8**

**3/8 RE SISKIND RESPONSE .2**

**3/9 RE SISKIND MOTION TO DISQUALIFY .2**

**3/14 REVIEW CLAIMS FILE .7**

**3/12 RE SISKIND MOTION TO COMPEL ABANDONMENT .3**

**3/13EMAIL NEWBURGH .2**

**3/15 RE MOTION TO DISQUALIFY TRUSTEE .6**

**3/28 RE ORDER DENYING DISQUALIFICATION .2**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___11TH___ day of JULY, 2018, a copy of the foregoing Trustee's Application For Approval of Attorney's Fees was electronically mailed to jeffsiskind@gmail.com and snewburgh@mclaughlinstern.com and was mailed first class, postage prepaid to:

Heidi Fineman, Esq.,
Office of the U.S. Trustee,
51 SW First Avenue,
Miami, FL 33130.

/s/ George W. Liebmann
George W. Liebmann

LAW OFFICES OF GEORGE W LIEBMANN, P.A.
8 WEST HAMILTON STREET
BALTIMORE, MD 21201

BALTIMORE MD 212

11 JUL 2018 PM 6 L



CLERK, UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
1515 N FLAGLER DRIVE, #801
WEST PALM BEACH, FL 33401

33401-343101