UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE:

CHANCE & ANTEHM, LLC,                              Case No. 18-16248-MAM

    Debtors.                                              Chapter 7
_____/

### NOTICE OF FILING CHRONOLOGICAL SCHEDULE OF CHAPTER 7 CASES

COMES NOW the Debtor, Chance & Anthem, LLC, by and through its undersigned counsel, and files the attached chronological schedule of Chapter 7 cases, which cases were assigned by blind rotation for the period May 15, 2018 through June 14, 2018.

S I S K I N D   L E G A L

    /s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email: jeffsiskind@msn.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 16th day of July, 2018 and by U.S. Mail upon unregistered parties shown on the attached official mailing matrix.

    /s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
FBN 138746

**18-16248-MAM Notice will be electronically mailed to:**

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S. Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**18-16248-MAM Notice will not be electronically mailed to:**

Robert Grossbart on behalf of Creditor David Fiore
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

Robert Grossbart on behalf of Creditor Frederick Volkwein
Grossbart, Portney & Rosenberg
One N. Charles Street.

Suite 1214
Baltimore, MD 21201

Jeffrey Marc Siskind on behalf of Debtor Chance & Anthem, LLC
Siskind Legal
3465 Santa Barbara Drive
Wellington, FL 33414

SOUTHERN DISTRICT OF FLORIDA
CHROLOGICAL LIST OF CHAPTER 7 CASES FILED MAY 24, 2018

| Case | Chapter | Debtor / Attorney | Trustee | Dates | Details |
|---|---|---|---|---|---|
| 18-16213-MAM | bk7 | Sarah Eugenia Bate<br>Attorney for Debtor: Stuart A Young, Esq<br>Attorney for Interested Party: Loretta A Kenna, Esq | Mora Menotte | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Business:* Other<br>*Nature of Debt:* Business<br>*Type of Debtor:* Individual |
| 18-16215-LMI | bk7 | Italo Guerrero, Jr.<br>Attorney for Debtor: Edward Freire | Isicoff Angueira | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16216-RAM | bk7 | Jose Abreu<br>Attorney for Debtor: John P Sherman | Mark Angueira | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018<br>*Dismissed:* 06/13/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16218-LMI | bk7 | Sara Marie Bailey<br>Attorney for Debtor: James A Poe | Isicoff Angueira | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MONROE-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16219-RAM | bk7 | Frank F Martinez<br>Attorney for Debtor: Martin L Hannan | Mark Angueira | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt:* Consumer |

| Case | Chapter | Debtor | Trustee | Dates | Details |
|---|---|---|---|---|---|
| | | | | | *Type of Debtor*: Individual |
| 18-16220-EPK | bk7 | Janette Soto-Gomez<br>Attorney for Debtor: Jacqueline L Simpson | Kimball Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16221-RBR | bk7 | Carlos T. Diaz<br>Attorney for Debtor: Efrain Cortes, Esq. | Ray Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16222-RAM | bk7 | Yosnier Valdes<br>Attorney for Debtor: Drew S Sheridan | Mark Calderin | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16223-MAM | bk7 | Martin J. Bowe and Marie V. Bowe<br>Attorney for Debtor: Chad T Van Horn<br>Attorney for Joint Debtor: Chad T Van Horn | Mora Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16224-JKO | bk7 | Luis Alberto Rivera and Maria Victoria Rivera<br>Attorney for Debtor: Efrain Cortes, Esq.<br>Attorney for Joint Debtor: Efrain Cortes, Esq. | Olson Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt*: Consumer |

