UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In re:**                                                                           **Case No. 18-16248-MAM**

**CHANCE & ANTHEM, LLC,**                                    **Chapter 7**

      **Debtor.**
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that Steven S. Newburgh, Esq. of McLaughlin & Stern PLLC hereby enters his appearance as counsel for **Former Trustee, George W. Liebmann**. Pursuant to Bankruptcy Rules 2002(a), (b), (c) and (i), and 3017(a), the undersigned hereby requests that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of any and all motions, notices, applications, orders, and pleadings filed in these proceedings be served on the undersigned counsel.

By filing this Notice of Appearance, Former Trustee, George W. Liebmann, neither consents to nor waives any of the following: (i) any objection it may have as to the jurisdiction of the bankruptcy court to determine any adversary proceeding or contested matter; (ii) any objection it may have concerning whether any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. § 157; (iii) any objection it may have concerning whether the bankruptcy court may enter a final order or judgment in any non-core proceeding; (iv) any right to a trial by jury to which it may otherwise be entitled pursuant to federal law, the United States Constitution or other applicable law.

**Dated:  July 17, 2018**

Respectfully submitted,

**McLAUGHLIN & STERN PLLC**
CityPlace Office Tower – Suite 1700
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Direct: (561) 283-2211
Tel:  (561) 659-4020 Ext. 3027
Email:  snewburgh@mclaughlinstern.com
*Counsel for Former Trustee, George W. Liebmann*

By: */s/ Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Florida Bar No. 0348619

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this  17th  day of July, 2018, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

By: */s/ Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Florida Bar No. 0348619

## SERVICE LIST

**Mailing Information for Case 18-16248-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- Steven S. Newburgh    snewburgh@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

George W. Liebmann
Law Offices of George W. Liebmann, P.A.
8 West Hamilton Street
Baltimore, MD 21201

Jeffrey Marc Siskind
Siskind Legal
3465 Santa Barbara Drive
Wellington, FL 33414