UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 18-16248-BKC-MAM
                                                                                                Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.
_____/

**TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF ACCOUNTANT**

      Chapter 7 Trustee, ROBERT C. FURR (the "Trustee"), pursuant to Sections 327(a), and 330 of Title 11, United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 9013-1(c) (4), respectfully requests an order of the Court authorizing the employment of Alan R. Barbee, CPA, and GlassRatner Advisory & Capital Group, LLC, (hereinafter the "Accountant" or "GlassRatner"), to represent the Trustee in this case and states:

      1.      On January 29, 2018, the Debtor, Chance & Anthem, LLC (the "Debtor"), filed a voluntary petition for bankruptcy relief under Chapter 7 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland [ECF No. 1].

      2.      On May 24, 2018 this case was transferred to the United States Bankruptcy Court for the Southern District of Florida [ECF No. 73] and Robert C. Furr was appointed as the Chapter 7 Trustee [ECF No. 76].

      3.      The Debtor's §341 Meeting of Creditors was held and concluded on July 9, 2018.

      4.      Based on the Debtor's testimony at the 341 Meeting of Creditors and the documents provided to date, the Trustee believes it is necessary to employ an accountant to

represent the Trustee in this case to perform ordinary and necessary accounting services required in the administration of the estate, including but not limited to performing forensic accounting, providing advice regarding financial and accounting issues, and evaluating tax issues.

5. The Accountant does not hold or represent any interest adverse to the Debtor or the estate and the Trustee believes that the employment of this accountant would be in the best interest of the estate.

6. Attached to this motion is the proposed Affidavit of Accountant demonstrating Alan R. Barbee, CPA, and GlassRatner Advisory & Capital Group, LLC are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014. To the best of my knowledge, GlassRatner does not have nor has it had any connection with the Debtor, its affiliates, creditors and any of his attorneys, accountants in matters related to this case or with any person employed in the Office of the U.S. Trustee, as required by Fed. R. Bank ¶ 2014.

7. The Accountant has agreed to be compensated in accordance with U.S.C. §330. The typical hourly rates for the Principals, Directors and Associates within GlassRatner range from $135 to $250 per hour for associates, $275 to $375 for directors and managing directors and up to $450 per hour for our most senior principals, which rates are subject to adjustment.

8. The Trustee believes that the Accountant is qualified to advise the Trustee on the financial and accounting matters related to this case.

WHEREFORE, the Trustee respectfully requests an Order, on an ex parte basis, authorizing the employment of Alan R. Barbee, CPA, and GlassRatner Advisor & Capital Group, LLC, to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

Dated: July 20, 2018

                                      **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                      *General Counsel for Chapter 7 Trustee*
                                      100 S.E. Second Street, 44th Floor
                                      Miami, Floirda 33131
                                      Telephone: (305) 349-2300
                                      Telecopier: (305) 349-2310

                                      By: /s/  *Jesus M. Suarez*
                                          Jesus M. Suarez, Esq.
                                          Florida Bar No. 60086
                                          jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice and/or first-class U.S. Mail as indicated on the Service List below, on this 20th day of July, 2018.

                                                    By: /s/  *Jesus M. Suarez*
                                                      Jesus M. Suarez, Esq.

**Notice will be electronically served via CM/ECF to:**

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S Newburgh on behalf of Other Professional George W. Liebmann
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com

Steven S. Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jeffrey M Siskind on behalf of Debtor Chance & Anthem, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Notice will be served via U.S. Mail to:**

Robert Grossbart on behalf of Creditor David Fiore
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

Robert Grossbart on behalf of Creditor Frederick Volkwein
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

Jeffrey Marc Siskind on behalf of Debtor Chance & Anthem, LLC
Siskind Legal
3465 Santa Barbara Drive
Wellington, FL 33414

**And all parties on the attached Creditor's Matrix.**

```
Label Matrix for local noticing        3485 Lago De Talavera Trust           Chance & Anthem, LLC
113C-9                                 c/o Sofiye Williams, Esq.             3445 Santa Barbara Drive
Case 18-16248-MAM                      500 E. Broward Blvd.                  Wellington, FL 33414-7269
Southern District of Florida           Suite 1710
West Palm Beach                        Fort Lauderdale, FL 33394-3012
Fri Jul 20 17:16:28 EDT 2018

Office of the US Trustee               27120 Ocean Gateway, LLC              3GEN VC, LLC
51 S.W. 1st Ave.                       7745 Dawson Court                     c/o Gerald Cantor
Suite 1204                             Lake Worth, FL 33467-7719             4000 Hollywood Boulevard #500-N
Miami, FL 33130-1614                                                         Hollywood, FL 33021-1224


ABK South Properties, LLC              All Pro Pool Service                  Apostle Construction
c/o George Booras, Esq.                13557 Barberry Drive                  716 Naylor Mill Road
1371 Hill Ave                          Wellington, FL 33414-8518             Salisbury, MD 21801-1114
Melbourne, FL 32940-6948


Bay Area Disposal                      Beaver Tree Service                   Comptroller of the Treasury
POB 189                                POB 2476                              Compliance Division, Room 409
Owings, MD 20736-0189                  Salisbury, MD 21802-2476              301 W. Preston Street
                                                                             Baltimore, MD 21201-2305


David Fiore, et al.                    Delmarva Power                        Delmarva Power & Light Co.
c/o Sofiye Williams, Esq.              5 Collins Drive #2133                 500 N Wakefield Dr Fl 2
500 E. Broward Blvd.                   Mail Stop 84CP42                      Newark, DE 19702-5440
#1710                                  Carneys Point, NJ 08069-3600
Fort Lauderdale, FL 33394-3012


Edgar A. Baker, Jr., Esq.              Frederick R. Volkwein                 Haynes Scaffolding & Supply, Inc.
Wicomico County Department of Law      2727 Rosemary Avenue #3               1210 Ortega Road
125 North Division Street, Room 101    West Palm Beach, FL 33407-5310        West Palm Beach, FL 33405-1077
Salisbury, MD 21801-5030


PTM Electric, Inc.                     Richard Barclay Neff Jr               Richard Bell
16971 W. Hialeah Drive                 2760 Meadowlark Lane                  16192 Coastal Highway
Loxahatchee, FL 33470-3729             West Palm Beach, Florida 33409-2019   Lewes, DE 19958-3608


Richard Bell                           Richard Neff                          Sovereign Gaming & Entertainment, LLC
16192 Coastal Highway                  2760 Meadowlark Lane                  3485 Lago De Talavera
Lewes, Delaware 19958-3608             West Palm Beach, Florida 33409-2019   Wellington, FL 33467-1071


State of Maryland DLLR                 T.E. Smith & Son, Inc.                Wellington 3445, LP
Division of Unemployment Insurance     2043 Northwood Drive                  375 Golfside Road
1100 N. Eutaw Street, Room 401         Salisbury, MD 21801-7800              Wexford, PA 15090-9419
Baltimore, MD 21201-2225


Carl Stone                             Christopher George                    David Fiore
c/o Steven S. Newburgh, Esq.           c/o Sofiye Williams, Esq.             c/o Sofiye Williams, Esq.
McLaughlin & Stern PLLC                500 E. Broward Blvd.                  500 E. Broward Blvd.
525 Okeechobee Blvd., Suite 1700       Suite 1710                            Suite 1710
West Palm Beach, FL 33401-6327         Fort Lauderdale, FL 33394-3012        Fort Lauderdale, FL 33394-3012
```

| | | |
|---|---|---|
| Dianna George<br>c/o Steven S. Newburgh, Esq.<br>CityPlace Office Tower - Suite 1700<br>525 Okeechobee Blvd.<br>Palm Beach Gardens, FL 33401-6349 | Frederick Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 | George W. Liebmann<br>Law Offices of George W. Liebmann, P.A.<br>8 West Hamilton Street<br>Baltimore, MD 21201-5008 |
| Jeffrey M Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | Jeffrey Marc Siskind<br>Siskind Legal<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 301E<br>Boca Raton, FL 33431-7383 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | (d)3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 |
| (d)ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Avenue<br>Melbourne, FL 32940-6948 | (d)All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 | (d)Apostle Construction<br>716 Naylor Mill Road<br>Salisbury, MD 21801-1114 |
| (d)Bay Area Disposal<br>POB 189<br>Owings, MD 20736-0189 | (d)Beaver Tree Service<br>POB 2476<br>Salisbury, MD 21802-2476 | (d)David Fiore, et al.<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd. #1710<br>Fort Lauderdale, FL 33394-3012 |
| (d)Frederick R. Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 | (d)Haynes Scaffolding & Supply, Inc.<br>1210 Ortega Road<br>West Palm Beach, FL 33405-1077 | (d)PTM Electric, Inc.<br>16971 W. Hialeah Drive<br>Loxahatchee, FL 33470-3729 |
| (u)Sovereign Gaming & Entertainment, LLC<br>INVALID ADDRESS PROVIDED | (d)T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients    14<br>Total                  49 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 18-16248-BKC-MAM
 Chapter 7

CHANCE & ANTHEM, LLC,

    Debtor.
_____/

## AFFIDAVIT OF ACCOUNTANT

STATE OF FLORIDA      )
                                  )
COUNTY OF PALM BEACH  )

    ALAN R. BARBEE, being duly sworn states:

    1.    I am a duly licensed Certified Public Accountant in the State of Florida and a Principal in the financial advisory and consulting firm of GlassRatner Advisory & Capital Group, LLC ("GR"), with offices at 1400 Centrepark Boulevard, Suite 860, West Palm Beach, FL 33401, abarbee@glassratner.com. I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of GR and me as accountants for the Trustee.

    2.    The Trustee has requested GR and I represent him for the reasons stated in the said application.

    3.    While employed by the Trustee, GR and I will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. 327(a). To the best of my knowledge, GR and I do not have nor have GR or I had any connection with the Debtor, its affiliates, creditors and any of its attorneys or

accountants in matters related to this case or with any person employed in the Office of the U.S. Trustee, as required by Fed. R. Bank ¶ 2014.

4. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

5. GR and I are otherwise well qualified to serve as accountant for the Trustee for the purpose required. GR and I have been retained as accountant to render professional services to trustees, debtors, creditors, creditors' committees and other in numerous bankruptcy matters.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALAN R. BARBEE, CPA

The foregoing instrument was acknowledged before me this 19TH day of July, 2018, by ALAN R. BARBEE who is personally known to me.

_____
Notary Public, State of Florida

My Commission No.:
Expires:



JANET J. PRITCHARD
MY COMMISSION # FF 100413
EXPIRES: March 10, 2018
Bonded Thru Notary Public Underwriters