UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE

CHANCE & ANTHEM, LLC,                                Case No. 18-16248-MAM

    Debtor.                                                              Chapter 7

_____/

**DEBTOR'S RESPONSE TO TRUSTEE' EX PARTE
APPLICATION FOR EMPLOYMENT OF ACCOUNTANT**

    COMES NOW the Debtor, by and through undersigned counsel, and responds to the Trustee's Ex Parte Application for Employment of Accountant, and states:

    1.    Debtor's only substantial asset consists of its interest in a cause of action being prosecuted in Maryland. Debtor has provided what it believes is a reasonable assessment of the value of that asset, which is necessarily speculative in that it incorporates what the Debtor alone believes to be a proportionate 'success' factor, which factor is based entirely upon Debtor's observations.

    2.    A capable accountant employed by the Trustee could offer valuable assistance by establishing whether Debtor's proposed asset valuation is credible, and can also assist in re-establishing records which Debtor believes were lost due to their being removed without authorization by a former paralegal working in the offices of Debtor's counsel.

    3.    Debtor acknowledges that both Alan R. Barbee, CPA and GlassRatner Advisory & Capital Group, LLC are generally qualified, and that the rates expressed in the Trustee's application to employ appear to be reasonable at first glance. However, pursuant to information obtained from Glass Door, via www.GlassDoor.com, a fulltime GlassRatner Director who works fifty weeks per year earns approximately $64.25 per hour, and a GlassRatner Senior Manager working fifty weeks per year earns approximately $24.00 per hour. The rates which the Trustee

proposes to incur on behalf of the creditors are approximately five times the actual earnings received by a GlassRatner director, and at least eight times average actual earnings received by GlassRatner associates, if it is presumed that senior managers earn more than associates. Also worth noting, several critiques of GlassRatner filed on Glass Door by former employees cite the lack of job training received.

4. Moreover, although the Trustee expressed GlassRatner's hourly rates, it omitted Mr. Barbee's hourly rate, although likely an oversight, and fails to explain the various duties which will be fulfilled by GlassRatner's various associates, directors, managing directors and principals on behalf of the estate, without which creditors of the estate cannot ascertain the reasonableness of the proposed accountant's compensation, and may thus be denied an opportunity to object.

WHEREFORE, Debtor consents to the trustee's Ex Parte Application for Employment of Accountant, although the Court may wish to require disclosure of Mr. Barbee's hourly rate and the rates at which various duties performed by GlassRatner for the benefit of the estate will be billed, as opposed to simply setting forth rates at which the Trustee will be billed by various GlassRatner staff, as well as whether the hourly charges are appropriate in consideration of the large markup in price and matters of staff training, so that creditors may properly assess whether the application is sufficient.

**S I S K I N D   L E G A L**

*/s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL   (561) 791-9565
FAX   (561) 791-9581
Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 16th day of March, 2018 and by U.S. Mail upon unregistered parties shown on the attached official mailing matrix.

               ___/s/ Jeffrey M. Siskind___
               Jeffrey M. Siskind, Esquire
               FBN 138746

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Robert C Furr**  danderson@furrcohen.com, rcf@trustesolutions.net
- **John H Genovese**  jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- **Steven S Newburgh**  snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- **Steven S. Newburgh**  snewburgh@mclaughlinstern.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Jeffrey M Siskind**  jeffsiskind@msn.com, jmsesq500@gmail.com
- **Jesus M Suarez**  jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com