

**ORDERED in the Southern District of Florida on July 24, 2018.**

*[signature]*
_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
| Debtor. _____/ | |

**ORDER GRANTING CHAPTER 7 TRUSTEE, ROBERT C. FURR'S,
APPLICATION FOR EMPLOYMENT OF JOHN H. GENOVESE, ESQ.
AND THE LAW FIRM OF GENOVESE JOBLOVE & BATTISTA, P.A.
<u>AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE</u>**

THIS MATTER came before the Court on **July 17, 2018 at 10:30 a.m.** upon the *Chapter 7 Trustee's Application for Employment of John H. Genovese, Esq. and the Law Firm of Genovese Joblove & Battista, P.A. ("GJB") as General Counsel for the Trustee* (the "Application") [ECF No. 80] filed by Robert C. Furr, the Chapter 7 Trustee (the "Trustee"), of the estate of the Chance & Anthem, LLC (the "Debtor"). The Court, having reviewed and considered the Application and the Debtor's objection thereto filed on July 15, 2018 [ECF No.

92], having heard the representations and argument of Debtor and Trustee's counsel, and otherwise being duly advised on the premises, finds that the employment of GJB is necessary and would be in the best interest of the Debtor's estate. Accordingly, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The Trustee is authorized to employ Attorney John H. Genovese and the Law Firm of Genovese Joblove & Battista, P.A as General Counsel, *nunc pro tunc* to the date when services were first rendered, on an hourly rate basis subject to Bankruptcy Court approval pursuant to 11 U.S.C. §§327 and 330 of the Bankruptcy Code.

# # #


**Submitted by:**

Jesus M. Suarez, Esq.
Attorney for Chapter 7 Trustee
100 S.E. Second Street, 44th Floor
Miami, Floirda 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310
Email: jsuarez@gjb-law.com


Copy to:

Jesus M. Suarez Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service reflecting same