

**ORDERED in the Southern District of Florida on July 24, 2018.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
| Debtor._____/ | |

**ORDER DENYING FORMER TRUSTEE'S APPLICATION FOR
APPROVAL OF ATTORNEY'S FEE WITHOUT PREJUDICE AND SETTING
HEARING FOR AUGUST 7, 2018 AT 10:30 A.M. ON AMENDED APPLICATION**
[re: ECF No. 84]

THIS MATTER came on for hearing, July 17, 2018, at 10:30 a.m., upon the *Former Trustee's Application for Approval of Attorney's Fees for George W. Liebmann* ("Application") [ECF No. 84]. The Court, having considered the oral objection on behalf of the United States Trustee and heard argument of counsel, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Application is DENIED without prejudice.

2.      Former Trustee George W. Liebmann shall file an amended Application for Fees that complies with the United States Trustee's Guidelines for Fee Applications within ten (10) days from the date of this Order.

3.      The hearing on Former Trustee George W. Liebmann amended Application for Fees is scheduled for August 7, 2018 at 10:30 a.m. at U.S. Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Dr., Room 801 Courtroom A, West Palm Beach, FL 33401.                   ###

Submitted by:

Steven S. Newburgh, Esq.
McLaughlin & Stern PLLC
525 Okeechobee Boulevard
Suite 1700
West Palm Beach, FL 33401
Direct: (561) 283-2211
Telephone: (561) 659-4020 Ext. 3027
Email: snewburgh@mclaughlinstern.com

*Attorney Steven S. Newburgh is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*