**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-MAM |
| **CHANCE & ANTHEM, LLC,** | Chapter 7 |
| Debtor. _____/ | |

**CERTIFICATE OF SERVICE**
[re: ECF No. 104]

**I HEREBY CERTIFY** that a true and correct copy of the *Order Denying Former Trustee's Application for Approval of Attorney's Fee Without Prejudice and Setting Hearing for August 7, 2018 at 10:30 a.m. on Amended Application* [ECF No. 104] was served on July 24, 2018, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system in addition to all interested parties as shown on the attached Court's Mailing Matrix.

**Dated: July 24, 2018**

Respectfully submitted:

**McLAUGHLIN & STERN PLLC**
CityPlace Office Tower – Suite 1700
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Direct: (561) 283-2211
Tel.: (561) 659-4020 Ext. 3027
Facsimile: (561) 659-5399
Email: snewburgh@mclaughlinstern.com
*Counsel for Former Trustee George W. Liebmann*

By: */s/ Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Florida Bar No. 0348619

**SERVICE LIST**

## Mailing Information for Case 18-16248-MAM

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- Steven S. Newburgh    snewburgh@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    Alan Barbee
    GlassRatner Advisory & Capital Group
    1400 Centrepark Blvd #860
    West Palm Beach, FL 33401

    Robert Grossbart
    Grossbart, Portney & Rosenberg
    One N. Charles Street.
    Suite 1214
    Baltimore, MD 21201

    Jeffrey Marc Siskind
    Siskind Legal
    3465 Santa Barbara Drive
    Wellington, FL 33414