UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,                               CASE NO. 18-16248-BKC-MAM

       Debtor.                                        Chapter 7
_____/

**CHAPTER 7 TRUSTEE, ROBERT C. FURR'S NOTICE OF TAKING RULE
2004 EXAMINATION OF DEBTOR, CHANCE & ANTHEM, LLC**

TO:   Chance & Anthem, LLC
       c/o Jeffrey Marc Siskind
       Managing Member
       3465 Santa Barbara Drive
       Wellington, Florida 33414

     **PLEASE TAKE NOTICE** that Robert C. Furr, as the Chapter 7 Trustee (the "Trustee") for the Debtor, Chance & Anthem, LLC (the "Debtor"), by and through counsel, and pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rules 2004-1, will examine under oath Jeffrey Marc Siskind, Managing Member of the Debtor and the person with the most knowledge of the business and financial affairs of the Debtor, at the following date, time and location (the "Examination"):

     **EXAMINEE**: **Chance & Anthem, LLC, by and through its Managing Member, Jeffrey Siskind, in his corporate capacity and as the person with the most knowledge of the business and financial affairs of the Debtor, including, but not limited to, the business operations, assets, liabilities, financial affairs and condition of the Debtor.**

     **DATE**:     September 5, 2018

     **TIME:**     9:30 a.m. (E.T.)

     **LOCATION**:   **FURR COHEN, P.A.**
                     **2255 Glades Road, Suite 301E**
                       **Boca Raton, Florida 33431**

     The Examination is being conducted pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and will be taken before an officer authorized to record the testimony.

The scope of the Examination shall be as described in Rule 2004 of the Federal Rules of Bankruptcy Procedure. If the Examinee requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the Examination.

The Examination is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law, and shall continue day to day until completed. If the Examinee receives this notice less than fourteen (14) days prior to the scheduled Examination date, the Examination will be rescheduled upon timely request to a mutually agreeable time. Any objection must be heard prior to the taking of the Examination.

Dated this 2nd day of August, 2018

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        *Attorneys for Chapter 7 Trustee*
        100 S.E. Second Street, 44th Floor
        Miami, Florida 33131
        Telephone: (305) 349-2300
        Telecopier: (305) 349-2310

        By: /s/ *Jesus M. Suarez*
            Jesus M. Suarez, Esq.
            Florida Bar No. 60086
            jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 2, 2018 upon all creditors and parties in interest registered to receive electronic notification on this case via the Court's Case Management/Electronic Case Filing System and/or U.S. Mail as reflected on the Service List below.

        By: /s/ *Jesus M. Suarez*
            Jesus M. Suarez, Esq.

## SERVICE LIST

**Electronically served via CM/ECF**

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com

Steven S. Newburgh
snewburgh@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jeffrey M Siskind on behalf of Debtor Chance & Anthem, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**VIA U.S. MAIL**

Jeffrey Marc Siskind,
3465 Santa Barbara Drive,
Wellington, Florida 33414

Chance & Anthem, LLC
3465 Santa Barbara Drive,
Wellington, Florida 33414

Alan Barbee
GlassRatner Advisory & Capital Group
1400 Centrepark Blvd #860
West Palm Beach, FL 33401

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201