

**ORDERED in the Southern District of Florida on August 3, 2018.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                        Case No.: 18-16248-MAM

Chance & Anthem, LLC,                         Chapter 7

    Debtors.
_____/

### ORDER RESCHEDULING HEARING ON AMENDED APPLICATION (ECF NO. 107)

THIS MATTER came before the Court on July 17, 2018 at 10:30 a.m. upon the *Former Trustee's Application for Approval of Attorney's Fees for George W. Leibmann* [ECF No. 84]. On July 24, 2018, the Court entered the *Order Denying Former Trustee's Application for Approval of Attorney's Fee Without Prejudice and Setting Hearing for August 7, 2018 at 10:30 a.m. on Amended Application [re: ECF No. 84]* (the "Order") (ECF No. 104). The Order directed the Former Trustee George W. Liebmann to file an amended application (the "Amended Application")

within ten (10) days of the date of the entry of the Order. The Order also set the Amended Application for hearing on **Tuesday, August 7, 2018 at 10:30 a.m**. (the "Hearing").

The Amended Application was filed with the Court in accordance with the Order on August 2, 2018. In order to provide the requisite notice of the Amended Application required under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure, it is appropriate to reschedule the Hearing. Accordingly, the Court, being fully advised in the premises, hereby **ORDERS** that the Hearing on the Amended Application will be rescheduled and conducted before the Honorable Mindy A. Mora. on **August 28, 2018, at 10:00 a.m.** at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida.

###

Copy furnished to:

Steven S. Newburgh, Esq.

*(Attorney Newburgh is directed to serve a copy of this Order upon all interested parties and file a certificate of service)*