


**ORDERED in the Southern District of Florida on August 13, 2018.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re: Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC, Chapter 7

Debtor.
_______________________________/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S**
**EX PARTE APPLICATION FOR EMPLOYMENT OF ACCOUNTANT**

THIS MATTER came before the Court on August 7, 2018 at 10:30 a.m**.** upon the (1) *Chapter 7 Trustee's Ex Parte Application to Employ Alan R. Barbee, CPA and GlassRatner Advisory & Capital Group, LLC as Accountant* ("Barbee" or "GlassRatner) (the "Application") [ECF No. 98] filed by Robert C. Furr, the Chapter 7 Trustee (the "Trustee"), of the estate of the Chance & Anthem, LLC (the "Debtor"); (2) Debtor's Amended Response to the Ex Parte Application for Employment of Accountant (the "Objection") [ECF No. 100]; (3) Trustee's Omnibus Response to Debtor's Objections to Retention of Ex-Parte Application of Accountant

(the "Response") [ECF No. 113]; and (4) Debtor's Reply to Chapter 7 Trustee's Omnibus Response to Objections to Retention of Ex-Parte Application of Accountant (the "Reply")[ECF No. 117]. The Court, having reviewed and considered the Application, Objection, Response and Reply, having heard the representations and argument of Debtor and Trustee's counsel, and otherwise being duly advised on the premises, finds that the employment of Barbee and GlassRatner is necessary and would be in the best interest of the Debtor's estate. Accordingly, it is

ORDERED as follows:

1. The Application is hereby approved, as set forth in the application pursuant to sections 327(a) and 330 of the Bankruptcy Code.

2. The Trustee is authorized to employ Alan R. Barbee, CPA and GlassRatner Advisory & Capital Group, LLC, as Accountant to the Trustee, *nunc pro tunc* to the date when services were first rendered to the estate, pursuant to the terms and conditions set forth in the Application, subject to Bankruptcy Court approval pursuant to 11 U.S.C. §§327 and 330 of the Bankruptcy Code.

3. In a corporate chapter 7 case, the Trustee is the sole party authorized to act on behalf of a debtor. *See* 11 U.S.C. 701 et seq., *Commodity Futures Trading Commission v. Weintraub*, 471 U.S. 343, 105 S.Ct. 1986, 85 L.Ed.2d 372 (1985). Accordingly, Jeffrey Siskind shall not make any further appearance or filing on behalf of the Debtor, Chance & Anthem, LLC. This Order, however, is without prejudice to Mr. Siskind appearing in his individual capacity and the Trustee's right to object to same.

# # #

**<u>Submitted by</u>:**

Jesus M. Suarez, Esq.
Attorney for Chapter 7 Trustee
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310
Email: jsuarez@gjb-law.com

Jesus M. Suarez Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service reflecting same