UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 18-16248-MAM

**CHANCE & ANTHEM, LLC,**                                   Chapter 7

     **Debtor.**
_____/

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITORS DAVID FIORE, FREDERICK VOLKWEIN, 3485 LAGO DE TALAVERA TRUST, CARL STONE, CHRISTOPHER GEORGE AND DIANNA GEORGE

COMES NOW, the undersigned counsel and hereby files his motion to withdraw pursuant to Local Rule 2091-1 as counsel of record for Creditors David Fiore, Frederick Volkwein, 3485 Lago De Talavera Trust, Carl Stone, Christopher George and Dianna George (collectively "Creditors"), and in support thereof, states:

1. Undersigned has not been retained by Creditors concerning further work in this matter.

2. Each of the undersigned's clients are currently represented by state court counsel and have each filed proofs of claim in the case.

3. There are currently no pending objections or motions which relate directly to the claims of the subject creditors.

4. Attached hereto is a proposed order granting the motion, indicating thereon the name and mailing address for notices as to each of undersigned's creditor clients.

**WHEREFORE**, the undersigned counsel respectfully requests that the court enter an Order allowing the undersigned counsel and his firm, McLaughlin & Stern, PLLC, to withdraw as counsel of record and have no further obligation to Creditors, David Fiore, Frederick Volkwein, 3485 Lago De Talavera Trust, Carl Stone, Christopher George or Dianna George, and for such other relief as the

Court deems appropriate.

| | |
|---|---|
| **Dated:  August 17, 2018** | Respectfully submitted, |
| | **McLAUGHLIN & STERN PLLC** |
| | CityPlace Office Tower – Suite 1700 |
| | 525 Okeechobee Boulevard |
| | West Palm Beach, FL 33401 |
| | Direct: (561) 283-2211 |
| | Tel: (561) 659-4020 Ext. 3027 |
| | Facsimile: (561) 659-4438 |
| | Email: snewburgh@mclaughlinstern.com |
| | *Counsel for Creditors David Fiore, Frederick Volkwein, 3485 Lago De Talavera Trust, Carl Stone, Christopher George and Dianna George* |
| | By:/s/ *Steven S. Newburgh* |
| | STEVEN S. NEWBURGH, ESQ. |
| | Florida Bar No. 348619 |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this  17th  day of August, 2018, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties who were not otherwise served electronically through the Court's CM/ECF system.  Additional service has been provided to the clients, David Fiore, Frederick Volkwein, 3485 Lago De Talavera Trust, Carl Stone, Christopher George and Dianna George by regular U.S. mail as reflected on the attached Service List.

  /s/ Steven S. Newburgh  
  STEVEN S. NEWBURGH  
  Fla. Bar No. 348619

## **SERVICE LIST**

**Mailing Information for Case 18-16248-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- Steven S. Newburgh    snewburgh@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Alan Barbee
GlassRatner Advisory & Capital Group
1400 Centrepark Blvd #860
West Palm Beach, FL 33401

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201

David Fiore
c/o Sofiye Williams, PA
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL  33394

Frederick Volkwein
2727 N Rosemary Ave. #3
West Palm Beach, FL 33407

3485 Lago De Talavera Trust
c/o Sofiye Williams, PA
500 E. Broward Blvd., Suite 1710
Fort Lauderdale, FL  33394

Carl Stone
1714 Hunters Path Lane
Pittsburgh, PA  15241

Christopher George
c/o John George
2442 Bay Village CT
Palm Beach Gardens, FL 33410

Dianna George
6126 Park Lane W.
Lake Worth, FL  33449