UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-16248-BKC-MAM
CHAPTER    7

IN RE:

CHANCE & ANTHEM, LLC

        Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002 and 3017

PLEASE TAKE NOTICE that the law firm of YOUNG & BROOKS, P.A. hereby enters its appearance as counsel for Creditors, ALAN BIAS, individually and 27120 OCEAN GATEWAY, LLC., in these proceedings. All parties are requested to take notice of this appearance and in accordance with Bankruptcy Rule 2002 and 3017, serve copies of any and all original and amended motions, pleadings, disclosure statements, plans, reports, and/or documents of any kind or nature filed in these proceedings, whether filed in these proceedings by the Court, or any other party in interest, upon said counsel.

Additionally, it is respectfully requested that, pursuant to Rule 2002 (g), the following be added to the official Mailing Matrix:

STUART A. YOUNG, ESQ.
YOUNG & BROOKS, P.A.
Attorneys for Creditors, ALAN BIAS
and 27120 OCEAN GATEWAY, LLC
1860 Forest Hill Blvd., Suite 201
West Palm Beach, FL  33406

**I HEREBY CERTIFY** that this document has been filed via the Court's CM/ECF system, which electronically furnished notice to the following:

Robert C Furr, danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, jgenovese@gjb-law.com,
hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S Newburgh,snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com

Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov

Jeffrey M Siskind, jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez, jsuarez@gjb-law.com,
gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

and by U.S. Mail on this 23rd day of August, 2018, to:

Alan Barbee, GlassRatner Advisory & Capital Group, 1400 Centrepark Blvd #860, W Palm Bch, FL 33401;

Robert Grossbart, Grossbart, Portney & Rosenberg, One N. Charles Street., Suite 1214
Baltimore, MD 21201;

Creditor, Alan Bias, and 27120 Ocean Gateway, LLC, 7745 Dawson Court, Lake Worth, FL 33467.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

YOUNG & BROOKS, P.A.
Creditors, ALAN BIAS and
27120 OCEAN GATEWAY, LLC
1860 Forest Hill Blvd., Ste. 201
West Palm Beach, Florida 33406
Telephone: (561) 433-4200
Email: syoung@ybplaw.com

BY: _____
STUART A. YOUNG
(Florida Bar No. 232920)

/lma