UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE

CHANCE & ANTHEM, LLC,                                    Case No. 18-16248-MAM

    Debtor.                                              Chapter 7

_____/

## NOTICE OF FILING OF AFFIDAVIT

COMES NOW the undersigned, and files the attached Affidavit in response to the

Chapter 7 Trustee's Motion to Compel.

**S I S K I N D   L E G A L**

           ___*/s/ Jeffrey M. Siskind*___
           Jeffrey M. Siskind, Esquire
           FBN 138746
           3465 Santa Barbara Drive
           Wellington, FL  33414
           TEL    (561) 791-9565
           FAX    (561) 791-9581
           Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 3rd day of September, 2018 and by U.S. Mail upon unregistered parties shown on the attached official mailing matrix.

           ___*/s/ Jeffrey M. Siskind*___
           Jeffrey M. Siskind, Esquire
           FBN 138746

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Robert C Furr**    danderson@furrcohen.com, rcf@trustesolutions.net
- **John H Genovese**    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- **Steven S Newburgh**    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com; nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- **Steven S. Newburgh**    snewburgh@mclaughlinstern.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Jeffrey M Siskind**    jeffsiskind@msn.com, jmsesq500@gmail.com
- **Jesus M Suarez**    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                     Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                                      Chapter 7

      Debtor.

_____/

## AFFIDAVIT OF DEBTOR'S FORMER MANAGING MEMBER AND PRE-PETITION COUNSEL IN RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER OF DOCUMENTS

STATE OF FLORIDA                      )
                                          ) ss:
COUNTY OF PALM BEACH        )

      I, Jeffrey M. Siskind, being duly sworn, deposes and says:

      1.     I am in receipt of a request for turnover of certain documents to the Chapter 7 Trustee, and respond as follows:

      2.     With respect to each of the following categories of requested records and records and property, I respond as follows:

      a. All membership interests and corporate records of Cannamed Pharmaceuticals, LLC, I certify that these are not the property of the Debtor.

      b. The Debtor's computer, screen and printer, I certify that these are not in my possession.

      c. The cash in the Debtor's bank account on the Petition Date, this was not the property of the Debtor.

      d. Copies of promissory notes that were made by Christopher George, I certify that I will provide these within five days of a written request from the Chapter 7 trustee which states that he does not already have these documents in his possession.

      e. All communications (including e-mails and text messages) concerning the Debtor, litigation involving the Debtor, or its business and financial affairs; I certify that I have already provided the Chapter 7 Trustee's counsel with all paper documents which I was able to locate and will search my computer for

emails which belong to the Debtor and provide same to the Chapter 7 Trustee if not subject to privilege, provided that the Trustee provides an assurance that I will be paid for the time spent identifying and providing said emails so at the rate of $450.00 per hour.

f.  My litigation file concerning any lawsuit where the Debtor is a party and all attorney-client communications and agreements, I certify that I have already provided the Chapter 7 Trustee with records pertaining to the Maryland eviction lawsuit and that Florida litigation records are readily available online.

g.  An accounting of all legal fees paid by the Debtor to me or any other attorney, including any fees paid in connection with litigation or the Debtor's bankruptcy filing, I certify that these records are available to the Chapter 7 Trustee on CM/ECF in Debtor's monthly operating reports in Case No. 13-13096-MAM.  I reserve the right to amend this response if additional information becomes available to me.

h.  Copies of my trust account ledgers and/or bank statements reflecting transactions involving the Debtor, I certify that responsive records are privileged and confidential because my trust account records contain confidential information belonging to numerous legal clients which is protected by their expectation and right to privacy.

i.  Records of any expenditure made by any third party on behalf of the Debtor; I certify that the Chapter 7 Trustee may readily discern said expenditures from business account records which it received in response to subpoenas to various banks serving said third parties.

3.  Except as otherwise described in this Affidavit, I do not believe that there are any

other documents, property or records relating to the Debtor in my possession, custody or control.

*FURTHER AFFIANT SAYETH NAUGHT*

_____
Jeffrey M. Siskind, Esq.

SWORN TO AND SUBSCRIBED before me this 31st day of August, 2018, by Jeffrey M. Siskind who (i) I personally know; or (ii) <u>did produce the</u> following identification ___<u>FL DL</u>_____, and who did take an oath.

NOTARY PUBLIC, STATE OF FLORIDA

_____   *Olga Panina*
(Print, Type or Stamp
Commissioned Name of Notary Public)

OLGA PANINA
Notary Public - State of Florida
Commission # FF 973246
My Comm. Expires Mar 21, 2020

2