UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 18-16248-MAM
Chapter 7

CHANCE & ANTHEM, LLC,

Debtor.

_____/

## CROSS-NOTICE OF RULE 2004 EXAMINATION

TO:   Chance & Anthem, LLC
      c/o Jeffrey Marc Siskind,
      Managing Member
      3465 Santa Barbara Drive
      Wellington, FL 33414

**PLEASE TAKE NOTICE** that Creditors Sarenil Associates, LLC and Frederick R. Volkwein (the "Creditors"), by the undersigned attorneys, and pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, will examine under oath, Jeffrey Marc Siskind, Managing Member of the Debtor Chance & Anthem, LLC (the "Debtor"), and the person with the most knowledge of the business and financial affairs of the Debtor, at the following date, time, and location:

**EXAMINEE:** Chance & Anthem, LLC by and through its Managing Member Jeffrey Siskind in his corporate capacity and as the person with the most knowledge of the business and financial affairs of the Debtor, including, but not limited to, the business operations, assets, liabilities, financial affairs and condition of the Debtor.

**DATE:** September 5, 2018

**TIME:** 9:30 a.m.

**LOCATION:** Furr Cohen, P.A.
2255 Glades Road
Suite 301E
Boca Raton, FL 33431

The Examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will, and will be taken before an officer authorized to record the testimony. The scope of the Examination shall be as described in Rule 2004 of the Federal Rules of Bankruptcy Procedure. If the Examinee requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the Examination.

The Examination is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law, and shall continue day to day until completed If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

Pursuant to Local Rule 2004-1 no order shall be necessary. [If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.]

Dated: September 4, 2018

    ZARETSKY LAW GROUP
*Attorneys for Sarenil Associates,*
*LLC and Frederick R. Volkwein*
1615 Forum Place, Suite 3-A
West Palm Beach, FL 33401
Telephone: (561) 689-6660
kwatson@zaretskylaw.com
rpz@zaretskylaw.com

_____
RICHARD P. ZARETSKY, ESQ.
Florida Bar No: 209309

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this __4__ day of September, on all creditors and parties in interest registered to receive electronic notification on this case via Email and/or U.S. Mail as reflected on the Service List below.

Dated: September 4, 2018

> ZARETSKY LAW GROUP
> *Attorneys for Sarenil Associates,*
> *LLC and Frederick R. Volkwein*
> 1615 Forum Place, Suite 3-A
> West Palm Beach, FL 33401
> Telephone: (561) 689-6660
> kwatson@zaretskylaw.com
> rpz@zaretskylaw.com
>
> _____
> RICHARD P. ZARETSKY, ESQ.
> Florida Bar No: 209309

### SERVICE LIST

**Via Email**

- Robert C Furr    danderson@furrcohen.com, rcf@trustesolutions.net
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com; nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com
- Steven S. Newburgh    snewburgh@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com
- Stuart A Young    syoung@ybplaw.com

**U.S. Mail**

Jeffrey Marc Siskind,
3465 Santa Barbara Drive,
Wellington, Florida 33414

Page **3** of **4**

Chance & Anthem, LLC
3465 Santa Barbara Drive,
Wellington, Florida 33414

Alan Barbee
GlassRatner Advisory & Capital Group
1400 Centrepark Blvd #860
West Palm Beach, FL 33401

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201