UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                                                 Chapter 7

      Debtor.
_____/

## NOTICE OF CANCELLATION OF RULE 2004 EXAMINATION *DUCES TECUM* OF JOSEF SCHNEIDER

PLEASE TAKE NOTICE that Robert C. Furr (the "Trustee"), Chapter 7 Trustee of the bankruptcy estates of Chance and Anthem LLC, by and through undersigned counsel, gives notice of the cancellation of the Rule 2004 Examination *Duces Tecum* of Josef Schneider scheduled for September 11, 2018 at 2:00 p.m. [ECF No. 135], pending production of documents.

Dated: September 10, 2018

                **GENOVESE JOBLOVE & BATTISTA, P.A.**
                *Attorneys for Chapter 7 Trustee*
                100 S.E. Second Street, 44th Floor
                Miami, Floirda 33131
                Telephone: (305) 349-2300
                Telecopier: (305) 349-2310

                By: /s/ *Jesus M. Suarez*
                      Jesus M. Suarez, Esq.
                      Florida Bar No. 60086
                      jsuarez@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice and/or first-class U.S. Mail as indicated on the Service List below, on this 10th day of September, 2018

By: /s/ *Jesus M. Suarez*
Jesus M. Suarez, Esq.

## SERVICE LIST

**Served via CM/ECF upon:**

Robert C Furr:danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S Newburgh:   snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com

Office of the US Trustee: USTPRegion21.MM.ECF@usdoj.gov

Jeffrey M Siskind: jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Stuart A Young, Esq: syoung@ybplaw.com

**Served via U.S. mail upon:**

Josef Schneider
2800 N. Flagler Drive, Apt 1013
West Palm Beach, FL 33480

Chance & Anthem, LLC
3465 Santa Barbara Drive,
Wellington, Florida 33414