

In re Chance & Anthem, LLC (Case No. 18-16248-BKC-MAM)
Suarez, Jesus
to:
'MAM_Chambers@flsb.uscourts.gov'
08/30/2018 05:04 PM
Cc:
"Genovese, John", "rfurr@furrcohen.com", "Jeffrey Siskind (jeffsiskind@msn.com)"
Hide Details
From: "Suarez, Jesus" <jsuarez@gjb-law.com>
To: "'MAM_Chambers@flsb.uscourts.gov'" <MAM_Chambers@flsb.uscourts.gov>
Cc: "Genovese, John" <jgenovese@gjb-law.com>, "rfurr@furrcohen.com" <rfurr@furrcohen.com>, "Jeffrey Siskind (jeffsiskind@msn.com)" <jeffsiskind@msn.com>

2 Attachments

 

Order Denying Motion to Disqualify.docx  Order on Motion for Protective Order.docx

Your Honor:

Our firm is counsel to Robert C. Furr in his capacity as Chapter 7 Trustee of Chance & Anthem (Case No. 18-16248-BKC-MAM).

Enclosed please find proposed orders concerning two matters heard by the Court on Tuesday, August 28, 2018 at 10 a.m.

*Order Denying Jeffrey Siskind's Motion to Determine Whether Cause Exist to Disqualify Chapter 7 Trustee* [ECF No. 121] *(the "Confidentiality Order")*

*Order Granting In Part Jeffrey Siskind's Emergency Motion for a Protective Order Prohibiting the Release of Confidential Information* [ECF No. 122] *(the "Cause Order")*

We have circulated the attached forms of order to Mr. Siskind. Mr. Siskind has advised us that he is not in agreement with the proposed form of the Confidentiality Order. As a result, Mr. Siskind has withdrawn his prior consent to the proposed form of the Cause Order.

The attached forms of order are consistent with the stipulations made in court between the parties. We respectfully request the Court enter the proposed orders in their current form.

We are available at the Court's convenience should the Court wish to notice further proceedings on these matters.

Respectfully Submitted,

Jesus M. Suarez



**Jesus M. Suarez**
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Main 305.349.2300
Direct 305.913.6682
Fax 305.428.8831
JSuarez@GJB-law.com | www.GJB-law.com

Miami | Fort Lauderdale | Tampa