

RE: In re Chance & Anthem, LLC (Case No. 18-16248-BKC-MAM)
Jeffrey Siskind
to:
Suarez, Jesus, 'MAM_Chambers@flsb.uscourts.gov'
08/30/2018 05:17 PM
Cc:
"Genovese, John", "rfurr@furrcohen.com"
Hide Details
From: Jeffrey Siskind <jeffsiskind@msn.com>
To: "Suarez, Jesus" <jsuarez@gjb-law.com>, "'MAM_Chambers@flsb.uscourts.gov'" <MAM_Chambers@flsb.uscourts.gov>
Cc: "Genovese, John" <jgenovese@gjb-law.com>, "rfurr@furrcohen.com" <rfurr@furrcohen.com>

Your Honor:

Mr. Suarez's submission of two proposed orders which were to be <u>agreed orders</u> is improper.  We have not agreed to the terms of the protective order, which in its present form does little to protect my clients' confidential information, as evidenced by the following email chain.  I respectfully request a rehearing on the matter.

_____

Please refrain from uploading the agreed order on the motion to disqualify.  Resolution of both motions was interdependent.  We will need to go back before the judge.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Thursday, August 30, 2018 11:32 AM
**To:** 'Jeffrey Siskind' <jeffsiskind@msn.com>
**Subject:** RE: Proposed Order - Motion for Protective Order

1. I disagree that there is anything else that needs to be added.  Like I said, send me specific language in redline form and we will consider it.
2. Same
3. The agreement is in the form of a court order.  Any breaching party would presumably be in contempt of that order.  That's a lot of teeth.
4. This language is not practical.  We have agreed to maintain confidentiality.
5. Send your proposed language in red line form please and we will consider it.
6. They are not your property.  You do not own them. They were produced by the bank to the Trustee pursuant to a lawful subpoena.

**Jesus M. Suarez**
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

**From:** Jeffrey Siskind [mailto:jeffsiskind@msn.com]
**Sent:** Thursday, August 30, 2018 11:26 AM
**To:** Suarez, Jesus
**Subject:** RE: Proposed Order - Motion for Protective Order

As to #1, you need to articulate the reason for your inquiry.  That will assist with articulating the language for #2.  As to #3, the agreement must have teeth to be enforceable.  As to #4, the computer(s) must be password protected, and any printouts must also be appropriately safeguarded.  As to #5, the sooner you destroy

unneeded records, the less likely you are to be liable for potentially breaching the agreement. As to #6, this is not negotiable; they are my records.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Thursday, August 30, 2018 11:10 AM
**To:** 'Jeffrey Siskind' <jeffsiskind@msn.com>
**Subject:** RE: Proposed Order - Motion for Protective Order

Please see my comments below.

**Jesus M. Suarez**
Genovese Joblove & Battista, P.A.
Direct 305.913.6682
jsuarez@gjb-law.com

**From:** Jeffrey Siskind [mailto:jeffsiskind@msn.com]
**Sent:** Thursday, August 30, 2018 10:49 AM
**To:** Suarez, Jesus
**Subject:** RE: Proposed Order - Motion for Protective Order

Comments:
1. The purpose of permission to review private attorney trust account records must be articulated; eg. to identify potential assets of Debtor which may be recoverable by the Trustee. If you have specific language that you want to include, please send in redline and we will review.
2. Entire trust account is confidential, except that Trustee, its attorney and accountant are permitted to investigate to see if recoverable assets exist, and then to request that Siskind permit disclosure of only those documents identified by the Trustee as relevant to an inquiry to identify recoverable assets. SAME.
3. Trustee is liable for damages if agreement is breached; attorney and accountant also severally liable for intentional and/or inadvertent disclosure by their employees. We will not agree to this language. Whatever happens we all have whatever rights we have provided by law.
4. Records must be safeguarded under lock and key. The records are electronic. This language is not acceptable.
5. Complete destruction of all records after investigation. I am ok providing for destruction of the trust account records after the conclusion of the bankruptcy case or sooner as the parties may agree.
6. Trust account records deemed at all times to be the property of Jeffrey Siskind. No.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Wednesday, August 29, 2018 11:54 AM
**To:** 'Jeffrey Siskind' <jeffsiskind@msn.com>
**Cc:** Zamora, Johana <jzamora@gjb-law.com>
**Subject:** RE: Proposed Order - Motion for Protective Order

OK. We will wait for your comments. I am sending you the third order shortly. Thanks.

**From:** Jeffrey Siskind [mailto:jeffsiskind@msn.com]
**Sent:** Wednesday, August 29, 2018 11:53 AM
**To:** Suarez, Jesus
**Cc:** Zamora, Johana
**Subject:** RE: Proposed Order - Motion for Protective Order

Jesus – I am just now leaving for court and will not be back at my desk until tonight.  That is the earliest that I can spend some time reviewing.

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Wednesday, August 29, 2018 11:44 AM
**To:** Jeffrey Siskind (jeffsiskind@msn.com) <jeffsiskind@msn.com>
**Cc:** Zamora, Johana <jzamora@gjb-law.com>
**Subject:** Proposed Order - Motion for Protective Order

Jeffrey, attached is a proposed order on your Motion for Protective Order.  We would like to get this filed with the Court today.  As soon as the order is entered, we will send you a link to download the referenced Trust Account Records.  If you have any comments to the form of Order, please send them in red line.  Thank you.



**Jesus M. Suarez**
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
**Direct:** (305) 913-6682
**Main:** (305) 349-2300
**Fax:** (305) 428-8831
**Email:** jsuarez@gjb-law.com
**Website:** www.gjb-law.com

Miami | Fort Lauderdale | Tampa

---

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Thursday, August 30, 2018 5:05 PM
**To:** 'MAM_Chambers@flsb.uscourts.gov' <MAM_Chambers@flsb.uscourts.gov>
**Cc:** Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com; Jeffrey Siskind (jeffsiskind@msn.com) <jeffsiskind@msn.com>
**Subject:** In re Chance & Anthem, LLC (Case No. 18-16248-BKC-MAM)

Your Honor:

Our firm is counsel to Robert C. Furr in his capacity as Chapter 7 Trustee of Chance & Anthem (Case No. 18-16248-BKC-MAM).

Enclosed please find proposed orders concerning two matters heard by the Court on Tuesday, August 28, 2018 at 10 a.m.

*Order Denying Jeffrey Siskind's Motion to Determine Whether Cause Exist to Disqualify Chapter 7 Trustee [ECF No. 121] (the "Confidentiality Order")*

*Order Granting In Part Jeffrey Siskind's Emergency Motion for a Protective Order Prohibiting the Release of Confidential Information* [ECF No. 122] *(the "Cause Order")*

We have circulated the attached forms of order to Mr. Siskind.  Mr. Siskind has advised us that he is not in agreement with the proposed form of the Confidentiality Order.  As a result, Mr. Siskind has withdrawn his prior consent to the proposed form of  the Cause Order.

The attached forms of order are consistent with the stipulations made in court between the parties.  We respectfully request the Court enter the proposed orders in their current form.

We are available at the Court's convenience should the Court wish to notice further proceedings on these matters.

Respectfully Submitted,

Jesus M. Suarez



**Jesus M. Suarez**
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Main 305.349.2300
Direct 305.913.6682
Fax 305.428.8831
JSuarez@GJB-law.com | www.GJB-law.com

Miami | Fort Lauderdale | Tampa