

RE: In re Chance & Anthem, LLC (Case No. 18-16248-BKC-MAM)
Jeffrey Siskind
to:
Suarez, Jesus, 'MAM_Chambers@flsb.uscourts.gov'
09/04/2018 10:23 AM
Cc:
"Genovese, John", "rfurr@furrcohen.com"
Hide Details
From: Jeffrey Siskind <jeffsiskind@msn.com>
To: "Suarez, Jesus" <jsuarez@gjb-law.com>, "'MAM_Chambers@flsb.uscourts.gov'" <MAM_Chambers@flsb.uscourts.gov>
Cc: "Genovese, John" <jgenovese@gjb-law.com>, "rfurr@furrcohen.com" <rfurr@furrcohen.com>

Your Honor:  I have already provided Mr. Suarez with an affidavit, and have filed same in the case.  His submission of the proposed order is therefore obviously disingenuous.

Jeffrey M. Siskind, Esquire
**S I S K I N D   L E G A L**
3465 Santa Barbara Drive
Wellington, FL  33414
TEL  561-791-9565
FAX  561-791-9581
CELL 561-352-9166
jeffsiskind@msn.com
jeffsiskind@gmail.com

---

**From:** Suarez, Jesus <jsuarez@gjb-law.com>
**Sent:** Tuesday, September 4, 2018 10:21 AM
**To:** 'MAM_Chambers@flsb.uscourts.gov' <MAM_Chambers@flsb.uscourts.gov>
**Cc:** Genovese, John <jgenovese@gjb-law.com>; rfurr@furrcohen.com; 'Jeffrey Siskind (jeffsiskind@msn.com)' <jeffsiskind@msn.com>
**Subject:** RE: In re Chance & Anthem, LLC (Case No. 18-16248-BKC-MAM)

Your Honor:

In reference to the correspondence below, On August 28, 2018, the Court also considered the Trustee's Motion to Compel Turnover from Jeffrey Siskind, the Debtor's former Managing Member and Pre-Petition Counsel [ECF No. 115].

We have similarly not been able to agree with Mr. Siskind on the form of a proposed order and affidavit.  We note that Mr. Siskind filed his own affidavit with the Court.

The attached form of order is consistent with the stipulations made in court between the parties.  We respectfully request the Court enter the proposed order in its current form.

We are available at the Court's convenience should the Court wish to notice further proceedings on these matters.

Thank you,

Jesus M. Suarez



**Jesus M. Suarez**
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
**Direct:** (305) 913-6682
**Main:** (305) 349-2300
**Fax:** (305) 428-8831
**Email:** jsuarez@gjb-law.com
**Website:** www.gjb-law.com

Miami | Fort Lauderdale | Tampa

---

**From:** Suarez, Jesus
**Sent:** Thursday, August 30, 2018 5:05 PM
**To:** 'MAM_Chambers@flsb.uscourts.gov'
**Cc:** Genovese, John; rfurr@furrcohen.com; Jeffrey Siskind (jeffsiskind@msn.com)
**Subject:** In re Chance & Anthem, LLC (Case No. 18-16248-BKC-MAM)

Your Honor:

Our firm is counsel to Robert C. Furr in his capacity as Chapter 7 Trustee of Chance & Anthem (Case No. 18-16248-BKC-MAM).

Enclosed please find proposed orders concerning two matters heard by the Court on Tuesday, August 28, 2018 at 10 a.m.

*Order Denying Jeffrey Siskind's Motion to Determine Whether Cause Exist to Disqualify Chapter 7 Trustee [ECF No. 121] (the "Confidentiality Order")*

*Order Granting In Part Jeffrey Siskind's Emergency Motion for a Protective Order Prohibiting the Release of Confidential Information* [ECF No. 122] *(the "Cause Order")*

We have circulated the attached forms of order to Mr. Siskind. Mr. Siskind has advised us that he is not in agreement with the proposed form of the Confidentiality Order. As a result, Mr. Siskind has withdrawn his prior consent to the proposed form of the Cause Order.

The attached forms of order are consistent with the stipulations made in court between the parties. We respectfully request the Court enter the proposed orders in their current form.

We are available at the Court's convenience should the Court wish to notice further proceedings on these matters.

Respectfully Submitted,

Jesus M. Suarez

**Jesus M. Suarez**
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Main 305.349.2300
Direct 305.913.6682
Fax 305.428.8831



JSuarez@GJB-law.com | www.GJB-law.com

Miami | Fort Lauderdale | Tampa