UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                                CHAPTER 7

    Debtor.
_____/

## NOTICE OF COMPLIANCE

    I HEREBY CERTIFY that I undertook a pro bono representation of my choosing, to wit; Joseph Gary Frith, Southern District of Florida Case no. 18-20153-JKO, and that I have contacted Steven S. Newburgh, Esq. at 561-659-4020 to provide him with information as to the pro bono representation which I have independently undertaken.

    I HEREBY CERTIFY that this Notice was served on October 26, 2018, via CM/ECF to all persons authorized to receive notices electronically as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices electronically through CM/ECF, and required parties not authorized to receive CM/ECF notice as reflected by the attached mailing matrix.

    Respectfully submitted this 26th day of October, 2018:

**S I S K I N D   L E G A L**

    */s/ Jeffrey M. Siskind*
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL    (561) 791-9565
FAX    (561) 791-9581
Email:   jeffsiskind@msn.com

## SERVICE LIST

Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive email notice/service for this case.

Robert C Furr danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjblaw.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S Newburgh snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Jeffrey M Siskind jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjblaw.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com