UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                  CHAPTER 7

      Debtor.

_____/

**NOTICE OF FILING DESIGNATION OF CONFIDENTIAL TRUST ACCOUNT RECORDS PURSUANT TO COURT ORDER GRANTING IN PART AND DENYING IN PART JEFFREY SISKIND'S EMERGENCY MOTION FOR A PROTECTIVE ORDER PROHIBITING THE RELEASE OF CONFIDENTIAL CLIENT INFORMATION [ECF 180]**

      COMES NOW, Jeffrey M. Siskind, and hereby notices the filing of this Designation of Confidential Trust Account Records pursuant to Court Order Granting in Part and Denying in Part Jeffrey Siskind's Emergency Motion for a Protective Order Prohibiting the Release of Confidential Client Information [ECF 180], and states:

      Pursuant to Paragraph No. 3 of the Order, Jeffrey Siskind does hereby designate the following Trust Account Records as "CONFIDENTIAL:"

      1.     Each and every "Transaction" having to do in any way with said Trust Account which does not specifically refer to the Debtor, including but not limited to Transactions which appear to relate to other clients and/or transactions which are not readily ascertainable on their face as being related to the Debtor.  "Transaction" shall include deposits, checks or other withdrawals, wire transfers, bank charges and adjustments.

      2.     Any and all periodic Trust Account statements, summaries, and reconciliations which exhibit Transactions which are not related to the Debtor, whether or not a Transaction which is related to the Debtor appears thereon.

3.      Any and all information pertaining to the management and/or operation of the Trust Account.  The Trust Account refers to Jeffrey Siskind's IOTA Account at Wells Fargo Bank, ending in 9721.

WHEREFORE, Jeffrey Siskind does hereby designate herein those Trust Account records which are CONFIDENTIAL pursuant to Paragraph No. 3 of the Order Granting in Part and Denying in Part Jeffrey Siskind's Emergency Motion for a Protective Order Prohibiting the Release of Confidential Client Information [ECF 180].

Respectfully submitted this 26th day of October, 2018:

SISKIND LEGAL

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Drive
Wellington, FL  33414
TEL       (561) 791-9565
FAX       (561) 791-9581
Email:      jeffsiskind@msn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 26th day of October, 2018 and by U.S. Mail upon unregistered parties shown on the attached official mailing matrix.

___/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746

<u>SERVICE LIST</u>

Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive email notice/service for this case.

Robert C Furr danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjblaw.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Steven S Newburgh snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;bgonzalez@mclaughlinstern.com;nsolomon@mclaughlinstern.com;vrhaburn@mclaughlinstern.com

Steven S. Newburgh snewburgh@mclaughlinstern.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Jeffrey M Siskind jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjblaw.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com