

**ORDERED in the Southern District of Florida on November 14, 2018.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                         Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                           Chapter 7

    Debtor.
_____/

### ORDER DENYING JEFFREY SISKIND'S RENEWED MOTION FOR SANCTIONS AGAINST CHAPTER 7 TRUSTEE AND ITS COUNSEL

THIS MATTER came before the Court on November 13, 2018 at 10:00 a.m. upon (1) *Jeffrey Siskind's Renewed Motion for Sanctions Against Chapter 7 Trustee and its Counsel* (the "Motion") [ECF No. 173] filed by the Debtor's Former Managing Member, Jeffrey Siskind ("Siskind") and (2) *Chapter 7 Trustee's Response to Jeffrey Siskind's Renewed Motion for Sanctions and Request for Sanctions* (the "Response") [ECF No. 186] filed by Robert C. Furr (the "Trustee"), Chapter 7 Trustee for the Estate of Chance & Anthem, LLC (the "Debtor"). The

Court, having reviewed and considered the Motion and Response, having heard argument from Mr. Siskind and Trustee's counsel, and otherwise being duly advised on the premises, it is

ORDERED as follows:

1. The Renewed Motion for Sanctions Against Chapter 7 Trustee and its Counsel is DENIED.

2. The Trustee's request for sanctions against Mr. Siskind is DENIED.

# # #

**Submitted by:**

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
Attorney for Chapter 7 Trustee
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Email: jsuarez@gjb-law.com


Jesus M. Suarez Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service reflecting same