

**ORDERED in the Southern District of Florida on November 20, 2018.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                    CASE NO. 18-16248-MAM

CHANCE & ANTHEM, LLC,                                                  CHAPTER 7

Debtor.
_____/

### ORDER DENYING MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court on November 13, 2018 upon the Motion for Protective Order (the "Motion"), filed by Jeffrey M. Siskind individually and as managing member of CannaMed Pharmaceuticals, LLC (collectively, "CannaMed") and the Court having heard argument of the parties, having read the Motion and Response filed by the Chapter 7 Trustee, and being otherwise fully informed upon the premises, does hereby, be it

ADJUDICATED, that said Motion is Denied. CannaMed shall produce documents responsive to the Rule 2004 subpoena within fourteen (14) calendar days of this order. To the extent that CannaMed wishes to assert any privilege concerning the production of documents it must produce a privilege log at that time. The Chapter 7 Trustee and CannaMed shall coordinate an examination date no earlier than fourteen (14) calendar days from the date of this Order.

###

Prepared by Jeffrey M. Siskind, 3465 Santa Barbara Drive, Wellington, FL 33414. Mr. Siskind shall serve same and file a Certificate of Service attesting to same.