UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                                         Chapter 7

     Debtor.

_____/

### RESPONSE TO CHAPTER 7 TRUSTEE'S DUCES TECUM REQUEST

  COMES NOW, Jeffrey M. Siskind, individually and as Managing Member of CannaMED Pharmaceuticals. LLC ("CannaMED"), and responds to the Duces Tecum portion of the Trustee's Notice of Rule 2004 Deposition, and states:

  1. Respondent is not in possession of any documents which are responsive to said request.

  2. Respondent is not in possession of any documents which are responsive to said request, except the Operating Agreement, as amended, and the Application for a Medical cannabis License submitted to the State of Maryland, which is privileged and confidential.

  3. Respondent is not in possession of any documents which are responsive to said request.

  4. Respondent is not in possession of any documents which are responsive to said request.

  5. Respondent is not in possession of any documents which are responsive to said request.

  6. Respondent is not in possession of any documents which are responsive to said request. Respondent also objects to providing any such documents which do not relate directly to the Debtor or to CannaMED, and on the basis of confidentiality and attorney-client privilege.

  7. Respondent is not in possession of any documents which are responsive to said request.

  8. Respondent cannot locate this document, which was in its possession prior to the move

from its offices at 525 South Flagler Drive, 5th Floor, West Palm Beach, FL 33401.

9. Respondent objects to providing said requested documents on the basis of confidentiality and attorney-client privilege.

10. Respondent does not possess any responsive documents except than those which were already provide to the Trustee.

11. Respondent does not possess any responsive documents except than those which were already provide to the Trustee.

12. Respondent objects to providing said documents on the basis of confidentiality.

          **S I S K I N D   L E G A L**

          ___*/s/ Jeffrey M. Siskind*___
          Jeffrey M. Siskind, Esquire
          FBN 138746
          3465 Santa Barbara Drive
          Wellington, FL  33414
          TEL    (561) 791-9565
          FAX    (561) 791-9581
          Email: jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing paper will be served upon the filing hereof on all registered parties registered on CM/ECF, listed below, this 1st day of December, 2018.

          ___*/s/ Jeffrey M. Siskind*___
          Jeffrey M. Siskind, Esquire
          FBN 138746