UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                             Case No.: 18-16248-MAM

CHANCE & ANTHEM, LLC,                              Chapter 7

      Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that David A. Ray, of the law firm of David A. Ray, P.A., hereby appears as Counsel for creditor and interested party Carl Stone.

PLEASE TAKE FURTHER NOTICE that request is made, pursuant to 11 U.S.C. §§ 342 and 1109(b), and Rules 2002, 2018, 3017, 7005, 7024, 9007, 9019(b) and 9013 of the Federal Rules of Bankruptcy Procedure, as applicable, and the applicable local rules, that a true, complete and accurate copy of each and every notice required to be given in this case, as well as copies of all pleadings and other papers filed in the captioned matter, be directed to

      David A. Ray
      David A. Ray, P.A.
      1330 Southeast 4th Avenue, Suite I
      Fort Lauderdale, Florida 33316
      Email: dray@draypa.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, disclosure statement, plan, complaint, demand, objection, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise, which may affect or seek to affect in any way the rights or interests of any party or

any related entities, property or proceeds in which the debtor(s) or any other estate representative or interested party may claim an interest.

                      David A. Ray, P.A.

                      By: /s/ *David Ray*
                      David A. Ray
                      Fla. Bar No. 13871
                      1330 Southeast 4th Avenue, Suite I
                      Fort Lauderdale, Florida 33316
                      Ph: 954-399-0105
                      dray@draypa.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 25, 2019, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest on this day via transmission of Notices of Electronic Filing generated by CM/ECF.

                      /s/ *David Ray*
                      David A. Ray