FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 18-16248 | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 12/31/2018 | §341(a) Meeting Date: | 07/09/2018 |
| | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  JP Morgan Chase Checking #1866 | $48.96 | $0.00 | | $0.00 | FA |
| 2  CannaMed Pharmaceuticals LLC | $14,000,000.00 | $0.00 | | $0.00 | FA |
| 3  Computer, Screen, Monitor | $150.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$14,000,198.96     $0.00     $0.00     $0.00

**Major Activities affecting case closing:**

01/24/2019    This case was transferred in from Baltimore, Maryland Court - case# 18-11168-TJC. The trustee has been investigating the history of the entity and its use as an alter ego of Jeffrey Siskind and other entities controlled by him. There are many creditors who are allegedly victims of Mr. Siskind's actions who may have claims against the debtor. This investigation is ongoing. An adversary proceeding to recover properties and transfers will be filed in the near future.

Claims: No claims have been reviewed at this time.

01/24/2019    Amended Schedules [ECF#50]

**Initial Projected Date Of Final Report (TFR):** 12/31/2021    **Current Projected Date Of Final Report (TFR):** 12/31/2021    /s/ ROBERT C. FURR, TRUSTEE

ROBERT C. FURR, TRUSTEE