UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 18-16248-BKC-MAM
                                                                              Chapter 7
CHANCE & ANTHEM, LLC,

            Debtor.
_____/

### MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

COMES NOW undersigned counsel and files this Motion to Withdraw as Counsel for the Debtor, and states:

1. Undersigned counsel is a Defendant in an adversary case brought by the Chapter 7 Trustee; Adv. No. 19-01298-MAM.

2. As such, undersigned counsel must respond to and defend against the said adversary complaint.

3. As a consequence of the Trustee's adversary complaint, the interests of undersigned counsel are adverse to those of the Debtor.

4. No prejudice will result as to the Debtor because the Debtor has fulfilled all of its duties to the Chapter 7 Trustee and its counsel.

WHEREFORE, undersigned counsel respectfully requests that it be permitted to withdraw as counsel to the Debtor.

Respectfully submitted,

                                                                **S I S K I N D   L E G A L**

                                                                ___*/s/ Jeffrey M. Siskind*___
                                                                Jeffrey M. Siskind, Esquire

FBN 138746  
3465 Santa Barbara Drive  
Wellington, FL  33414  
TEL    (561) 791-9565  
FAX    (561) 791-9581  
Email: jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished this 7th day of October, 2019, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

___/s/ Jeffrey M. Siskind___  
Jeffrey M. Siskind, Esquire  
FBN 138746

## SERVICE LIST

Notice will be served via U.S. Mail and/or E-mail upon:

John H. Genovese, Esq. Florida Bar No. 280852 Jesus M. Suarez, Esq. Fla. Bar No. 60086 GENOVESE JOBLOVE & BATTISTA, P.A. 100 S.E. 2nd Street, Suite 4400 Miami, FL 33131 Tel.: (305) 349-2300 Fax.: (305) 349-2310 Via email to *jgenovese@gjb-law.com* and *jsuarez@gjb-law.com* (Counsel to the Chapter 7 Trustee)

Samantha Tesser Haimo, Esq. com Florida Bar No. 148016 7900 Peters Road, Suite B-200 Fort Lauderdale, FL  33324 (954) 376–5956 - Telephone (954) 206-0188 – Facsimile  Via email to *sth@womenatlawfl.* (Counsel for Defendants OB Real Estate 1732, LLC, Wellington 3445, LP and Zokaites Properties, LP)

Jeffrey M. Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to jeffsiskind@msn.com

Siskind Legal Services c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Tanya Siskind, individually 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Second Siskind Family Trust c/o Tanya Siskind, Trustee 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

CannaMed Pharmaceuticals, LLC c/o Jeffrey M. Siskind, Managing Member 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Sovereign Gaming and Entertainment, LLC c/o Jeffrey M. Siskind, on behalf of William Siskind, deceased 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Florida's Association of Community Banks and Credit Unions, Incorporated c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Sympatico Equine Rescue, Inc. c/o Jeffrey M. Siskind, President 3465 Santa Barbara Drive Wellington, FL 33414 Via e-mail to *jeffsiskind@msn.com*

Robert Gibson 1709 22nd Avenue North Lake Worth, Florida 33460 Via e-mail to *intelexigent@gmail.com*

Robert Gibson 7369 Palmdale Drive Boynton Beach, Florida 33436 Via e-mail to *intelexigent@gmail.com*