FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 18-16248 | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 12/31/2019 | §341(a) Meeting Date: | 07/09/2018 |
| | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase Checking #1866 | $48.96 | $0.00 | | $0.00 | FA |
| 2 | CannaMed Pharmaceuticals LLC | $14,000,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset has no value; email from Counsel to the Trustee. | | | | | |
| 3 | Computer, Screen, Monitor | $150.00 | $0.00 | | $0.00 | FA |
| 4 | Furr v. Jeffrey M. Siskind - Adv. 19-01298 (u) | $1,000,000.00 | $1,000,000.00 | | $0.00 | $1,000,000.00 |
| 5 | Furr v. Air Center - Adv. 19-01299 (u) | $5,001.00 | $5,001.00 | | $0.00 | $5,001.00 |
| Asset Notes: | Motion to Approve Settlement and Compromise with Adversary Defendants [ECF#218]; Order Approving [ECF# ]; twelve (12) payments of $416.75 commencing 01/15/20 and on the 15th of each month. | | | | | |
| 6 | Furr v. New Country Motors of Palm Beach - Adv. 19-01300 (u) | $16,900.00 | $16,900.00 | | $0.00 | $16,900.00 |
| Asset Notes: | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF# ] | | | | | |
| 7 | Furr v. Advanced Avionics LLC - Adv. 19-01301 (u) | $110,000.00 | $110,000.00 | | $0.00 | $110,000.00 |
| 8 | Furr v. Ocean Reef Club Inc. - Adv. 19-01302 (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Adversary dismissed. | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | $15,132,099.96 | $1,131,901.00 | | $0.00 | $1,131,901.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 18-16248 | Trustee Name: | Robert C. Furr, Trustee |
| Case Name: | CHANCE & ANTHEM, LLC | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 12/31/2019 | §341(a) Meeting Date: | 07/09/2018 |
| | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/29/2020  There are several matters being handled in this case. The Trustee, through counsel, filed five (5) adversaries. The following is a status of each:

19-01298 Furr v. Siskind - One of the defendants in this adversary (Zokaites) has settled with the Trustee for $21,000. There are still pending claims against the remaining defendants.

19-01299 Furr v. Air Center - This adversary was settled for $5,001 and is being paid out under a payment plan.

19-01300 Furr v. New Country Motor - This adversary was settled for $16,900 and the Trustee is awaiting payment.

19-01301 Furr V. Advanced Avionics - Demand has been made and the case is in litigation.

19-01302 - Furr V. Ocean Reef Club - This adversary was dismissed without prejudice, subject to a tolling agreement. The Original demand amount is $13,233.88 but could increase if the Trustee gets SubCon over Sovereign, a related company.

01/24/2019  Claims Bar Date: 08/10/18 - No claims have been reviewed at this time.
This case was transferred in from Baltimore, Maryland Court - case# 18-11168-TJC. The trustee has been investigating the history of the entity and its use as an alter ego of Jeffrey Siskind and other entities controlled by him. There are many creditors who are allegedly victims of Mr. Siskind's actions who may have claims against the debtor. This investigation is ongoing. An adversary proceeding to recover properties and transfers will be filed in the near future.

Claims: No claims have been reviewed at this time.
01/24/2019  Amended Schedules [ECF#50]

Initial Projected Date Of Final Report (TFR): 12/31/2021   Current Projected Date Of Final Report (TFR): 12/31/2021   /s/ ROBERT C. FURR
ROBERT C. FURR