UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 18-16248-BKC-MAM
                                                                                                 Chapter 7
CHANCE & ANTHEM, LLC,
        Debtor.
_____/

**CHAPTER 7 TRUSTEE'S LIMITED OBJECTION TO MOTION FOR
LIMITED RELIEF FROM STAY TO PURSUE DISMISSAL OF STATE COURT
ACTION FILED BY ADVERSARY DEFENDANT JEFFREY SISKIND [ECF No. 215]**

Plaintiff, Robert C. Furr (the "Trustee" or "Plaintiff"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC ("Debtor" or "C&A"), by and through counsel, files this Limited Objection to the Motion for Limited Relief from Stay to Pursue Dismissal of State Court Action [ECF No. 215] (the "Limited Objection") filed by Adversary Defendant Jeffrey Siskind ("Defendant Siskind"), and in support thereof states, as follows:

1. The Motion requests limited stay relief for purposes of obtaining dismissal of a state court action captioned *David Fiore et al v. Jeffrey M. Siskind et al.* (Case No. 2016-CA-A008765) pending in the Fifteenth Judicial Circuit for Palm Beach County, Florida (the "State Case"). The Debtor and Defendant Siskind are both defendants in the State Case, where claims for professional negligence, conversion and fraud have been alleged

2. On July 18, 2020, the Administrative Judge Lisa Small of the Palm Beach Circuit Civil division entered an order staying the State Case, among many others where parties had apparently filed bankruptcy, pending an order of the Bankruptcy Court for the case to either "proceed or be dismissed." A copy of the order is annexed hereto as **Exhibit "A"**.

3. On August 9, 2019, Defendant Siskind filed a "Renewed Motion to Dismiss

Plaintiff's Claims with Prejudice" in the State Case, a copy of which is annexed hereto as **Exhibit "B"**. In this motion, Defendant Siskind argues that (i) the claims brought by plaintiffs in the state action are being fully litigated in this bankruptcy case; (ii) plaintiffs have "invoked" federal jurisdiction by filing proofs of claim against the Debtor, and (iii) because the Trustee has filed litigation against Defendant Siskind, the State Case should be dismissed "on the basis of comity."

4. Notably, Defendant Siskind fails to support this argument with a single citation to authority because there is no lawful support for this untenable proposition. This bankruptcy case was *voluntarily filed* by Defendant Siskind in his capacity both as counsel and managing member of the Debtor. In fact, Defendant Siskind previously sought to stay the State Case *in its entirety* on the basis that the Debtor had filed a voluntary petition. *See* Motion to Stay Case, a copy of which is annexed hereto as **Exhibit "C"**. There is simply no basis to permit Defendant Siskind to seek relief from stay only for the limited purpose of seeking dismissal of the State Case.

5. The Trustee does not seek to impair creditors' claims against Defendant Siskind, nor is the Trustee aware of any basis under these circumstances to enjoin the State Case in favor of this Bankruptcy Case. The Trustee files this Limited Objection for purposes of stating that he has no objection to the prosecution of the State Case, provided however, that any claims against the Debtor remain stayed as required by 11 U.S.C. §362. Additionally, the Court should not permit any order permitting limited stay relief as impairing creditors' claims in the State Case or their ability to prosecute it on account of Defendant Siskind having voluntarily filed this bankruptcy case.

**WHEREFORE**, the Plaintiff, Robert C. Furr, as Chapter 7 Trustee, respectfully requests the Court enter an Order: (i) sustaining the Limited Objection; (ii) conditioning the relief

requested in the Motion as set forth herein; and (iii) for such further relief as the Court deems just and proper.

Respectfully submitted this **31st** day of January, 2020.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Counsel to the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, Florida  33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:     /s/ Jesus M. Suarez
        John H. Genovese, Esq.
        Florida Bar No. 280852
        Jesus M. Suarez, Esq.
        Fla. Bar No. 60086
        Barry P. Gruher, Esq.
        Florida Bar No. 960993

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF notification upon all interested parties registered to receive electronic notification on this matter and/or via U.S. Mail as indicated on the Service List below on this 31st day of January, 2020.

By: /s/ *Jesus M. Suarez*
    Jesus M. Suarez, Esq.

## SERVICE LIST

*Served via CM/ECF Notification upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

3

Robert C Furr danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C. Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant Advanced Avionics, LLC philip@philipbharris.com

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc. philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind philip@philipbharris.com

Steven S Newburgh on behalf of Creditor 3485 Lago De Talavera Trust

snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Other Professional George W. Liebmann
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Creditor Carl Stone
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com

Jeffrey M Siskind on behalf of Debtor Chance & Anthem, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Stuart A Young, Esq on behalf of Creditor 27120 Ocean Gateway, LLC syoung@ybplaw.com

Stuart A Young, Esq on behalf of Creditor Alan Bias syoung@ybplaw.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA

CASE NO: SEE THE ATTACHED LIST OF CASES

### ORDER PLACING STAY FOR BANKRUPTCY AND DIRECTING CLERK TO CHANGE CASE STATUS
(SGBK)

**THIS CAUSE** came before the Court for review on July 18, 2019. Based upon a review of all the cases in Circuit Civil Divisions and pursuant to Supreme Court AOSC 16-. The attached list identifies cases with active bankruptcies that were filed prior to the implementation of the Supreme Court Administrative Order but are still in bankruptcy status according to a review. The Court being otherwise fully advised in the premise, it is

**ORDERED AND ADJUDGED** that the attached list of cases will be stayed until the Plaintiff files a copy of the disposition of the Bankruptcy case and a copy of the Order Lifting Stay from the Bankruptcy Court in order for the case to either proceed or be dismissed. It is

**FURTHER ORDERED AND ADJUDGED** that the Clerk change the Status of the Case from ACTIVE to INACTIVE, if not already listed as Inactive, using SGBK code for reporting purposes.

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida, this 18th day of July, 2019.

LISA SMALL
CIRCUIT CIVIL
ADMINISTRATIVE JUDGE

2019 JUL 18 PM 2:55

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 1 | 50-2007-CA-014220-XXXX-MB |
| 2 | 50-2009-CA-013318-XXXX-MB |
| 3 | 50-2009-CA-034936-XXXX-MB |
| 4 | 50-2009-CA-038275-XXXX-MB |
| 5 | 50-2009-CA-041100-XXXX-MB |
| 6 | 50-2010-CA-012592-XXXX-MB |
| 7 | 50-2010-CA-029402-XXXX-MB |
| 8 | 50-2011-CA-020559-XXXX-MB |
| 9 | 50-2012-CA-019461-XXXX-MB |
| 10 | 50-2012-CA-021137-XXXX-MB |
| 11 | 50-2012-CA-023067-XXXX-MB |
| 12 | 50-2012-CA-023516-XXXX-MB |
| 13 | 50-2012-CA-023613-XXXX-MB |
| 14 | 50-2013-CA-000938-XXXX-MB |
| 15 | 50-2013-CA-001387-XXXX-MB |
| 16 | 50-2013-CA-005153-XXXX-MB |
| 17 | 50-2013-CA-009905-XXXX-MB |
| 18 | 50-2014-CA-002201-XXXX-MB |
| 19 | 50-2014-CA-002506-XXXX-MB |
| 20 | 50-2014-CA-003263-XXXX-MB |
| 21 | 50-2014-CA-003501-XXXX-MB |
| 22 | 50-2014-CA-004871-XXXX-MB |
| 23 | 50-2014-CA-011203-XXXX-MB |
| 24 | 50-2014-CA-012824-XXXX-MB |
| 25 | 50-2014-CA-013158-XXXX-MB |
| 26 | 50-2014-CA-013375-XXXX-MB |
| 27 | 50-2014-CA-013518-XXXX-MB |
| 28 | 50-2014-CA-014846-XXXX-MB |
| 29 | 50-2015-CA-002232-XXXX-MB |
| 30 | 50-2015-CA-00355?-XXXX-MB |
| 31 | 50-2015-CA-00????-XXXX-MB |
| 32 | 50-2015-CA-?6276?-XXX-MB |
| 33 | 50-2015-?-?-XXXX-MB |
| 34 | 50-20?5-?882-XXXX-MB |
| 35 | 50-2?-CA-007709-XXXX-MB |
| 36 | ?-CA-009884-XXXX-MB |
| 37 | 50-2015-CA-010840-XXXX-MB |
| 38 | 50-2015-CA-011767-XXXX-MB |
| 39 | 50-2015-CA-012512-XXXX-MB |
| 40 | 50-2015-CA-012664-XXXX-MB |
| 41 | 50-2015-CA-013214-XXXX-MB |
| 42 | 50-2015-CA-013397-XXXX-MB |
| 43 | 50-2015-CA-014228-XXXX-MB |
| 44 | 50-2015-CA-014238-XXXX-MB |
| 45 | 50-2015-CA-014385-XXXX-MB |
| 46 | 50-2015-CA-014480-XXXX-MB |
| 47 | 50-2016-CA-001186-XXXX-MB |

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 48 | 50-2016-CA-001817-XXXX-MB |
| 49 | 50-2016-CA-005829-XXXX-MB |
| 50 | 50-2016-CA-006444-XXXX-MB |
| 51 | 50-2016-CA-007050-XXXX-MB |
| 52 | 50-2016-CA-007095-XXXX-MB |
| 53 | 50-2016-CA-007290-XXXX-MB |
| 54 | 50-2016-CA-007446-XXXX-MB |
| 55 | 50-2016-CA-007938-XXXX-MB |
| 56 | 50-2016-CA-008765-XXXX-MB |
| 57 | 50-2016-CA-009067-XXXX-MB |
| 58 | 50-2016-CA-009119-XXXX-MB |
| 59 | 50-2016-CA-009262-XXXX-MB |
| 60 | 50-2016-CA-009364-XXXX-MB |
| 61 | 50-2016-CA-009470-XXXX-MB |
| 62 | 50-2016-CA-010676-XXXX-MB |
| 63 | 50-2016-CA-011172-XXXX-MB |
| 64 | 50-2016-CA-012026-XXXX-MB |
| 65 | 50-2016-CA-012178-XXXX-MB |
| 66 | 50-2016-CA-012446-XXXX-MB |
| 67 | 50-2016-CA-012814-XXXX-MB |
| 68 | 50-2016-CA-012829-XXXX-MB |
| 69 | 50-2016-CA-013184-XXXX-MB |
| 70 | 50-2016-CA-013451-XXXX-MB |
| 71 | 50-2016-CA-014192-XXXX-MB |
| 72 | 50-2017-CA-000122-XXXX-MB |
| 73 | 50-2017-CA-000278-XXXX-MB |
| 74 | 50-2017-CA-000398-XXXX-MB |
| 75 | 50-2017-CA-001199-XXXX-MB |
| 76 | 50-2017-CA-001520-XXXX-MB |
| 77 | 50-2017-CA-0017??-XXXX-MB |
| 78 | 50-2017-CA-00????-XXX-MB |
| 79 | 50-2017-CA-00????-XXX-MB |
| 80 | 50-2017-CA-0????7-XXXX-MB |
| 81 | 50-2017-CA-0?548-XXXX-MB |
| 82 | 50-2017-CA-004139-XXXX-MB |
| 83 | 50-2017-CA-004246-XXXX-MB |
| 84 | 50-2017-CA-004406-XXXX-MB |
| 85 | 50-2017-CA-004829-XXXX-MB |
| 86 | 50-2017-CA-004902-XXXX-MB |
| 87 | 50-2017-CA-004955-XXXX-MB |
| 88 | 50-2017-CA-005330-XXXX-MB |
| 89 | 50-2017-CA-005353-XXXX-MB |
| 90 | 50-2017-CA-005397-XXXX-MB |
| 91 | 50-2017-CA-005850-XXXX-MB |
| 92 | 50-2017-CA-006890-XXXX-MB |
| 93 | 50-2017-CA-007173-XXXX-MB |
| 94 | 50-2017-CA-007375-XXXX-MB |

NOT A CERTIFIED COPY

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 95 | 50-2017-CA-007569-XXXX-MB |
| 96 | 50-2017-CA-007662-XXXX-MB |
| 97 | 50-2017-CA-008058-XXXX-MB |
| 98 | 50-2017-CA-008088-XXXX-MB |
| 99 | 50-2017-CA-008261-XXXX-MB |
| 100 | 50-2017-CA-008347-XXXX-MB |
| 101 | 50-2017-CA-008658-XXXX-MB |
| 102 | 50-2017-CA-008727-XXXX-MB |
| 103 | 50-2017-CA-009061-XXXX-MB |
| 104 | 50-2017-CA-009731-XXXX-MB |
| 105 | 50-2017-CA-009887-XXXX-MB |
| 106 | 50-2017-CA-010166-XXXX-MB |
| 107 | 50-2017-CA-010798-XXXX-MB |
| 108 | 50-2017-CA-011135-XXXX-MB |
| 109 | 50-2017-CA-011323-XXXX-MB |
| 110 | 50-2017-CA-011545-XXXX-MB |
| 111 | 50-2017-CA-012542-XXXX-MB |
| 112 | 50-2018-CA-000368-XXXX-MB |
| 113 | 50-2018-CA-000419-XXXX-MB |
| 114 | 50-2018-CA-000542-XXXX-MB |
| 115 | 50-2018-CA-000606-XXXX-MB |
| 116 | 50-2018-CA-001019-XXXX-MB |
| 117 | 50-2018-CA-001284-XXXX-MB |
| 118 | 50-2018-CA-001599-XXXX-MB |
| 119 | 50-2018-CA-001627-XXXX-MB |
| 120 | 50-2018-CA-001950-XXXX-MB |
| 121 | 50-2018-CA-001955-XXXX-MB |
| 122 | 50-2018-CA-002068-XXXX-MB |
| 123 | 50-2018-CA-002688-XXXX-MB |
| 124 | 50-2018-CA-00314?-XXXX-MB |
| 125 | 50-2018-CA-00?????-XXXX-MB |
| 126 | 50-2018-CA-????-XXXX-MB |
| 127 | 50-2018-?-????-XXXX-MB |
| 128 | 50-20?8-??-?072-XXXX-MB |
| 129 | 50-????-CA-004372-XXXX-MB |
| 130 | 50-2018-CA-004445-XXXX-MB |
| 131 | 50-2018-CA-004650-XXXX-MB |
| 132 | 50-2018-CA-005319-XXXX-MB |
| 133 | 50-2018-CA-005469-XXXX-MB |
| 134 | 50-2018-CA-005582-XXXX-MB |
| 135 | 50-2018-CA-005716-XXXX-MB |
| 136 | 50-2018-CA-006176-XXXX-MB |
| 137 | 50-2018-CA-006238-XXXX-MB |
| 138 | 50-2018-CA-006504-XXXX-MB |
| 139 | 50-2018-CA-006558-XXXX-MB |
| 140 | 50-2018-CA-006764-XXXX-MB |
| 141 | 50-2018-CA-006944-XXXX-MB |

NOT A CERTIFIED COPY

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 142 | 50-2018-CA-007126-XXXX-MB |
| 143 | 50-2018-CA-007270-XXXX-MB |
| 144 | 50-2018-CA-007425-XXXX-MB |
| 145 | 50-2018-CA-007483-XXXX-MB |
| 146 | 50-2018-CA-008126-XXXX-MB |
| 147 | 50-2018-CA-008698-XXXX-MB |
| 148 | 50-2018-CA-008885-XXXX-MB |
| 149 | 50-2018-CA-009054-XXXX-MB |
| 150 | 50-2018-CA-009074-XXXX-MB |
| 151 | 50-2018-CA-009157-XXXX-MB |
| 152 | 50-2018-CA-009235-XXXX-MB |
| 153 | 50-2018-CA-009463-XXXX-MB |
| 154 | 50-2018-CA-009611-XXXX-MB |
| 155 | 50-2018-CA-009940-XXXX-MB |
| 156 | 50-2018-CA-010027-XXXX-MB |
| 157 | 50-2018-CA-010301-XXXX-MB |
| 158 | 50-2018-CA-010554-XXXX-MB |
| 159 | 50-2018-CA-010637-XXXX-MB |
| 160 | 50-2018-CA-010852-XXXX-MB |
| 161 | 50-2018-CA-011116-XXXX-MB |
| 162 | 50-2018-CA-011670-XXXX-MB |
| 163 | 50-2018-CA-011744-XXXX-MB |
| 164 | 50-2018-CA-012310-XXXX-MB |
| 165 | 50-2018-CA-012327-XXXX-MB |
| 166 | 50-2018-CA-013061-XXXX-MB |
| 167 | 50-2018-CA-013291-XXXX-MB |
| 168 | 50-2018-CA-013908-XXXX-MB |
| 169 | 50-2018-CA-014330-XXXX-MB |
| 170 | 50-2018-CA-014406-XXXX-MB |
| 171 | 50-2018-CA-01447?-XXXX-MB |
| 172 | 50-2018-CA-0????-XXXX-MB |
| 173 | 50-2018-CA-?953?-XXXX-MB |
| 174 | 50-2018-?????-XXXX-MB |
| 175 | 50-20??-?-4925-XXXX-MB |
| 176 | 50-20??-CA-015073-XXXX-MB |
| 177 | 50-20?8-CA-015209-XXXX-MB |
| 178 | 50-2018-CA-015809-XXXX-MB |
| 179 | 50-2018-CA-015857-XXXX-MB |
| 180 | 50-2018-CA-015937-XXXX-MB |
| 181 | 50-2018-CA-016251-XXXX-MB |
| 182 | 50-2019-CA-000093-XXXX-MB |
| 183 | 50-2019-CA-000133-XXXX-MB |
| 184 | 50-2019-CA-000283-XXXX-MB |
| 185 | 50-2019-CA-000655-XXXX-MB |
| 186 | 50-2019-CA-000952-XXXX-MB |
| 187 | 50-2019-CA-001055-XXXX-MB |
| 188 | 50-2019-CA-001310-XXXX-MB |

NOT A CERTIFIED COPY

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 189 | 50-2019-CA-001334-XXXX-MB |
| 190 | 50-2019-CA-003114-XXXX-MB |
| 191 | 50-2019-CA-003304-XXXX-MB |
| 192 | 50-2019-CA-003424-XXXX-MB |
| 193 | 50-2019-CA-006362-XXXX-MB |



NOT A CERTIFIED COPY

# EXHIBIT "B"

Filing # 93962337 E-Filed 08/09/2019 04:51:07 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

David Fiore,

    Plaintiff,

vs.                                       Case No. 50-2016-CA-008765-XXXX-MB

Jeffrey M. Siskind, et al.,

    Defendants.

_____/

## RENEWED MOTION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE

COME NOW Jeffrey M. Siskind, Sovereign Gaming & Entertainment, LLC, Siskind Legal Services, LLC and Florida's Association of Community Banks and Credit Unions, Incorporated (together, the "Defendants"), by and through undersigned counsel, and file this Renewed Motion to Dismiss Plaintiffs' Claims with Prejudice, and states:

1. Defendants reallege and incorporate herein those allegations expressed in their Motion to Dismiss Any and All Claims brought by David Fiore, Carl Stone and Christopher George which was filed on August 1, 2018.

2. All claims brought by the Plaintiffs in this action are now being fully litigated before the United States Bankruptcy Court, Southern District of Florida in Case No. 18- 16248-MAM, styled *In re Fiore & Anthem, LLC*, and a related adversary case, no. 19-01298-MAM.

3. Defendants initially moved to dismiss Plaintiffs' claims on the basis of proofs of claim filed by Plaintiffs in the above stated Chapter 7 bankruptcy matter. Although these proof of claim invoked federal court jurisdiction, there was no indication as to whether the matters would be adjudicated in that forum. Now, however, based upon the assigned Chapter 7 Trustee's recently filed adversary complaint and related filings, it is apparent that the entirety of Plaintiffs' claims are being actively litigated in bankruptcy court.

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 08/09/2019 04:51:07 PM

4.  On the basis of comity, and inasmuch Plaintiffs' claims raised herein are now being advanced in their entirety by an appointed Chapter 7 Trustee within the Federal forum as a result of Plaintiffs' proofs of claim, said Plaintiffs' claims must be dismissed with prejudice, only leaving for adjudication Defendants' pending sanctions motion which was served and filed pursuant to Florida Statute 57.105.

WHEREFORE, Defendants request that Plaintiffs' claims herein be dismissed with prejudice, reserving jurisdiction on to sanctions pursuant to Florida Statute 57.105.

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
FBN 138746
SISKIND LEGAL
3465 Santa Barbara Drive
Wellington, FL 33414
TEL (561) 791-9565
FAX (561) 791-9581
EMAIL jeffsiskind@msn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion is being served upon all appropriate parties by filing thereof on Florida's E-filing Portal this 9th day of August, 2019.

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esquire
FBN 138746

# EXHIBIT "C"

Filing # 67733587 E-Filed 02/09/2018 04:06:09 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

David Fiore,

    Plaintiff,

vs.                                                Case No. 50-2016-CA-008765-XXXX-MB

Jeffrey M. Siskind, et al.,

    Defendants.

_____/

## MOTION TO STAY CASE

COMES NOW Chance & Anthem, LLC ("C&A"), by and through undersigned counsel, and moves to stay all proceedings in this matter until such time as Plaintiff obtains consent of the United States Bankruptcy Court, Division of Maryland, to relief from the automatic stay, and states:

1. At the most recent hearing conducted on January 31, 2018, the Court remarked that the parties would likely 'go to bankruptcy court and then come back,' which undersigned counsel believes is a requirement in order to proceed in this matter, upon hearing that C&A filed for bankruptcy protection in Maryland (Case No. 18-11168).

2. Although bifurcation is also sometimes an option which permits a multi-party case to move forward when a party files for bankruptcy protection, this Court also remarked that the issues in this case are so intertwined that bifurcation would likely not be a viable option.

3. Bifurcation, which must be moved for by the party seeking same, would not be permissible here because C&A would be required to participate, thus violating the bankruptcy stay.

4. In light of the foregoing, and also for purposes of judicial economy, the Court should now formally stay this matter until such time as relief from stay is obtained from the

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 02/09/2018 04:06:09 AM

bankruptcy court, which would obviate expenditures of time and money by the parties hereto.

WHEREFORE, C&A requests that the Court order that this matter be stayed until such time as relief from stay may be granted in Maryland bankruptcy case no. 18-11168, and for such other and further relief as appropriate in the circumstances.

SISKIND LEGAL

__/s/ Jeffrey M. Siskind__
Jeffrey M. Siskind, Esquire
FBN 138746
3465 Santa Barbara Driv
Wellington, FL 3341
TEL   (561) 791-9
FAX   (561) 79
Email: jeffsis... sn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Stay was served upon all registered parties this 9th day of January, 20 by Florida's E-filing Portal and by U.S. Mail and/or by hand delivery to unregistered parties.

__/s/ Jeffrey M. Siskind__
Jeffrey M. Siskind, Esquire
FBN 138746

NOT A CERTIFIED COPY