# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLROIDA

In re:

**Chance & Anthem, LLC,**

      Debtor

Case No. 18-16248-MAM

Chapter 7

## NOTICE OF APPEARANCE ON BEHALF OF CREDITOR

Please take notice that Ariane Ice hereby enters her appearance as counsel for Creditor, Christopher George. Please serve a copy of all notices, correspondence or orders on the undersigned.

Dated: February 3, 2020.

**Ice Legal, P.A.**
6586 Hypoluxo Road, Suite 350
Lake Worth, FL 33467
Telephone: (561) 729-0530

*/s/* Ariane Ice
Ariane Ice
Florida Bar No. 1015326

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        **Ice Legal P.A.**
        6586 Hypoluxo Road, Suite 350
        Lake Worth, FL 33467
        Telephone: (561) 729-0530

        */s/* Ariane Ice
        Ariane Ice
        Florida Bar No. 1015326