CGFD80 (2/28/2019)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–16248–MAM

Chapter: 7

**In re:**

Chance & Anthem, LLC
3445 Santa Barbara Drive
Wellington, FL 33414

EIN: 47–5238291

# NOTICE OF CLAIM FILED BY DEBTOR/TRUSTEE

**To:** Jeffrey M. Siskind
3465 Santa Barbara, Dr
Wellington, FL 33414

**Notice is given pursuant to Bankruptcy Rule 3004** that the Debtor filed claim number 8 on your behalf in this case on 2/10/2020, in the amount of $ 42,500.00, in the name of Jeffrey M. Siskind. The filing of a claim by you, pursuant to Bankruptcy Rules 3002(c) or 3003(c) (whichever is applicable), shall supersede the proof of claim filed by the Debtor. **August 10, 2018** is/was the deadline set for filing claims in this case.

Claims should be filed using the Official Form 410 Proof of Claim available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
1515 N Flagler Dr #801
West Palm Beach FL 33401

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated:2/10/20**

**CLERK OF COURT**
By: Hebe Montygierd
Deputy Clerk (561) 514–4100

The clerk shall serve a copy of this notice on the debtor, creditor, and trustee (if applicable).