UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLROIDA

In re:

**Chance & Anthem, LLC,**

Debtor

Case No. 18-16248-MAM

Chapter 7

### MOTION FOR ORDER CONFIRMING STATE CASE MAY PROCEED AGAINST NON-DEBTOR DEFENDANTS

COMES NOW creditor and interested party, Christopher George ("Movant"), and moves for an order confirming that the stay required by 11 U.S.C. § 362 has not been extended to any non-debtor party by this Court, and states:

1. Movant is a creditor and interested party, with a pecuniary interest in the estate of debtor, CHANCE & ANTHEM, LLC. On August 9, 2019, Christopher and Dianna George filed a Proof of Claim against the Debtor in the amount of $2,000,000.[1] [4-1]

2. Movant is a party plaintiff to a state court action, David Fiore et al v. Jeffrey M. Siskind et al. (Case No. 2016-CA-008765) pending in the Fifteenth Judicial Circuit for Palm Beach County, Florida (the "State Case"). Debtor is a defendant in the State Case, where claims for professional negligence, conversion and fraud have been alleged. While some of the aforementioned claims are against the Debtor, Movant seeks an Order clarifying the stay as to co-defendants in the State Case.

---

[1] The term party-in-interest is generally understood to include all persons whose pecuniary interests are directly affected by the bankruptcy proceedings. In re E.S. Bankest, L.C., 321 B.R. 590, 594-95 (Bankr. S.D. Fla. 2005) (citing Nintendo Co., Ltd. v. Patten (In re Alpex Computer Corp.), 71 F.3d 353, 356 (10th Cir. 1995).

3.  On July 18, 2020, the Administrative Judge Lisa Small of the Palm Beach Circuit Civil division entered an order staying the State Case, among many others where parties had apparently filed bankruptcy, pending an order of the Bankruptcy Court for the case to either "proceed or be dismissed" (the "Administrative Order"). A copy of the Administrative Order is annexed hereto as **Exhibit "A."**

4.  On January 4, 2020, Jeffrey M. Siskind, as an interested party to this action, filed a Motion for Limited Relief From Stay to Pursue Dismissal of State Court Action, with this Court, seeking "limited relief from stay to pursue dismissal of the said State Court Case, and for such other relief as appropriate" (the "Siskind Motion"). [ECF 215]  Jeffrey M. Siskind is a Defendant in the State Case.[2]

5.  In response to the Siskind Motion, the Trustee filed Chapter 7 Trustee's Limited Objection to Motion for Limited Relief From Stay to Pursue Dismissal of State Court Action Filed by Adversary Defendant Jeffrey Siskind ("Trustees Limited Objection"). [ECF 223]

6.  The Trustee filed his Limited Objection "for purposes of stating that he has no objection to the prosecution of the State Case, provided however, that any claims against the Debtor remain stayed as required by 11 U.S.C. §362." Trustees Limited Objection, ¶ 5. The Trustee also saw no basis to enjoin the State Case in favor of this Bankruptcy Case, and urged that "the Court should not permit any order permitting limited stay relief as impairing creditors' claims in the State Case or their ability to prosecute it on account of Defendant Siskind having voluntarily filed this bankruptcy case." Id.

---

[2] Defendants to State Case are: Jeffrey M. Siskind, William Siskind, Sovereign Gaming & Entertainment, LLC, Chance & Anthem, LLC, OB Real Estate Holdings 1732, LLC, Siskind eagle Services, LLC, and Florida's Association of Community Banks and Credit Unions, Incorporated.

7.      Also, in response to the Siskind Motion, Carl Stone, as creditor and interested party, filed a Notice of Opposition and Reservation of Objection to Motion for Limited Relief from Stay to Pursue Dismissal of State Court Actions. [ECF 224] Carl Stone is a Plaintiff in the State Case.

8.      As reflected in the forgoing, the July 18, 2019, Administrative Order has caused some confusion with regard to the application of the stay required by 11 U.S.C. § 362 to non-debtor defendants in the State Case, Jeffrey M. Siskind, William Siskind, Sovereign Gaming & Entertainment, LLC, OB Real Estate Holdings 1732, LLC, Siskind Legal Services, LLC, and Florida's Association of Community Banks and Credit Unions, Incorporated.

9.      A bankruptcy stay only shields a non-debtor in those "unusual circumstances" where the extension of the stay to the non-debtor furthers the purpose of granting the debtor the stay. *Conifer Ins. Co. v. GM Underwriters, Inc.*, No. 12-23073-CIV, 2013 U.S. Dist. LEXIS 192101, at *2-3 (S.D. Fla. Aug. 12, 2013); *Queenie, Ltd. v. Nygard. Intern.*, 321 F.3d 282, 287 (2nd Cir. 2003) ("The automatic stay can apply to non-debtors, but normally does so only when a claim against a non-debtor will have an immediate adverse economic consequence for the debtor's estate."); *Carver v. Carver*, 954 F.2d 1573, 1576 (11th Cir. 1992)(the automatic stay functions to relieve the debtor from added financial pressure during the pendency of the bankruptcy proceedings and to protect creditors by preventing the premature disbursement of the debtor's estate).

10.     In this case, neither the Trustee, nor any party, has argued that such "unusual circumstances" exist, or sought to extend the stay in this action to any non-debtors. A party seeking to extend a bankruptcy stay to non-debtor parties bears the burden to show that "unusual circumstances" exist, warranting such an extension of the stay. *Conifer Ins. Co.*, No. 12-23073-CIV, 2013 U.S. Dist. LEXIS 192101, at *4.

11. In that the stay required by 11 U.S.C. § 362 has not been extended to any non-debtor party by this Court, Movant's prosecution of the State Case against the non-debtor defendants should proceed. It is in the interest of justice that the Court enter an order clarifying that the stay has not been extended to the non-debtor parties in the State Case, to prevent further confusion, and for the benefit of all interested parties.

**WHEREFORE**, creditor and interested party, CHRISTOPHER GEORGE respectfully requests the Court enter an Order: (i) clarifying that the bankruptcy stay has not been extended to Jeffrey M. Siskind, William Siskind, Sovereign Gaming & Entertainment, LLC, OB Real Estate Holdings 1732, LLC, Siskind Legal Services, LLC, and Florida's Association of Community Banks and Credit Unions, Incorporated; (ii) that the State Court action <u>David Fiore et al v. Jeffrey M. Siskind et al</u>., Case No. 2016-CA-008765, may proceed with regard to said defendants, and (iii) that any claims against the Debtor remain stayed as required by 11 U.S.C. § 362.

Dated: March 2, 2020.

**Ice Legal, P.A.**
6586 Hypoluxo Road, Suite 350
Lake Worth, FL 33467
Telephone: (561) 729-0530

<u>/s/ Ariane Ice</u>
Ariane Ice
Florida Bar No. 1015326

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Ice Legal P.A.**
6586 Hypoluxo Road, Suite 350
Lake Worth, FL 33467
Telephone: (561) 729-0530

*/s/* Ariane Ice
Ariane Ice
Florida Bar No. 1015326

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA

CASE NO: SEE THE ATTACHED LIST OF CASES

### ORDER PLACING STAY FOR BANKRUPTCY AND DIRECTING CLERK TO CHANGE CASE STATUS
(SGBK)

**THIS CAUSE** came before the Court for review on July 18, 2019. Based upon a review of all the cases in Circuit Civil Divisions and pursuant to Supreme Court AOSC 16-15. The attached list identifies cases with active bankruptcies that were filed prior to the implementation of the Supreme Court Administrative Order but are still in bankruptcy status according to a review. The Court being otherwise fully advised in the premise, it is

**ORDERED AND ADJUDGED** that the attached list of cases will be stayed until the Plaintiff files a copy of the disposition of the Bankruptcy case or a copy of the Order Lifting Stay from the Bankruptcy Court in order for the case to either proceed or be dismissed. It is

**FURTHER ORDERED AND ADJUDGED** that the Clerk change the Status of the Case from ACTIVE to INACTIVE, if not already listed as inactive, using SGBK code for reporting purposes.

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida, this 18th day of July, 2019.

LISA SMALL
CIRCUIT CIVIL
ADMINISTRATIVE JUDGE

NOT A CERTIFIED COPY

**Exhibit A**

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| # | Case Number |
|---|---|
| 1 | 50-2007-CA-014220-XXXX-MB |
| 2 | 50-2009-CA-013318-XXXX-MB |
| 3 | 50-2009-CA-034936-XXXX-MB |
| 4 | 50-2009-CA-038275-XXXX-MB |
| 5 | 50-2009-CA-041100-XXXX-MB |
| 6 | 50-2010-CA-012592-XXXX-MB |
| 7 | 50-2010-CA-029402-XXXX-MB |
| 8 | 50-2011-CA-020559-XXXX-MB |
| 9 | 50-2012-CA-019461-XXXX-MB |
| 10 | 50-2012-CA-021137-XXXX-MB |
| 11 | 50-2012-CA-023067-XXXX-MB |
| 12 | 50-2012-CA-023516-XXXX-MB |
| 13 | 50-2012-CA-023613-XXXX-MB |
| 14 | 50-2013-CA-000938-XXXX-MB |
| 15 | 50-2013-CA-001387-XXXX-MB |
| 16 | 50-2013-CA-005153-XXXX-MB |
| 17 | 50-2013-CA-009905-XXXX-MB |
| 18 | 50-2014-CA-002201-XXXX-MB |
| 19 | 50-2014-CA-002506-XXXX-MB |
| 20 | 50-2014-CA-003263-XXXX-MB |
| 21 | 50-2014-CA-003501-XXXX-MB |
| 22 | 50-2014-CA-004871-XXXX-MB |
| 23 | 50-2014-CA-011203-XXXX-MB |
| 24 | 50-2014-CA-012824-XXXX-MB |
| 25 | 50-2014-CA-013158-XXXX-MB |
| 26 | 50-2014-CA-013375-XXXX-MB |
| 27 | 50-2014-CA-013518-XXXX-MB |
| 28 | 50-2014-CA-014846-XXXX-MB |
| 29 | 50-2015-CA-002232-XXXX-MB |
| 30 | 50-2015-CA-003595-XXXX-MB |
| 31 | 50-2015-CA-004426-XXXX-MB |
| 32 | 50-2015-CA-006278-XXXX-MB |
| 33 | 50-2015-CA-006294-XXXX-MB |
| 34 | 50-2015-CA-006882-XXXX-MB |
| 35 | 50-2015-CA-007709-XXXX-MB |
| 36 | 50-2015-CA-009884-XXXX-MB |
| 37 | 50-2015-CA-010840-XXXX-MB |
| 38 | 50-2015-CA-011767-XXXX-MB |
| 39 | 50-2015-CA-012512-XXXX-MB |
| 40 | 50-2015-CA-012664-XXXX-MB |
| 41 | 50-2015-CA-013214-XXXX-MB |
| 42 | 50-2015-CA-013397-XXXX-MB |
| 43 | 50-2015-CA-014228-XXXX-MB |
| 44 | 50-2015-CA-014238-XXXX-MB |
| 45 | 50-2015-CA-014385-XXXX-MB |
| 46 | 50-2015-CA-014480-XXXX-MB |
| 47 | 50-2016-CA-001186-XXXX-MB |

**Exhibit A**

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 48 | 50-2016-CA-001817-XXXX-MB |
| 49 | 50-2016-CA-005829-XXXX-MB |
| 50 | 50-2016-CA-006444-XXXX-MB |
| 51 | 50-2016-CA-007050-XXXX-MB |
| 52 | 50-2016-CA-007095-XXXX-MB |
| 53 | 50-2016-CA-007290-XXXX-MB |
| 54 | 50-2016-CA-007446-XXXX-MB |
| 55 | 50-2016-CA-007938-XXXX-MB |
| 56 | 50-2016-CA-008765-XXXX-MB |
| 57 | 50-2016-CA-009067-XXXX-MB |
| 58 | 50-2016-CA-009119-XXXX-MB |
| 59 | 50-2016-CA-009262-XXXX-MB |
| 60 | 50-2016-CA-009364-XXXX-MB |
| 61 | 50-2016-CA-009470-XXXX-MB |
| 62 | 50-2016-CA-010676-XXXX-MB |
| 63 | 50-2016-CA-011172-XXXX-MB |
| 64 | 50-2016-CA-012026-XXXX-MB |
| 65 | 50-2016-CA-012178-XXXX-MB |
| 66 | 50-2016-CA-012446-XXXX-MB |
| 67 | 50-2016-CA-012814-XXXX-MB |
| 68 | 50-2016-CA-012829-XXXX-MB |
| 69 | 50-2016-CA-013184-XXXX-MB |
| 70 | 50-2016-CA-013451-XXXX-MB |
| 71 | 50-2016-CA-014192-XXXX-MB |
| 72 | 50-2017-CA-000122-XXXX-MB |
| 73 | 50-2017-CA-000278-XXXX-MB |
| 74 | 50-2017-CA-000398-XXXX-MB |
| 75 | 50-2017-CA-001199-XXXX-MB |
| 76 | 50-2017-CA-001520-XXXX-MB |
| 77 | 50-2017-CA-001713-XXXX-MB |
| 78 | 50-2017-CA-002033-XXXX-MB |
| 79 | 50-2017-CA-002317-XXXX-MB |
| 80 | 50-2017-CA-002357-XXXX-MB |
| 81 | 50-2017-CA-002548-XXXX-MB |
| 82 | 50-2017-CA-004139-XXXX-MB |
| 83 | 50-2017-CA-004246-XXXX-MB |
| 84 | 50-2017-CA-004406-XXXX-MB |
| 85 | 50-2017-CA-004829-XXXX-MB |
| 86 | 50-2017-CA-004902-XXXX-MB |
| 87 | 50-2017-CA-004955-XXXX-MB |
| 88 | 50-2017-CA-005330-XXXX-MB |
| 89 | 50-2017-CA-005353-XXXX-MB |
| 90 | 50-2017-CA-005397-XXXX-MB |
| 91 | 50-2017-CA-005850-XXXX-MB |
| 92 | 50-2017-CA-006890-XXXX-MB |
| 93 | 50-2017-CA-007173-XXXX-MB |
| 94 | 50-2017-CA-007375-XXXX-MB |

**Exhibit A**

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 95 | 50-2017-CA-007569-XXXX-MB |
| 96 | 50-2017-CA-007662-XXXX-MB |
| 97 | 50-2017-CA-008058-XXXX-MB |
| 98 | 50-2017-CA-008088-XXXX-MB |
| 99 | 50-2017-CA-008261-XXXX-MB |
| 100 | 50-2017-CA-008347-XXXX-MB |
| 101 | 50-2017-CA-008658-XXXX-MB |
| 102 | 50-2017-CA-008727-XXXX-MB |
| 103 | 50-2017-CA-009061-XXXX-MB |
| 104 | 50-2017-CA-009731-XXXX-MB |
| 105 | 50-2017-CA-009887-XXXX-MB |
| 106 | 50-2017-CA-010166-XXXX-MB |
| 107 | 50-2017-CA-010798-XXXX-MB |
| 108 | 50-2017-CA-011135-XXXX-MB |
| 109 | 50-2017-CA-011323-XXXX-MB |
| 110 | 50-2017-CA-011545-XXXX-MB |
| 111 | 50-2017-CA-012542-XXXX-MB |
| 112 | 50-2018-CA-000368-XXXX-MB |
| 113 | 50-2018-CA-000419-XXXX-MB |
| 114 | 50-2018-CA-000542-XXXX-MB |
| 115 | 50-2018-CA-000606-XXXX-MB |
| 116 | 50-2018-CA-001019-XXXX-MB |
| 117 | 50-2018-CA-001284-XXXX-MB |
| 118 | 50-2018-CA-001599-XXXX-MB |
| 119 | 50-2018-CA-001627-XXXX-MB |
| 120 | 50-2018-CA-001950-XXXX-MB |
| 121 | 50-2018-CA-001955-XXXX-MB |
| 122 | 50-2018-CA-002068-XXXX-MB |
| 123 | 50-2018-CA-002688-XXXX-MB |
| 124 | 50-2018-CA-003146-XXXX-MB |
| 125 | 50-2018-CA-003342-XXXX-MB |
| 126 | 50-2018-CA-003591-XXXX-MB |
| 127 | 50-2018-CA-003641-XXXX-MB |
| 128 | 50-2018-CA-004072-XXXX-MB |
| 129 | 50-2018-CA-004372-XXXX-MB |
| 130 | 50-2018-CA-004445-XXXX-MB |
| 131 | 50-2018-CA-004650-XXXX-MB |
| 132 | 50-2018-CA-005319-XXXX-MB |
| 133 | 50-2018-CA-005469-XXXX-MB |
| 134 | 50-2018-CA-005582-XXXX-MB |
| 135 | 50-2018-CA-005716-XXXX-MB |
| 136 | 50-2018-CA-006176-XXXX-MB |
| 137 | 50-2018-CA-006238-XXXX-MB |
| 138 | 50-2018-CA-006504-XXXX-MB |
| 139 | 50-2018-CA-006558-XXXX-MB |
| 140 | 50-2018-CA-006764-XXXX-MB |
| 141 | 50-2018-CA-006944-XXXX-MB |

NOT A CERTIFIED COPY

**Exhibit A**

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 142 | 50-2018-CA-007126-XXXX-MB |
| 143 | 50-2018-CA-007270-XXXX-MB |
| 144 | 50-2018-CA-007425-XXXX-MB |
| 145 | 50-2018-CA-007483-XXXX-MB |
| 146 | 50-2018-CA-008126-XXXX-MB |
| 147 | 50-2018-CA-008698-XXXX-MB |
| 148 | 50-2018-CA-008885-XXXX-MB |
| 149 | 50-2018-CA-009054-XXXX-MB |
| 150 | 50-2018-CA-009074-XXXX-MB |
| 151 | 50-2018-CA-009157-XXXX-MB |
| 152 | 50-2018-CA-009235-XXXX-MB |
| 153 | 50-2018-CA-009463-XXXX-MB |
| 154 | 50-2018-CA-009611-XXXX-MB |
| 155 | 50-2018-CA-009940-XXXX-MB |
| 156 | 50-2018-CA-010027-XXXX-MB |
| 157 | 50-2018-CA-010301-XXXX-MB |
| 158 | 50-2018-CA-010554-XXXX-MB |
| 159 | 50-2018-CA-010637-XXXX-MB |
| 160 | 50-2018-CA-010852-XXXX-MB |
| 161 | 50-2018-CA-011116-XXXX-MB |
| 162 | 50-2018-CA-011670-XXXX-MB |
| 163 | 50-2018-CA-011744-XXXX-MB |
| 164 | 50-2018-CA-012310-XXXX-MB |
| 165 | 50-2018-CA-012327-XXXX-MB |
| 166 | 50-2018-CA-013061-XXXX-MB |
| 167 | 50-2018-CA-013291-XXXX-MB |
| 168 | 50-2018-CA-013908-XXXX-MB |
| 169 | 50-2018-CA-014330-XXXX-MB |
| 170 | 50-2018-CA-014406-XXXX-MB |
| 171 | 50-2018-CA-014473-XXXX-MB |
| 172 | 50-2018-CA-014764-XXXX-MB |
| 173 | 50-2018-CA-014853-XXXX-MB |
| 174 | 50-2018-CA-014855-XXXX-MB |
| 175 | 50-2018-CA-014925-XXXX-MB |
| 176 | 50-2018-CA-015073-XXXX-MB |
| 177 | 50-2018-CA-015209-XXXX-MB |
| 178 | 50-2018-CA-015809-XXXX-MB |
| 179 | 50-2018-CA-015857-XXXX-MB |
| 180 | 50-2018-CA-015937-XXXX-MB |
| 181 | 50-2018-CA-016251-XXXX-MB |
| 182 | 50-2019-CA-000093-XXXX-MB |
| 183 | 50-2019-CA-000133-XXXX-MB |
| 184 | 50-2019-CA-000283-XXXX-MB |
| 185 | 50-2019-CA-000655-XXXX-MB |
| 186 | 50-2019-CA-000952-XXXX-MB |
| 187 | 50-2019-CA-001055-XXXX-MB |
| 188 | 50-2019-CA-001310-XXXX-MB |

**Exhibit A**

BANKRUPTCY CASES TO BE PLACED IN INACTIVE STATUS

| | |
|---|---|
| 189 | 50-2019-CA-001334-XXXX-MB |
| 190 | 50-2019-CA-003114-XXXX-MB |
| 191 | 50-2019-CA-003304-XXXX-MB |
| 192 | 50-2019-CA-003424-XXXX-MB |
| 193 | 50-2019-CA-006362-XXXX-MB |

NOT A CERTIFIED COPY

**Exhibit A**