

**ORDERED in the Southern District of Florida on March 18, 2020.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 18-16248-BKC-MAM
                                                                                                    Chapter 7
CHANCE & ANTHEM, LLC

    Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION TO
APPROVE SETTLEMENT AND COMPROMISE WITH ADVERSARY
DEFENDANTS, WELLINGTON 3445, LP; ZOKAITES PROPERTIES, LP;
OB REAL ESTATE 1732, LLC; AND FRANK ZOKAITES [ECF NO. 219]**

THIS MATTER came before the Court on March 10, 2020 at 10:00 a.m. upon the Motion to Approve Settlement and Compromise with Adversary Defendants Wellington 3445, LP; Zokaites Properties, LP; and OB Real Estate 1732, LLC; and non-party Frank Zokaites [ECF No. 219] [1] (the "Motion") filed by Robert C. Furr (the "Trustee"), not individually but as Chapter 7

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.

Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC (the "Debtor"). The Court, having noted that the Motion was served on all creditors and parties in interest pursuant to Local Rule 9013-1(D), having noted that the Limited Objection to Chapter 7 Trustee's Motion to Approve Settlement And Compromise With Adversary Defendants Wellington 3445, LP; Zokaites Properties, LP; OB Real Estate 1732, LLC; and Non-Party Frank Zokaites [Adv. 12-01298 at ECF No. 245] was withdrawn on March 10, 2020 [ECF No. 241], and having considered the Trustee's proffer and found pursuant to Fed. R. Bankr. P. 9019 that the settlement reflected in the Motion is reasonable and in the best interests of all creditors and the estate, and being otherwise fully advised in the premises, it is

      **ORDERED** as follows:

      1.      The Motion is **GRANTED**.

      2.      The terms of the Settlement Agreement attached as Exhibit "A" to the Motion is approved and incorporated by reference as fully set forth herein.

      3.      Paragraph 2 of the Bankruptcy Court's September 11, 2019 [Adv. No. 19-01298-BKC-MAM-A, ECF No. 25] concerning the Talavera House is **VACATED**.

      4.      The Trustee and the Settling Parties are authorized and directed to take any and all actions and execute any and all documents necessary to effectuate the terms of the settlement agreement.

      5.      The Court retains jurisdiction to enforce the terms of the settlement agreement.

# # #

Submitted by:

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
Fax: (305) 349-2310
Email:  jsuarez@gjb-law.com

Copy to:

Jesus M. Suarez, Esq. [Attorney Suarez is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt and file a certificate of service with the court.]