

**ORDERED in the Southern District of Florida on March 18, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC | |
| Debtor. | |
| _____/ | |

**ORDER GRANTING
CHAPTER 7 TRUSTEE'S OMNIBUS MOTION TO APPROVE SETTLEMENT AND
COMPROMISE WITH ADVERSARY DEFENDANTS (I) AIRCENTER, INC.
AND (II) NEW COUNTRY MOTOR CARS OF PALM BEACH, LLC [ECF NO. 218]**

THIS MATTER came before the Court on March 10, 2020 at 10:00 a.m. the Omnibus Motion to Approve Settlement and Compromise with Adversary Defendants (I) Aircenter, Inc. and (II) New Country Motor Cars of Palm Beach, LLC d/b/a Mercedes Benz of Palm Beach. [ECF No. 218] (the "Motion") filed by Robert C. Furr (the "Trustee"), not individually but as Chapter 7

Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC (the "Debtor"). The Court, having noted that the Motion was served on all creditors and parties in interest pursuant to Local Rule 9013-1(D), having noted that the Limited Objection to Chapter 7 Trustee's Omnibus Motion to Approve Settlement and Compromise with Adversary Defendants Air Center, Inc.; and (ii) New Country Motor Cars of Palm Beach, LLC [ECF No. 220] was withdrawn on March 10, 2020 [ECF No. 241], and having found pursuant to Fed. R. Bankr. P. 9019 that the settlement reflected in the Motion is reasonable and in the best interests of all creditors and the estate, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The terms of each of the settlement agreements attached as Exhibits "A" and "B" to the Motion are approved and incorporated by reference as if fully set forth herein.

3. The Trustee and the counter-parties to each of the settlement agreements are authorized and directed to take any and all actions and execute any and all documents necessary to effectuate the terms of the settlement agreements.

4. The Court retains jurisdiction to enforce the terms of the settlement agreements.

# # #

Submitted by:

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
Fax: (305) 349-2310
Email: jsuarez@gjb-law.com

Copy to:
Jesus M. Suarez, Esq. [Attorney Suarez is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt and file a certificate of service with the court.]