UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                              Case No. 18-16248-MAM

**CHANCE & ANTHEM, LLC,**                                      Chapter 7

    Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITOR CHRISTOPHER GEORGE

The undersigned counsel and hereby files her motion to withdraw pursuant to Local Rule 2091-1 as counsel of record for Creditor Christopher George, and in support thereof, states:

- Undersigned has terminated the representation of Client.

**WHEREFORE**, the undersigned counsel respectfully requests that the court enter an Order allowing the undersigned counsel and her firm, Ice Legal P.A., to withdraw as counsel of record and have no further obligation to Creditor, Christopher George, and for such other relief.

Dated: March 25, 2020.

                                            **Ice Legal P.A.**
                                            Counsel for Creditor
                                            6586 Hypoluxo Road, Suite 350
                                            Lake Worth, FL 33467
                                            Telephone: (561) 729-0530
                                            **Designated Email for Service:**
                                                    service@icelegal.com
                                                    service1@icelegal.com
                                                    service2@icelegal.com

By: /s/ Ariane Ice

ARIANE ICE
FL Bar No. 1015326

*Ice Legal, P.A.*
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530

CASE NO. 18-16248-MAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Ice Legal P.A.**
Counsel for Creditor
6586 Hypoluxo Road, Suite 350
Lake Worth, FL 33467
Telephone: (561) 729-0530
**Designated Email for Service:**
    service@icelegal.com
    service1@icelegal.com
    service2@icelegal.com

By: _/s/ Ariane Ice_
ARIANE ICE
FL Bar No. 1015326