

**ORDERED in the Southern District of Florida on April 23, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLROIDA**

In re:

Case No. 18-16248-MAM

Chapter 7

**Chance & Anthem, LLC,**

    Debtor

**ORDER GRANTING MOTION FOR ORDER CONFIRMING STATE CASE MAY PROCEED AGAINST NON-DEBTOR DEFENDANTS**

    THIS CAUSE came to be heard on March 31, 2020 upon Creditor Christopher George's Motion for Order Confirming State Case May Proceed Against Non-Debtor Defendants (ECF No. 234; the "Motion"). Based upon the assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, it is

**ORDERED** as follows:

    1.    The motion is **GRANTED**.

    2.    Creditor Christopher George may proceed against the non-debtor defendants in the state court action, *David Fiore et al v. Jeffrey M. Siskind et al*. (Case No. 2016-CA-008765) pending in the Fifteenth Judicial Circuit for Palm Beach County, Florida.

Submitted By:
Ariane Ice, Esq.
FBN – 1015326
Ice Legal, P.A.
6586 Hypoluxo Road, Ste 350
Lake Worth, FL 33467
Phone: 561-729-0530
Email: Ariane.ice@icelegal.com

Ariane Ice, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.