

ORDERED in the Southern District of Florida on April 27, 2020.

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLROIDA

In re:

**Chance & Anthem, LLC,**

        Debtor

Case No. 18-16248-MAM

Chapter 7

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came to be heard on April 21, 2020 upon Ice Legal, P.A.'s Motion to Withdraw as Counsel (ECF No. 245; the "Motion"). Based upon the assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, it is

**ORDERED** as follows:

1. The motion is **GRANTED**.

2. All papers required to be served shall henceforth be served upon the Creditor:

Christopher George
Inmate # 95700-004
FCI Miami
P.O. Box 779800
Miami, FL 33177

Christopher George
c/o Dianna George 6126
Park Lane W.
Lake Worth, FL 33449


Submitted By:
Ariane Ice, Esq.
FBN – 1015326
Ice Legal, P.A.
6586 Hypoluxo Road, Ste 350
Lake Worth, FL 33467
Phone: 561-729-0530
Email: Ariane.ice@icelegal.com


Ariane Ice, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.