

**ORDERED in the Southern District of Florida on June 24, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:                                                                                    Case No. 18-16248-BKC-MAM
                                                                                          Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.
_____/

**ORDER DENYING DEBTOR'S MOTION TO
ABANDON CLAIM TO PROPERTY [ECF NO. 264]**

**THIS MATTER** came before the Court on June 2, 2020 at 10:00 a.m. on the Debtor, Chance & Anthem, LLC's, *Motion to Abandon Claim of Property* [ECF No. 264] (the "Motion") and the Chapter 7 Trustee, Robert C. Furr's, *Response in Opposition to Debtor's Motion to Abandon Claim to Property* [ECF No. 269] (the "Response"). The Court having reviewed the Motion and Response, having heard arguments of counsel and being otherwise duly advised in

2

the premises, it is,

      **ORDERED**, as follows:

      1.      The Motion is DENIED for the reasons stated on the record.

# # #

Submitted by:

Jesus M. Suarez, Esq.
Email: jsuarez@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Counsel to the Chapter 7 Trustee
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

Copies to:
Jesus M. Suarez, Esq.

(Mr. Suarez is directed to serve a conformed copy of this Order to all parties of interest and file a certificate of service with the Court)