**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| CHANCE & ANTHEM, LLC, | Chapter 7 |
| Debtor. | |
| _____/ | |

**NOTICE OF FILING CORRECTED PROPOSED ORDER
GRANTING CHAPTER 7 TRUSTEE ROBERT C. FURR'S MOTION TO
SUBSTANTIVELY CONSOLIDATE NON-DEBTORS (I) SOVEREIGN GAMING &
ENTERTAINMENT, LLC; (II) FLORIDA'S ASSOCIATION OF COMMUNITY BANKS
AND CREDIT UNIONS, INC.; AND (III) SYMPATICO EQUINE RESCUE, INC.**
[Exhibit "A" to ECF No. 280]

Robert C. Furr (the "Trustee") not individually, but as Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC ("Debtor" or "C&A"), by and through undersigned counsel, hereby files the amended proposed *Order Granting Chapter 7 Trustee Robert C. Furr's Motion to Substantively Consolidate Non-Debtors (I) Sovereign Gaming & Entertainment, LLC; (II) Florida's Association of Community Banks and Credit Unions, Inc. and (III) Sympatico Equine Rescue, Inc.* to the *Chapter 7 Trustee Robert C. Furr's Motion to Substantively Consolidate Non-Debtors (I) Sovereign Gaming & Entertainment, LLC; (II) Florida's Association of Community Banks and Credit Unions, Inc. and (III) Sympatico Equine Rescue, Inc.* [Exhibit A to ECF No. 280] attached hereto as **Exhibit A** (the "Corrected Order"). The Corrected Order adds paragraph 4 to the order previously appended as Exhibit A to the Substantive Consolidation Motion.

Dated this 3rd day of December, 2020

       Respectfully Submitted,
       **GENOVESE JOBLOVE & BATTISTA, P.A.**
       Counsel to the Chapter 7 Trustee
       100 S.E. 2nd Street, Suite 4400
       Miami, FL 33131
       Tel.: (305) 349-2300
       Fax.: (305) 349-2310

       By: /s/ Jesus M. Suarez
           John H. Genovese, Esq.
           Florida Bar No. 280852
           jgenovese@gjb-law.com
           Jesus M. Suarez, Esq.
           Fla. Bar No. 60086
           jsuarez@gjb-law.com
           Barry P. Gruher, Esq.
           Florida Bar No. 960993
           bgruher@gjb-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the following Notice of Filing was electronically served upon all parties in interest registered to receive electronic notice on this matter via the Court's Case Management/Electronic Case Filing System and/or via U.S. Mail as indicated on the Service List below on this 3rd day of December, 2020.

       By: /s/ *Jesus M. Suarez*
           Jesus M. Suarez, Esq.
           Florida Bar No. 60086
           jsuarez@gjb-law.com

**SERVICE LIST**

*Notice will be served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C. Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant Advanced Avionics, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Ariane Michele Ice on behalf of Creditor Christopher George
ariane.ice@icelegal.com, alyx.cassel@icelegal.com

Steven S Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Other Professional George W. Liebmann
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Creditor Carl Stone
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com

Jeffrey M Siskind on behalf of Debtor Chance & Anthem, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Interested Party Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Stuart A Young, Esq on behalf of Creditor 27120 Ocean Gateway, LLC
syoung@ybplaw.com

Stuart A Young, Esq on behalf of Creditor Alan Bias
syoung@ybplaw.com

***Served Via U.S. Mail***

To all parties on the attached mailing matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 18-16248-MAM<br>Southern District of Florida<br>West Palm Beach<br>Thu Dec  3 09:57:31 EST 2020 | 27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | 3485 Lago De Talavera Trust<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>Suite 1710<br>Fort Lauderdale, FL 33394-3005 |
| Chance & Anthem, LLC<br>3445 Santa Barbara Drive<br>Wellington, FL 33414-7269 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Sarenil Associates<br>c/o Zaretsky Law Group<br>1615 Forum Place. Suite 3-A<br>West Palm Beach, FL 33401-2316 |
| 3485 Lago De Talavera Trust<br>c/o Sofiye Williams, PA<br>500 E. Broward Blvd., Suite 1710<br>Fort Lauderdale, FL 33394-3005 | 3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 | ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Ave<br>Melbourne, FL 32940-6948 |
| All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 | Apostle Construction<br>716 Naylor Mill Road<br>Salisbury, MD 21801-1114 | Bay Area Disposal<br>POB 189<br>Owings, MD 20736-0189 |
| Beaver Tree Service<br>POB 2476<br>Salisbury, MD 21802-2476 | Christopher George and Dianna George<br>c/o Dianna George<br>6126 Park Lane W.<br>Lake Worth, FL 33449-6620 | (p)COMPTROLLER OF MAYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2396 |
| David Fiore and Carl Stone<br>c/o Carl Stone<br>1714 Hunters Path Lane<br>Pittsburgh, PA 15241-3153 | David Fiore, et al.<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>#1710<br>Fort Lauderdale, FL 33394-3005 | Delmarva Power<br>5 Collins Drive #2133<br>Mail Stop 84CP42<br>Carneys Point, NJ 08069-3600 |
| Delmarva Power & Light Co.<br>500 N Wakefield Dr Fl 2<br>Newark, DE 19702-5440 | Edgar A. Baker, Jr., Esq.<br>Wicomico County Department of Law<br>125 North Division Street, Room 101<br>Salisbury, MD 21801-5030 | Frank R Zokaites<br>375 Golfside Dr<br>Wexford PA 15090-9419 |
| Frederick R. Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 | Haynes Scaffolding & Supply, Inc.<br>1210 Ortega Road<br>West Palm Beach, FL 33405-1077 | Jeffrey M. Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 |
| PTM Electric, Inc.<br>16971 W. Hialeah Drive<br>Loxahatchee, FL 33470-3729 | Richard Barclay Neff Jr<br>2760 Meadowlark Lane<br>West Palm Beach, Florida 33409-2019 | Richard Bell<br>16192 Coastal Highway<br>Lewes, DE 19958-3608 |
| Richard Bell<br>16192 Coastal Highway<br>Lewes, Delaware 19958-3608 | Richard Neff<br>2760 Meadowlark Lane<br>West Palm Beach, Florida 33409-2019 | Richard P. Zaretsky, Esq.<br>1615 Forum Place<br>Suite 3A<br>West Palm Beach, FL 33401-2267 |

| | | |
|---|---|---|
| Sarenil Associates, LLC c/o Frederick Volkwe<br>1615 Forum Place<br>Suite 3A<br>West Palm Beach, FL 33401-2316 | Sovereign Gaming & Entertainment, LLC<br>3485 Lago De Talavera<br>Wellington, FL 33467-1071 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| Steven S. Newburgh, Esq.<br>McLaughlin & Stern PLLC<br>CityPlace Office Tower - Suite 1700<br>525 Okeechobee Boulevard<br>West Palm Beach, FL 33401-6349 | T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 | Wellington 3445, LP<br>375 Golfside Road<br>Wexford, PA 15090-9419 |
| Alan Barbee<br>GlassRatner Advisory & Capital Group<br>1400 Centrepark Blvd #860<br>West Palm Beach, FL 33401-7421 | Alan Bias<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | Carl Stone<br>c/o Sofiye Williams PA<br>500 E Broward Blvd., #1710<br>Ft Lauderdale, FL 33394-3005 |
| Christopher George<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>Suite 1710<br>Fort Lauderdale, FL 33394-3005 | David Fiore<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>Suite 1710<br>Fort Lauderdale, FL 33394-3005 | Dianna George<br>c/o Sofiye Williams PA<br>500 E. Broward Blvd., #1710<br>Ft Lauderdale, FL 33394-3005 |
| Frederick Volkwein<br>c/o Richard P. Zaretsky, Esq.<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | George W. Liebmann<br>Law Offices of George W. Liebmann, P.A.<br>8 West Hamilton Street<br>Baltimore, MD 21201-5008 | Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 301E<br>Boca Raton, FL 33431-7383 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 |
| (d)3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 | (d)ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Avenue<br>Melbourne, FL 32940-6948 | (d)All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 |

(d)Apostle Construction
716 Naylor Mill Road
Salisbury, MD 21801-1114

(d)Bay Area Disposal
POB 189
Owings, MD 20736-0189

(d)Beaver Tree Service
POB 2476
Salisbury, MD 21802-2476

(d)David Fiore, et al.
c/o Sofiye Williams, Esq.
500 E. Broward Blvd. #1710
Fort Lauderdale, FL 33394-3005

(d)Frederick R. Volkwein
2727 Rosemary Avenue #3
West Palm Beach, FL 33407-5310

(d)Haynes Scaffolding & Supply, Inc.
1210 Ortega Road
West Palm Beach, FL 33405-1077

(d)PTM Electric, Inc.
16971 W. Hialeah Drive
Loxahatchee, FL 33470-3729

(u)Sovereign Gaming & Entertainment, LLC
INVALID ADDRESS PROVIDED

(d)T.E. Smith & Son, Inc.
2043 Northwood Drive
Salisbury, MD 21801-7800

(d)Frank R. Zokaites
375 Golfside Dr
Wexford, PA 15090-9419

(d)Jeffrey M Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

(d)Jeffrey M Siskind
3465 Santa Barbara Drive
Wellington, FL 33414-7269

End of Label Matrix
Mailable recipients    44
Bypassed recipients    18
Total                  62

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                                       Case No. 18-16248-BKC-MAM
                                                                                             Chapter 7
CHANCE & ANTHEM, LLC,
     Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE ROBERT C. FURR'S MOTION
TO SUBSTANTIVELY CONSOLIDATE NON-DEBTORS (I) SOVEREIGN GAMING &
ENTERTAINMENT, LLC; (II) FLORIDA'S ASSOCIATION OF COMMUNITY BANKS
AND CREDIT UNIONS, INC.; AND (III) SYMPATICO EQUINE RESCUE, INC.**

THIS MATTER came before the Court on December 15, 2020 at 10:00 a.m. upon the Motion to Substantively Consolidate Non-Debtors (i) Sovereign Gaming & Entertainment, LLC ("Sovereign"); (ii) Florida's Association of Community Banks and Credit Unions, Inc. ("FLACC"); and (iii) Sympatico Equine Rescue, Inc. ("Sympatico") (the "Motion") filed by Robert C. Furr in his capacity of Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC (the "Debtor" or "C&A").  The Court, having reviewed the file and the Motion, and finding good cause for the relief requested therein, having heard argument of counsel, and being otherwise duly advised in the premises,

ORDERS, as follows:

1. The Motion is GRANTED.

2. Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc. and (iii) Sympatico Equine Rescue, Inc. are substantively consolidated with the Debtor's bankruptcy estate effective as of the Debtor's Petition Date of January 29, 2018.

3. Further, the entry of this Order is without prejudice to any security interest held by any creditor of each of the above entities, which interest shall be limited to the specific collateral held by any such creditor as of the date of the entry of this Order.

4. Nothing in this order shall act or operate as an automatic stay or impact plaintiff's ability to prosecute the litigation captioned *Zokaites Properties LP v. Sovereign Gaming & Entertainment LLC*, Case No. *50-2016-CA-012892-XXXX-MB* pending in the Fifteenth Judicial Circuit of Florida in and for Palm Beach County, Florida (the "Zokaites Properties LP Action"). Further, the Zokaites Properties LP Action is not subject to the automatic stay that may arise as to Sovereign Gaming & Entertainment, LLC by entry of this Order. To the extent necessary, Zokaites Properties LP is granted relief from stay by the entry of this Order in connection with the Zokaites Properties LP Action.

Submitted by:
Jesus M. Suarez
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: jsuarez@gjb-law.com

Copy furnished to:
Jesus M. Suarez, Esq., who shall serve a copy of this Order upon all parties in interest.