UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 18-16248-BKC-MAM

CHANCE & ANTHEM, LLC,                                  Chapter 7

    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Amended Text-Order Setting Deadlines on the Trustee's Motion to Substantively Consolidate Non-Debtors (I) Sovereign Gaming & Entertainment, LLC; (II) Florida's Association of Community Banks and Credit Unions, Inc. and (III) Sympatico Equine Rescue, Inc.* [ECF No. 290] was electronically served via the Court's Case Management/Electronic Case Filing System upon all creditors and parties in interest registered to receive electronic notification on this matter (which is incorporated herein by reference) on this 22nd day of December, 2020.

                                              **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                              *Attorneys for Chapter 7 Trustee*
                                              100 S.E. Second Street, 44th Floor
                                              Miami, Floirda 33131
                                              Telephone: (305) 349-2300
                                              Telecopier: (305) 349-2310

                                              By: /s/  *Jesus M. Suarez*
                                                   Jesus M. Suarez, Esq.
                                                   Florida Bar No. 60086
                                                   jsuarez@gjb-law.com