

**ORDERED in the Southern District of Florida on December 23, 2020.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:                                                                                 Case No. 18-16248-BKC-MAM
                                                                                              Chapter 7
CHANCE & ANTHEM, LLC

       Debtor.
_____/

**ORDER GRANTING
CHAPTER 7 TRUSTEE ROBERT C. FURR'S OMNIBUS MOTION TO APPROVE
SETTLEMENT AND COMPROMISE WITH (I) SISKIND ADVERSARY
DEFENDANTS (ADV. CASE NO. 19-01298); AND (II) ADVANCED
AVIONICS, LLC (ADV. CASE NO. 19-0301)**

THIS MATTER came before the Court on Tuesday, December 15, 2020 at 10:00 a.m. on the Omnibus Motion to Approve Settlement and Compromise with (I) Adversary Defendants (i) Jeffrey Siskind ("Siskind"); (ii) Tanya Siskind ("T. Siskind"); (iii) Siskind Legal Services, LLC ("Siskind Legal"); (iv) Second Siskind Family Trust ("Siskind Trust"); (v) CannaMed Pharmaceuticals; LLC ("CannaMed"); (vi) Sovereign Gaming & Entertainment, LLC ("Sovereign"); (vii) Florida's Association of Community Banks and Credit Unions, Inc.

("FLACC"); and (viii) Sympatico Equine Rescue, Inc., a Florida Corporation ("Sympatico," and collectively, the "Siskind Parties"); and (II) Advanced Avionics, LLC ("Advanced") [ECF No. 277][1](the "Motion") filed by Robert C. Furr (the "Trustee"), not individually but as Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC (the "Debtor"). The Court, having noted that the Motion was served on all creditors and parties in interest pursuant to Local Rule 9013-1(D) and that no objection to the Motion was filed[2] but having considered the arguments in opposition to the Motion raised by Siskind, and having found pursuant to Fed. R. Bankr. P. 9019 that the settlement reflected in the Motion is reasonable and in the best interests of all creditors and the estate, and being otherwise fully advised in the premises, it is

**ORDERED**, as follows:

1. The Motion is **GRANTED**.

2. The terms of the Settlement Agreements attached as Exhibits "A" and "B" to the Motion are approved and incorporated by reference as fully set forth herein.

3. On or before January 11, 2021, the Siskind Parties shall tender to the Trustee the Settlement Amount ($25,000) as provided for in paragraph 2 of the Siskind Settlement.

4. The Bankruptcy Court's September 11, 2019 Order Granting Motion for Preliminary Injunction [Adv. No. 19-01298-BKC-MAM-A, ECF No. 25] is **VACATED**.

5. The Trustee and the Settling Parties are authorized and directed to take any and all actions and execute any and all documents necessary to effectuate the terms of the settlement agreement.

6. The Court retains jurisdiction to enforce the terms of the settlement agreement.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.

# # #

<u>Submitted by</u>:

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
Fax: (305) 349-2310
Email:  jsuarez@gjb-law.com

<u>Copy to</u>:
Jesus M. Suarez, Esq. [Attorney Suarez is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt and file a certificate of service with the court.]

---

[2] To the extent the Objection [ECF No. 288] filed by Jeffrey Siskind to the Trustee's Motion to Substantively Consolidate Non-Debtors Sovereign, FLACC and Sympatico [ECF No. 280] is an objection to the Motion, it was considered by the Court and, for the reasons stated on the record, overruled as set forth herein.