**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
| Debtor. | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Chapter 7 Trustee Robert C. Furr's Omnibus Motion to Approve Settlement and Compromise with (I) Siskind Adversary Defendants (Adv, Case No. 19-01298); and (II) Advanced Avionics, LLC (Adv. Case No. 19-0301).* [ECF No. 292] was electronically served upon all parties in interest registered to receive electronic notice on this matter via the Court's Case Management/Electronic Case Filing System on December 23, 2020 and/or via U.S. Mail as indicated on the Service List below on this 24th day of December, 2020.

Dated December 24, 2020

                                              **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                              *Attorneys for Chapter 7 Trustee*
                                              100 S.E. Second Street, 44th Floor
                                              Miami, Floirda 33131
                                              Telephone: (305) 349-2300
                                              Telecopier: (305) 349-2310

                                              By: /s/ *Jesus M. Suarez*
                                                  Jesus M. Suarez, Esq.
                                                  Florida Bar No. 60086
                                                  jsuarez@gjb-law.com

## SERVICE LIST

***Notice will be served via CM/ECF upon:***

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Plaintiff Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C. Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Philip B Harris on behalf of Defendant Advanced Avionics, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Steven S Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Other Professional George W. Liebmann
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Creditor Carl Stone
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com;drabrams620@gmail.com

Jeffrey M Siskind on behalf of Debtor Chance & Anthem, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Interested Party Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Stuart A Young, Esq on behalf of Creditor 27120 Ocean Gateway, LLC
syoung@ybplaw.com

Stuart A Young, Esq on behalf of Creditor Alan Bias
syoung@ybplaw.com

***Served Via U.S. Mail***

To all parties on the attached mailing matrix

```
Label Matrix for local noticing          27120 Ocean Gateway, LLC              3485 Lago De Talavera Trust
113C-9                                   7745 Dawson Court                     c/o Sofiye Williams, Esq.
Case 18-16248-MAM                        Lake Worth, FL 33467-7719             500 E. Broward Blvd.
Southern District of Florida                                                   Suite 1710
West Palm Beach                                                                Fort Lauderdale, FL 33394-3005
Thu Dec 24 09:14:18 EST 2020

Chance & Anthem, LLC                     Office of the US Trustee              Sarenil Associates
3445 Santa Barbara Drive                 51 S.W. 1st Ave.                      c/o Zaretsky Law Group
Wellington, FL 33414-7269                Suite 1204                            1615 Forum Place. Suite 3-A
                                         Miami, FL 33130-1614                  West Palm Beach, FL 33401-2316


3485 Lago De Talavera Trust              3GEN VC, LLC                          ABK South Properties, LLC
c/o Sofiye Williams, PA                  c/o Gerald Cantor                     c/o George Booras, Esq.
500 E. Broward Blvd., Suite 1710         4000 Hollywood Boulevard #500-N       1371 Hill Ave
Fort Lauderdale, FL 33394-3005           Hollywood, FL 33021-1224              Melbourne, FL 32940-6948


All Pro Pool Service                     Apostle Construction                  Bay Area Disposal
13557 Barberry Drive                     716 Naylor Mill Road                  POB 189
Wellington, FL 33414-8518                Salisbury, MD 21801-1114              Owings, MD 20736-0189


Beaver Tree Service                      Christopher George and Dianna George  (p)COMPTROLLER OF MAYLAND
POB 2476                                 c/o Dianna George                     BANKRUPTCY UNIT
Salisbury, MD 21802-2476                 6126 Park Lane W.                     301 W PRESTON ST ROOM 409
                                         Lake Worth, FL 33449-6620             BALTIMORE MD 21201-2396


David Fiore and Carl Stone               David Fiore, et al.                   Delmarva Power
c/o Carl Stone                           c/o Sofiye Williams, Esq.             5 Collins Drive #2133
1714 Hunters Path Lane                   500 E. Broward Blvd.                  Mail Stop 84CP42
Pittsburgh, PA 15241-3153                #1710                                 Carneys Point, NJ 08069-3600
                                         Fort Lauderdale, FL 33394-3005


Delmarva Power & Light Co.               Edgar A. Baker, Jr., Esq.             Frank R Zokaites
500 N Wakefield Dr Fl 2                  Wicomico County Department of Law     375 Golfside Dr
Newark, DE 19702-5440                    125 North Division Street, Room 101   Wexford PA 15090-9419
                                         Salisbury, MD 21801-5030


Frederick R. Volkwein                    Haynes Scaffolding & Supply, Inc.     Jeffrey M. Siskind
2727 Rosemary Avenue #3                  1210 Ortega Road                      3465 Santa Barbara Drive
West Palm Beach, FL 33407-5310           West Palm Beach, FL 33405-1077        Wellington, FL 33414-7269


PTM Electric, Inc.                       Richard Barclay Neff Jr               Richard Bell
16971 W. Hialeah Drive                   2760 Meadowlark Lane                  16192 Coastal Highway
Loxahatchee, FL 33470-3729               West Palm Beach, Florida 33409-2019   Lewes, DE 19958-3608


Richard Bell                             Richard Neff                          Richard P. Zaretsky, Esq.
16192 Coastal Highway                    2760 Meadowlark Lane                  1615 Forum Place
Lewes, Delaware 19958-3608               West Palm Beach, Florida 33409-2019   Suite 3A
                                                                               West Palm Beach, FL 33401-2267
```

```
Sarenil Associates, LLC c/o Frederick Volkwe    Sovereign Gaming & Entertainment, LLC       State of Maryland DLLR
1615 Forum Place                                 3485 Lago De Talavera                       Division of Unemployment Insurance
Suite 3A                                         Wellington, FL 33467-1071                   1100 N. Eutaw Street, Room 401
West Palm Beach, FL 33401-2316                                                               Baltimore, MD 21201-2225


Steven S. Newburgh, Esq.                         T.E. Smith & Son, Inc.                      Wellington 3445, LP
McLaughlin & Stern PLLC                          2043 Northwood Drive                        375 Golfside Road
CityPlace Office Tower - Suite 1700              Salisbury, MD 21801-7800                    Wexford, PA 15090-9419
525 Okeechobee Boulevard
West Palm Beach, FL 33401-6349


Alan Barbee                                      Alan Bias                                   Carl Stone
GlassRatner Advisory & Capital Group             7745 Dawson Court                           c/o Sofiye Williams PA
1400 Centrepark Blvd #860                        Lake Worth, FL 33467-7719                   500 E Broward Blvd., #1710
West Palm Beach, FL 33401-7421                                                               Ft Lauderdale, FL 33394-3005


Christopher George                               David Fiore                                 Dianna George
c/o Sofiye Williams, Esq.                        c/o Sofiye Williams, Esq.                   c/o Sofiye Williams PA
500 E. Broward Blvd.                             500 E. Broward Blvd.                        500 E. Broward Blvd., #1710
Suite 1710                                       Suite 1710                                  Ft Lauderdale, FL 33394-3005
Fort Lauderdale, FL 33394-3005                   Fort Lauderdale, FL 33394-3005


Frederick Volkwein                               George W. Liebmann                          Robert C Furr
c/o Richard P. Zaretsky, Esq.                    Law Offices of George W. Liebmann, P.A.     www.furrtrustee.com
1615 Forum Place, Suite 3A                       8 West Hamilton Street                      2255 Glades Road Ste 301E
West Palm Beach, FL 33401-2316                   Baltimore, MD 21201-5008                    Boca Raton, FL 33431-7383
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                               (d)27120 Ocean Gateway, LLC                 (d)27120 Ocean Gateway, LLC
                                                 7745 Dawson Court                           7745 Dawson Court
                                                 Lake Worth, FL 33467-7719                   Lake Worth, FL 33467-7719


(d)3GEN VC, LLC                                  (d)ABK South Properties, LLC                (d)All Pro Pool Service
c/o Gerald Cantor                                c/o George Booras, Esq.                     13557 Barberry Drive
4000 Hollywood Boulevard #500-N                  1371 Hill Avenue                            Wellington, FL 33414-8518
Hollywood, FL 33021-1224                         Melbourne, FL 32940-6948
```

```
(d)Apostle Construction              (d)Bay Area Disposal                 (d)Beaver Tree Service
716 Naylor Mill Road                 POB 189                              POB 2476
Salisbury, MD 21801-1114             Owings, MD 20736-0189                Salisbury, MD 21802-2476


(d)David Fiore, et al.               (d)Frederick R. Volkwein             (d)Haynes Scaffolding & Supply, Inc.
c/o Sofiye Williams, Esq.            2727 Rosemary Avenue #3              1210 Ortega Road
500 E. Broward Blvd. #1710           West Palm Beach, FL 33407-5310       West Palm Beach, FL 33405-1077
Fort Lauderdale, FL 33394-3005


(d)PTM Electric, Inc.                (u)Sovereign Gaming & Entertainment, LLC   (d)T.E. Smith & Son, Inc.
16971 W. Hialeah Drive               INVALID ADDRESS PROVIDED             2043 Northwood Drive
Loxahatchee, FL 33470-3729                                                Salisbury, MD 21801-7800


(d)Frank R. Zokaites                 (d)Jeffrey M Siskind                 (d)Jeffrey M Siskind
375 Golfside Dr                      3465 Santa Barbara Drive             3465 Santa Barbara Drive
Wexford, PA 15090-9419               Wellington, FL 33414-7269            Wellington, FL 33414-7269



End of Label Matrix
Mailable recipients    44
Bypassed recipients    18
Total                  62
```