FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 18-16248-MAM | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 12/31/2020 | §341(a) Meeting Date: | 07/09/2018 |
| | | Claims Bar Date: | 08/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | JP Morgan Chase Checking #1866 | $48.96 | $0.00 | | $0.00 | FA |
| 2 | CannaMed Pharmaceuticals LLC | $14,000,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset has no value; email from Counsel to the Trustee. | | | | | |
| 3 | Computer, Screen, Monitor | $150.00 | $0.00 | | $0.00 | FA |
| 4 | Furr v. Jeffrey M. Siskind - Adv. 19-01298 (u) | $1,000,000.00 | $1,000,000.00 | | $21,000.00 | $25,000.00 |
| 5 | Furr v. Air Center - Adv. 19-01299 (u) | $5,001.00 | $5,001.00 | | $5,001.00 | FA |
| 6 | Furr v. New Country Motors of Palm Beach - Adv. 19-01300 (u) | $16,900.00 | $16,900.00 | | $16,900.00 | FA |
| Asset Notes: | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF# ] | | | | | |
| 7 | Furr v. Advanced Avionics LLC - Adv. 19-01301 (u) | $110,000.00 | $110,000.00 | | $0.00 | $10,000.00 |
| 8 | Furr v. Ocean Reef Club Inc. - Adv. 19-01302 (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Adversary dismissed. | | | | | |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$15,132,099.96     $1,131,901.00     $42,901.00     $35,000.00

**Major Activities affecting case closing:**

01/25/2021    The Trustee recently settled an adversary against Advance Avionics (Case 19-01301).  Payment pursuant to Court Order entered 12/23/20 [ECF#292], was received January 21, 2021. Adversary 19-01298 against Jeffrey Siskind, Siskind Legal Services, Tanya Siskind and others was settled in October 2020 and recently finialized.  This settlement (Court Order [ECF#292]) will bring in $25,000 from Jeffrey Siskind and allow the substantive consolidation of several other Siskind entities into the debtor.  The hearing on substantive consolidation is schedules for Jan. 26, 2021.  If granted, there will be other adversaries brought by the Trustee.

Claims Bar Date:  08/10/18 - The Trustee and Counsel for the Trustee are reviewing claims for possible objections.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 18-16248-MAM | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | Date Filed (f) or Converted (c): | 01/29/2018 (f) |
| For the Period Ending: | 12/31/2020 | §341(a) Meeting Date: | 07/09/2018 |
| | | Claims Bar Date: | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/29/2020  There are several matters being handled in this case. The Trustee, through counsel, filed five (5) adversaries. The following is a status of each:

19-01298 Furr v. Siskind - One of the defendants in this adversary (Zokaites) has settled with the Trustee for $21,000. There are still pending claims against the remaining defendants.

19-01299 Furr v. Air Center - This adversary was settled for $5,001 and is being paid out under a payment plan.

19-01300 Furr v. New Country Motor - This adversary was settled for $16,900 and the Trustee is awaiting payment.

19-01301 Furr V. Advanced Avionics - Demand has been made and the case is in litigation.

19-01302 - Furr V. Ocean Reef Club - This adversary was dismissed without prejudice, subject to a tolling agreement. The Original demand amount is $13,233.88 but could increase if the Trustee gets SubCon over Sovereign, a related company.

Claims Bar Date: 08/10/18 - No claims have been reviewed at this time.

01/24/2019  This case was transferred in from Baltimore, Maryland Court - case# 18-11168-TJC. The trustee has been investigating the history of the entity and its use as an alter ego of Jeffrey Siskind and other entities controlled by him. There are many creditors who are allegedly victims of Mr. Siskind's actions who may have claims against the debtor. This investigation is ongoing. An adversary proceeding to recover properties and transfers will be filed in the near future.

Claims: No claims have been reviewed at this time.
01/24/2019  Amended Schedules [ECF#50]

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ ROBERT C. FURR, TRUSTEE |
|---|---|---|---|---|
| | | | | ROBERT C. FURR, TRUSTEE |

Page No: 1

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-16248-MAM | | Trustee Name: | Robert C. Furr |
|---|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8291 | | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/29/2018 | | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 12/31/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2020 | (4) | Zokaites Properties | Motion to Approve Settlement and Compromise [ECF#219]; Order Approving [ECF#242] | 1241-000 | $21,000.00 | | $21,000.00 |
| 03/31/2020 | (6) | New Country Motor Cars of Palm Beach | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $16,900.00 | | $37,900.00 |
| 04/27/2020 | 101 | Herbert Stettin PA | Payment of Mediator Fees pursuant to Court Order entered 04/23/20 [ECF#257] | 3721-000 | | $3,093.75 | $34,806.25 |
| 06/11/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $1,667.00 | | $36,473.25 |
| 06/23/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $1,500.50 | | $37,973.75 |
| 08/26/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $166.50 | | $38,140.25 |
| 10/02/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $38,557.00 |
| 10/20/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $38,973.75 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $64.48 | $38,909.27 |
| 11/23/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $39,326.02 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $58.88 | $39,267.14 |
| 12/30/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $39,683.89 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $63.38 | $39,620.51 |

SUBTOTALS    $42,901.00    $3,280.49

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-16248-MAM | **Trustee Name:** Robert C. Furr |
| **Case Name:** | CHANCE & ANTHEM, LLC | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8291 | **Checking Acct #:** ******4801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking |
| **For Period Beginning:** | 1/29/2018 | **Blanket bond (per case limit):** $62,655,000.00 |
| **For Period Ending:** | 12/31/2020 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $42,901.00 | $3,280.49 | $39,620.51 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $42,901.00 | $3,280.49 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $42,901.00 | $3,280.49 | |

| **For the period of 1/29/2018 to 12/31/2020** | | **For the entire history of the account between 01/24/2020 to 12/31/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $42,901.00 | Total Compensable Receipts: | $42,901.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,901.00 | Total Comp/Non Comp Receipts: | $42,901.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,280.49 | Total Compensable Disbursements: | $3,280.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,280.49 | Total Comp/Non Comp Disbursements: | $3,280.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-16248-MAM | | Trustee Name: | Robert C. Furr |
|---|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8291 | | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/29/2018 | | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 12/31/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $42,901.00 | $3,280.49 | $39,620.51 |

**For the period of 1/29/2018 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $42,901.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,901.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,280.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,280.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2018 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $42,901.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,901.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,280.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,280.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT C. FURR

ROBERT C. FURR