

**ORDERED in the Southern District of Florida on January 29, 2021.**

Mindy A. Mora, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:                                                                 Case No. 18-16248-BKC-MAM
                                                                       Chapter 7
CHANCE & ANTHEM, LLC,
        Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE ROBERT C. FURR'S MOTION
TO SUBSTANTIVELY CONSOLIDATE NON-DEBTORS (I) SOVEREIGN GAMING &
ENTERTAINMENT, LLC; (II) FLORIDA'S ASSOCIATION OF COMMUNITY BANKS
AND CREDIT UNIONS, INC.; AND (III) SYMPATICO EQUINE RESCUE, INC.**

THIS MATTER came before the Court on January 26, 2021 at 10:00 a.m. upon the Motion to Substantively Consolidate Non-Debtors (i) Sovereign Gaming & Entertainment, LLC ("Sovereign"); (ii) Florida's Association of Community Banks and Credit Unions, Inc. ("FLACC"); and (iii) Sympatico Equine Rescue, Inc. ("Sympatico") (the "Motion") [ECF No. 294] filed by Robert C. Furr in his capacity of Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC (the "Debtor" or "C&A").  The Court, having reviewed the file and the Motion, and finding good cause for the relief requested therein, having heard argument and the proffer of the Trustee's of counsel, noted the lack of objection to the Motion, and being otherwise duly advised in the premises,

ORDERS as follows:

1. The Motion is GRANTED.

2. Sovereign Gaming & Entertainment, LLC, Florida's Association of Community Banks and Credit Unions, Inc. and (iii) Sympatico Equine Rescue, Inc. are substantively consolidated with the Debtor's bankruptcy estate effective as of the Debtor's Petition Date of January 29, 2018.

3. Further, the entry of this Order is without prejudice to any security interest held by any creditor of each of the above entities, which interest shall be limited to the specific collateral held by any such creditor as of the date of the entry of this Order.

4. Nothing in this order shall act or operate as an automatic stay or impact plaintiff's ability to prosecute the litigation captioned Zokaites Properties LP v. Sovereign Gaming & Entertainment LLC, Case No. 50-2016-CA-012892-XXXX-MB pending in the Fifteenth Judicial Circuit of Florida in and for Palm Beach County, Florida (the "Zokaites Properties LP Action"). Further, the Zokaites Properties LP Action is not subject to the automatic stay that may arise as to Sovereign Gaming & Entertainment, LLC by entry of this Order. To the extent necessary, Zokaites Properties LP is granted relief from stay by the entry of this Order in connection with the Zokaites Properties LP Action.

Submitted by:
Jesus M. Suarez
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: jsuarez@gjb-law.com

Copy furnished to:
Jesus M. Suarez, Esq., who shall serve a copy of this Order upon all parties in interest.