UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHANCE & ANTHEM, LLC,

Case No. 18-16248-BKC-MAM
Chapter 7

Debtor.
_____/

**CHAPTER 7 TRUSTEE, ROBERT C. FURR'S,
PROPOSED NOTICE OF ABANDONMENT**

> **Pursuant to Bankruptcy Rule 6007, the proposed abandonment
> will be deemed approved without necessity of a hearing or
> order, if no objection is filed and served within fourteen (14)
> calendar days after the service of this notice.**

Robert C. Furr (the "Trustee") not individually, but as Chapter 7 Trustee of the bankruptcy estate of the Debtor Chance & Anthem, LLC ("Debtor" or "C&A"), pursuant to 11 U.S.C. §554(a), Bankruptcy Rule 6004, and Local Rule 6007-1, and pursuant to the *Order Granting Chapter 7 Trustee Robert C. Furr's Omnibus Motion to Approve Settlement and Compromise with (I) Siskind Adversary Defendants (Adv. Case No. 19-01298); and (II) Advanced Avionics, LLC (Adv. Case No. 19-0301)* [Main Case ECF No. 292], hereby gives notice of intent to abandon the following assets of the Debtor:

(i) the Debtor's interest, to the extent it retains any, in CannaMed Pharmaceuticals, LLC; and

(ii) the claims asserted by substantively consolidated debtor Sovereign Gaming & Entertainment LLC in the case captioned *Judith Siskind and Sovereign Gaming & Entertainment, LLC v. Robert Gibson et al.*, Case No. 2019-CA-006159 (15th Judicial Circuit of Florida).

Upon investigation, the Trustee has determined that the Assets are of inconsequential value and benefit to the estate, and that to maintain the Assets would be an unnecessary burden on the estate.

*The failure of any party to file an objection to this notice of abandonment within fourteen (14) days after service of the notice shall be deemed a consent to the proposed abandonment.*

Dated: February 10, 2021

                    Respectfully Submitted,
                    **GENOVESE JOBLOVE & BATTISTA, P.A.**
                    *Counsel to the Chapter 7 Trustee Robert C. Furr*
                    100 S.E. 2nd Street, Suite 4400
                    Miami, FL  33131
                    Tel.: (305) 349-2300
                    Fax.: (305) 349-2310

                    By:   /s/ Jesus M. Suarez
                          John H. Genovese, Esq.
                          Florida Bar No. 280852
                          jgenovese@gjb-law.com
                          Jesus M. Suarez, Esq.
                          Fla. Bar No. 60086
                          jsuarez@gjb-law.com
                          Barry P. Gruher, Esq.
                          Florida Bar No. 960993
                          bgruher@gjb-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the following Notice of Filing was electronically served upon all parties in interest registered to receive electronic notice on this matter via the Court's Case Management/Electronic Case Filing System and/or via U.S. Mail as indicated on the Service List below on this 10th day of February, 2020.

                    By: /s/  *Jesus M. Suarez*
                        Jesus M. Suarez, Esq.
                        Florida Bar No. 60086
                        jsuarez@gjb-law.com

## SERVICE LIST

*Notice will be served via CM/ECF upon:*

Julie Feigeles on behalf of Defendant OB Real Estate Holdings 1732, LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Wellington 3445, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Zokaites Properties, LP
jf@womenatlawfl.com, way@womenatlawfl.com

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

John H Genovese, Esq on behalf of Trustee Robert C Furr
jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Barry P Gruher on behalf of Plaintiff Robert C. Furr
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;gjbecf@ecf.courtdrive.com;chopkins@gjb-law.com

Samantha T Haimo on behalf of Defendant OB Real Estate Holdings 1732, LLC
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Wellington 3445, LP
sth@womenatlawfl.com, way@swlawyers.law

Samantha T Haimo on behalf of Defendant Zokaites Properties, LP
sth@womenatlawfl.com, way@swlawyers.law

Philip B Harris on behalf of Defendant Advanced Avionics, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant CannaMed Pharmaceuticals, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Florida's Association of Community Banks and Credit Unions, Incorporated
philip@philipbharris.com

Philip B Harris on behalf of Defendant OB Real Estate Holdings 1732, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Second Siskind Family Trust
philip@philipbharris.com

Philip B Harris on behalf of Defendant Siskind Legal Services
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sovereign Gaming and Entertainment, LLC
philip@philipbharris.com

Philip B Harris on behalf of Defendant Sympatico Equine Rescue, Inc.
philip@philipbharris.com

Philip B Harris on behalf of Defendant Tanya Siskind
philip@philipbharris.com

Ariane Michele Ice on behalf of Creditor Christopher George
ariane.ice@icelegal.com, alyx.cassel@icelegal.com

Steven S Newburgh on behalf of Creditor 3485 Lago De Talavera Trust
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Carl Stone
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Christopher George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor David Fiore
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Dianna George
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Creditor Frederick Volkwein
snewburgh@mclaughlinstern.com,

ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Steven S Newburgh on behalf of Other Professional George W. Liebmann
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;rmachate@mclaughlinstern.com;tlanders@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David A Ray, Esq. on behalf of Creditor Carl Stone
dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com

Jeffrey M Siskind on behalf of Debtor Chance & Anthem, LLC
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Defendant Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jeffrey M Siskind on behalf of Interested Party Jeffrey M Siskind
jeffsiskind@msn.com, jmsesq500@gmail.com

Jesus M Suarez on behalf of Plaintiff Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Jesus M Suarez on behalf of Plaintiff Robert C. Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Jesus M Suarez on behalf of Trustee Robert C Furr
jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;ecastellanos@gjb-law.com;gjbecf@ecf.courtdrive.com

Stuart A Young, Esq on behalf of Creditor 27120 Ocean Gateway, LLC
syoung@ybplaw.com

Stuart A Young, Esq on behalf of Creditor Alan Bias
syoung@ybplaw.com

**_Served Via U.S. Mail_**

To all parties on the attached mailing matrix

```
Label Matrix for local noticing          27120 Ocean Gateway, LLC              3485 Lago De Talavera Trust
113C-9                                   7745 Dawson Court                     c/o Sofiye Williams, Esq.
Case 18-16248-MAM                        Lake Worth, FL 33467-7719             500 E. Broward Blvd.
Southern District of Florida                                                   Suite 1710
West Palm Beach                                                                Fort Lauderdale, FL 33394-3005
Wed Feb 10 17:41:47 EST 2021

Chance & Anthem, LLC                     Office of the US Trustee              Sarenil Associates
3445 Santa Barbara Drive                 51 S.W. 1st Ave.                      c/o Zaretsky Law Group
Wellington, FL 33414-7269                Suite 1204                            1615 Forum Place. Suite 3-A
                                         Miami, FL 33130-1614                  West Palm Beach, FL 33401-2316


3485 Lago De Talavera Trust              3GEN VC, LLC                          ABK South Properties, LLC
c/o Sofiye Williams, PA                  c/o Gerald Cantor                     c/o George Booras, Esq.
500 E. Broward Blvd., Suite 1710         4000 Hollywood Boulevard #500-N       1371 Hill Ave
Fort Lauderdale, FL 33394-3005           Hollywood, FL 33021-1224              Melbourne, FL 32940-6948


All Pro Pool Service                     Apostle Construction                  Bay Area Disposal
13557 Barberry Drive                     716 Naylor Mill Road                  POB 189
Wellington, FL 33414-8518                Salisbury, MD 21801-1114              Owings, MD 20736-0189


Beaver Tree Service                      Christopher George and Dianna George  (p)COMPTROLLER OF MAYLAND
POB 2476                                 c/o Dianna George                     BANKRUPTCY UNIT
Salisbury, MD 21802-2476                 6126 Park Lane W.                     301 W PRESTON ST ROOM 409
                                         Lake Worth, FL 33449-6620             BALTIMORE MD 21201-2396


David Fiore and Carl Stone               David Fiore, et al.                   Delmarva Power
c/o Carl Stone                           c/o Sofiye Williams, Esq.             5 Collins Drive #2133
1714 Hunters Path Lane                   500 E. Broward Blvd.                  Mail Stop 84CP42
Pittsburgh, PA 15241-3153                #1710                                 Carneys Point, NJ 08069-3600
                                         Fort Lauderdale, FL 33394-3005


Delmarva Power & Light Co.               Edgar A. Baker, Jr., Esq.             Frank R Zokaites
500 N Wakefield Dr Fl 2                  Wicomico County Department of Law     375 Golfside Dr
Newark, DE 19702-5440                    125 North Division Street, Room 101   Wexford PA 15090-9419
                                         Salisbury, MD 21801-5030


Frederick R. Volkwein                    Haynes Scaffolding & Supply, Inc.     Jeffrey M. Siskind
2727 Rosemary Avenue #3                  1210 Ortega Road                      3465 Santa Barbara Drive
West Palm Beach, FL 33407-5310           West Palm Beach, FL 33405-1077        Wellington, FL 33414-7269


PTM Electric, Inc.                       Richard Barclay Neff Jr               Richard Bell
16971 W. Hialeah Drive                   2760 Meadowlark Lane                  16192 Coastal Highway
Loxahatchee, FL 33470-3729               West Palm Beach, Florida 33409-2019   Lewes, DE 19958-3608


Richard Bell                             Richard Neff                          Richard P. Zaretsky, Esq.
16192 Coastal Highway                    2760 Meadowlark Lane                  1615 Forum Place
Lewes, Delaware 19958-3608               West Palm Beach, Florida 33409-2019   Suite 3A
                                                                               West Palm Beach, FL 33401-2267
```

| | | |
|---|---|---|
| Sarenil Associates, LLC c/o Frederick Volkwe<br>1615 Forum Place<br>Suite 3A<br>West Palm Beach, FL 33401-2316 | Sovereign Gaming & Entertainment, LLC<br>3485 Lago De Talavera<br>Wellington, FL 33467-1071 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 |
| Steven S. Newburgh, Esq.<br>McLaughlin & Stern PLLC<br>CityPlace Office Tower - Suite 1700<br>525 Okeechobee Boulevard<br>West Palm Beach, FL 33401-6349 | T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 | Wellington 3445, LP<br>375 Golfside Road<br>Wexford, PA 15090-9419 |
| Alan Barbee<br>GlassRatner Advisory & Capital Group<br>1400 Centrepark Blvd #860<br>West Palm Beach, FL 33401-7421 | Alan Bias<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | Carl Stone<br>c/o Sofiye Williams PA<br>500 E Broward Blvd., #1710<br>Ft Lauderdale, FL 33394-3005 |
| Christopher George<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>Suite 1710<br>Fort Lauderdale, FL 33394-3005 | David Fiore<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd.<br>Suite 1710<br>Fort Lauderdale, FL 33394-3005 | Dianna George<br>c/o Sofiye Williams PA<br>500 E. Broward Blvd., #1710<br>Ft Lauderdale, FL 33394-3005 |
| Frederick Volkwein<br>c/o Richard P. Zaretsky, Esq.<br>1615 Forum Place, Suite 3A<br>West Palm Beach, FL 33401-2316 | George W. Liebmann<br>Law Offices of George W. Liebmann, P.A.<br>8 West Hamilton Street<br>Baltimore, MD 21201-5008 | Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 301E<br>Boca Raton, FL 33431-7383 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 | (d)27120 Ocean Gateway, LLC<br>7745 Dawson Court<br>Lake Worth, FL 33467-7719 |
| (d)3GEN VC, LLC<br>c/o Gerald Cantor<br>4000 Hollywood Boulevard #500-N<br>Hollywood, FL 33021-1224 | (d)ABK South Properties, LLC<br>c/o George Booras, Esq.<br>1371 Hill Avenue<br>Melbourne, FL 32940-6948 | (d)All Pro Pool Service<br>13557 Barberry Drive<br>Wellington, FL 33414-8518 |

| | | |
|---|---|---|
| (d)Apostle Construction<br>716 Naylor Mill Road<br>Salisbury, MD 21801-1114 | (d)Bay Area Disposal<br>POB 189<br>Owings, MD 20736-0189 | (d)Beaver Tree Service<br>POB 2476<br>Salisbury, MD 21802-2476 |
| (d)David Fiore, et al.<br>c/o Sofiye Williams, Esq.<br>500 E. Broward Blvd. #1710<br>Fort Lauderdale, FL 33394-3005 | (d)Frederick R. Volkwein<br>2727 Rosemary Avenue #3<br>West Palm Beach, FL 33407-5310 | (d)Haynes Scaffolding & Supply, Inc.<br>1210 Ortega Road<br>West Palm Beach, FL 33405-1077 |
| (d)PTM Electric, Inc.<br>16971 W. Hialeah Drive<br>Loxahatchee, FL 33470-3729 | (u)Sovereign Gaming & Entertainment, LLC<br>INVALID ADDRESS PROVIDED | (d)T.E. Smith & Son, Inc.<br>2043 Northwood Drive<br>Salisbury, MD 21801-7800 |
| (d)Frank R. Zokaites<br>375 Golfside Dr<br>Wexford, PA 15090-9419 | (d)Jeffrey M Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 | (d)Jeffrey M Siskind<br>3465 Santa Barbara Drive<br>Wellington, FL 33414-7269 |

```
End of Label Matrix
Mailable recipients    44
Bypassed recipients    18
Total                  62
```