

**ORDERED in the Southern District of Florida on April 5, 2021.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:                                                                                   Case No. 18-16248-BKC-MAM
                                                                                          Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.
_____/

**ORDER GRANTING MOTION TO UNSEAL RECORD OF
CONFIDENTIAL TESTIMONY BY ROBERT GIBSON (ECF No. 303)**

THIS MATTER came before the Court on March 2, 2021 at 10:00 a.m. upon the Motion to unseal the record of confidential testimony by Robert Gibson (ECF No. 303), which Jeffrey Siskind moved ore tenus to amend to substitute himself as movant, and the Court having heard the motion, record, argument and being otherwise informed, and noting that the Chapter 7 Trustee takes no position as to the motion, does hereby

ORDER AND ADJUDGE, that Robert Gibson's confidential testimony in the adversary case no. 19-1298 is unsealed, provided that Mr. Siskind provides the Clerk's office with the date and time of the hearing during which the Court permitted Mr. Gibson to testify.

Submitted by:
Jeffrey Siskind, Esq.
Siskind Legal, PLLC
3465 Santa Barbara Drive
Wellington, FL  33414
Telephone: (561) 791-9565
Facsimile: (561) 791-9581
Email: jeffsiskind@msn.com

Jeffrey Siskind, Esq. shall serve a copy of this Order upon all interested parties and file a certificate of service thereon.