

**ORDERED in the Southern District of Florida on November 9, 2021.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                   Case No. 18-16248-BKC-MAM
                                                                                          Chapter 7
CHANCE & ANTHEM, LLC

    Debtor.
_____/

**ORDER GRANTING
CHAPTER 7 TRUSTEE ROBERT C. FURR'S OMNIBUS MOTION TO APPROVE
SETTLEMENT AND COMPROMISE WITH OCEAN REEF, INC.**

THIS MATTER came before the Court on the Omnibus Motion to Approve Settlement and Compromise with Ocean Reef, Inc. filed by Robert C. Furr (the "Trustee"), not individually but as Chapter 7 Trustee of the Bankruptcy Estate of Debtor Chance & Anthem, LLC (the "Chance") and Substantively Consolidate Debtors (i) Sovereign Gaming & Entertainment, LLC ("Sovereign"); (ii) Florida's Association of Community Banks and Credit Unions, Inc.

("FLACC"); and (iii) Sympatico Equine Rescue, Inc. ("Sympatico," collectively, the "Debtors") [ECF No. 307]. The Court, having noted that the Motion was served on all creditors and parties in interest pursuant to Local Rule 9013-1(D) and that no objection was filed, and having found pursuant to Fed. R. Bankr. P. 9019 that the settlement reflected in the Motion is reasonable and in the best interests of all creditors and the estate, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The terms of the Settlement Agreement attached as Exhibit "A" to the Motion are approved and incorporated by reference as fully set forth herein.

3. The Trustee and Ocean Reef, Inc. are authorized and directed to take any and all actions and execute any and all documents necessary to effectuate the terms of the settlement agreement.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

# # #

Submitted by:

Jesus M. Suarez, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Tel.: (305) 349-2300
Fax: (305) 349-2310
Email:  jsuarez@gjb-law.com

Copy to:
Jesus M. Suarez, Esq. [Attorney Suarez is hereby directed to furnished a conformed copy hereof to all parties in interest immediately upon receipt and file a certificate of service with the court.]