**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                              Case No. 18-16248-BKC-MAM
                                                                                          Chapter 7
CHANCE & ANTHEM, LLC,

      Debtor.
_____/

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD FOR**
**CHAPTER 7 TRUSTEE, ROBERT C. FURR**

PLEASE TAKE NOTICE that Jesus M. Suarez, Esq. pursuant to Local Rule 2091-1, hereby gives notice that as of January 28, 2022 he is no longer associated with the law firm of Genovese Joblove & Battista, P.A., and as a result withdraws his appearance as counsel for the Chapter 7 Trustee, Robert C. Furr (the "Trustee") in the above captioned proceeding.

PLEASE TAKE FURTHER NOTICE that Jesus M. Suarez, Esq. requests that the Clerk's office and all parties of record remove the following name and address from the mailing matrix and the electronic notification list:

      Jesus M. Suarez, Esq.
      Genovese Joblove & Battista, PA
      100 SE 2nd Street, Suite 4400
      Miami, FL 33131
      Telephone: (305) 349-2300
      Facsimile:  (305) 349-2310
      jsuarez@gjb-law.com

PLEASE TAKE FURTHER NOTICE that all pleadings and other documents in connection with the above-referenced styled case shall be served upon John H. Genovese, Esq. Barry P. Gruher, Esq. and Genovese Joblove & Battista, P.A. at the following address:

      John H. Genovese, Esq.
      Barry P. Gruher, Esq.

        Genovese Joblove & Battista, PA
        200 E. Broward Blvd., Suite 1110
        Ft. Lauderdale, FL 33301
        Telephone: (954) 453-8000
        Facsimile:  (954) 453-8010
        jgenovese@gjb-law.com
        bgruher@gjb-law.com

Dated on this 28th day of January, 2022.

        GENOVESE JOBLOVE & BATTISTA, P.A.
        *Counsel to the Chapter 7 Trustee*
        100 S.E. 2nd Street, Suite 4400
        Miami, FL  33131
        Tel.: (305) 349-2300
        Fax.: (305) 349-2310

        By: /s/  Jesus M. Suarez
             Jesus M. Suarez, Esq.
             Fla. Bar No. 60086
             jsuarez@gjb-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notification upon all parties registered to receive electronic notice on this 28th day of January, 2022.

        By: /s/  Jesus M. Suarez
             Jesus M. Suarez, Esq.