

**ORDERED in the Southern District of Florida on May 16, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:

CHANCE & ANTHEM, LLC,                                    Case No. 18-16248-BKC-MAM
                                                         Chapter 7
    Debtor.
_____/

**ORDER GRANTING MOTION BY ROBERT C. FURR, CHAPTER 7 TRUSTEE
TO APPROVE SETTLEMENT AND COMPROMISE CONTROVERSY WITH
ADVERSARY DEFENDANTS, GEORGE MALER AND JERI MALER**

**THIS CAUSE** came before the Court without a hearing on the Motion by Robert C. Furr, Chapter 7 Trustee to Approve Settlement and Compromise Controversy with Adversary Defendants, George Maler and Jeri Maler [ECF No. 349] (the "Motion") filed by Robert C. Furr ("Plaintiff" or "Trustee"), as Chapter 7 Trustee for the Debtor, Chance & Anthem, LLC ("Debtor"). The Trustee by submitting this form of order having represented that the Motion was served on all parties required by Bankruptcy Rule 2002 and Local Rule 2002-1(H), (I) or (J), that the 21-day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on

the Trustee, a response to the Motion, and that the form of order was attached as an exhibit to the Motion. The Court, having reviewed the Motion and Settlement Agreement, and other court filings finds that settlement would be in the best interests of the Estate and its creditors, it is,

**ORDERED**, as follows:

1. The Motion is **GRANTED**.

2. The terms of the Settlement Agreement attached to the Motion as Exhibit "A" (the "Settlement") are hereby approved and incorporated by reference as if fully set forth herein.

3. The Parties to the Settlement Agreement are authorized and directed to take any and all actions to execute any and all documents necessary to effectuate the terms and conditions of the Settlement and in accordance with this Order.

4. The Trustee is authorized to remit payment of the approved Mediation Fee in the amount of $2,350.00 to the Mediator c/o Leslie S. Osborne, Esq. of Rappaport Osborne & Rappaport, PLLC forthwith.

5. The Court retains jurisdiction to enforce the terms of the Settlement.

# # #

**Submitted by and Copy to:**

Barry P. Gruher, Esq.
**VENABLE LLP**
*Proposed Counsel for the Chapter 7 Trustee*
200 E. Broward Boulevard, Suite 1110
Fort Lauderdale, Florida 33301
Tel:    (954) 453-8000
Fax:    (954) 453-8010
Email: bpgruher@venable.com

[Attorney Gruher shall serve a copy of this Order to all interested parties and file a certificate of service]