

**ORDERED in the Southern District of Florida on September 18, 2023.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                     Case No. 18-16248-BKC-MAM

**CHANCE & ANTHEM, LLC,**                    Chapter 7

      Debtor.
_____/

**ORDER GRANTING MOTION BY ROBERT C. FURR, CHAPTER 7 TRUSTEE TO**
**APPROVE SETTLEMENT AND COMPROMISE CONTROVERSY WITH**
**ADVERSARY DEFENDANT, OPTIMUMBANK**

      **THIS CAUSE** came before the Court without the necessity of a hearing upon the Motion

by Robert C. Furr, Chapter 7 Trustee to Approve Settlement and Compromise Controversy with

Adversary Defendant, OptimumBank [ECF No. 364] (the "Motion"), filed by Robert C. Furr

("Plaintiff" or "Trustee"), as Chapter 7 Trustee for the Debtor, Chance & Anthem, LLC ("Debtor").

The Trustee by submitting this form of order having represented that the Motion was served on all

parties required by Bankruptcy Rule 2002 and Local Rule 2002-1(H), (I) or (J), that the 21-day

response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on

the Trustee, a response to the Motion, and that the form of order was attached as an exhibit to the Motion, The Court, having reviewed the Motion and Settlement Agreement, and other Court filings in the Bankruptcy Case, and being fully apprised on the premises, it is,

**ORDERED**, as follows:

1.      The Motion is **GRANTED**.

2.      The terms of the Settlement Agreement attached as Exhibit "A" to the Motion (the "Settlement") are hereby approved and incorporated by reference as if fully set forth herein.

3.      The Parties to the Settlement are authorized and directed to take any and all actions and execute any and all documents necessary to effectuate the terms and conditions of the Settlement and in accordance with this Order.

4.      The Clerk is directed to close the adversary proceeding captioned *Robert C. Furr, as Chapter 7 Trustee of the Estate of the Substantively Consolidated Debtors, Chance & Anthem, LLC, et al., v. Optimumbank*, Adv. No. 22-01031-MAM (the "Adversary Case") and cancel the continued pretrial conference in the Adversary Case set for October 18, 2023 at 10:00 a.m.

5.      The Court retains jurisdiction to enforce the terms of the Settlement and enter such orders and relief as may be necessary thereto.

# # #

**Submitted by and Copy furnished to:**

Barry P. Gruher, Esq.
*Counsel for the Chapter 7 Trustee*
**VENABLE LLP**
200 E. Broward Boulevard, Suite 1110
Fort Lauderdale, Florida 33301
Tel:    (954) 453-8000
Fax:    (954) 453-8010
Email: bpgruher@venable.com

[Attorney Gruher shall serve a copy of this Order to all interested parties and file a certificate of service]