| Case | Chapter | Debtor | Trustee | Filed/Entered | Details |
|---|---|---|---|---|---|
| | | | | | *Type of Debtor*: Individual |
| 18-16225-EPK | bk7 | Neville Coleman and Deneice Coleman<br>Attorney for Debtor: Conwade D. Lewis, Esq.<br>Attorney for Joint Debtor: Conwade D. Lewis, Esq. | Kimball Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16226-RBR | bk7 | Maggie C Cuba<br>Attorney for Debtor: Efrain Cortes, Esq. | Ray Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16228-RBR | bk7 | Glendell J. Shipman<br>Attorney for Debtor: Jacqueline L Simpson | Ray Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16232-AJC | bk7 | Gerson Puga and Norka Puga<br>Attorney for Debtor: Steven E Wallace<br>Attorney for Joint Debtor: Steven E Wallace | Cristol Calderin | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16233-MAM | bk7 | Ruth M. Nazario<br>Attorney for Debtor: K Drake Ozment | Mora Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt*: Consumer |

| Case | Type | Debtor / Attorney | Trustee | Filed / Entered | Details |
|---|---|---|---|---|---|
| | | | | | *Type of Debtor*: Individual |
| 18-16236-EPK | bk7 | Lorene K. Carter<br>Attorney for Debtor: Adam D Farber | Kimball Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16243-EPK | bk7 | Maria Fernandez<br>Attorney for Debtor: Anthony Ditocco | Kimball Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16244-JKO | bk7 | John Spencer Sprankle<br>Attorney for Debtor: George Castrataro, Esq. | Olson Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16245-JKO | bk7 | Joseph Robert Anderson and Kiara Marie Anderson<br>Attorney for Debtor: Vincent O'Brien<br>Attorney for Joint Debtor: Vincent O'Brien | Olson Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Installment<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 18-16247-RBR | bk7 | Lucia Calderon Elvir<br>Attorney for Debtor: Patrick L Cordero, Esq | Ray Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt:* Consumer |

| | | | | |
|---|---|---|---|---|
| | | | | *Type of Debtor*: Individual |
| 18-16249-RBR | bk7 | Raymond John Ignizio<br>Attorney for Debtor: Alyssa C Baer | Ray Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16252-RBR | bk7 | Demark McFarlane and Therese McFarlane<br>Attorney for Debtor: Alyssa C Baer<br>Attorney for Joint Debtor: Alyssa C Baer | Ray Osborne | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Fort Lauderdale<br>*Assets:* No<br>*Fee:* Paid<br>*County:* BROWARD-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16255-LMI | bk7 | Loren H Homberger<br>Attorney for Debtor: Kevin L Hagen, Esq | Isicoff Calderin | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* Miami<br>*Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16258-MAM | bk7 | Carol Ann Kane<br>Attorney for Debtor: Robert C Gindel | Mora Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16259-MAM | bk7 | Andrew W Kallergis<br>Attorney for Debtor: Robert C Gindel | Mora Bakst | *Filed:* 05/24/2018<br>*Entered:* 05/24/2018 | *Office:* West Palm Beach<br>*Assets:* No<br>*Fee:* Paid<br>*County:* PALM BEACH-FL<br>Voluntary<br>*Nature of Debt*: Consumer |

| | | | | |
|---|---|---|---|---|
| | | | | *Type of Debtor*: Individual |
| 18-16261-AJC | bk7 | Lorena B. Ponce<br>Attorney for Debtor: D Jean Ryan, Esq. | Cristol Calderin | *Filed:* 05/24/2018 *Office:* Miami<br>*Entered:* 05/24/2018 *Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16262-RAM | bk7 | Steven Shawn Volmar<br>Attorney for Debtor: Gina Z Harris, Esq. | Mark Calderin | *Filed:* 05/24/2018 *Office:* Miami<br>*Entered:* 05/24/2018 *Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 18-16264-RAM | bk7 | Miguel Angel Dorta Negrin<br>Attorney for Debtor: Trinette Zarran | Mark Angueira | *Filed:* 05/24/2018 *Office:* Miami<br>*Entered:* 05/24/2018 *Assets:* No<br>*Fee:* Paid<br>*County:* MIAMI-DADE-FL<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |