**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-16248-MAM |
| | § | |
| Chance & Anthem, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/29/2018.  The undersigned trustee was appointed on 05/24/2018.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $618,901.00

     Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $6,693.75 |
| Bank service fees | $5,941.51 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $606,265.74 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was <u>08/10/2018</u> and the deadline for filing government claims was <u>11/28/2018</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$34,195.05</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$34,195.05,</u> for a total compensation of <u>$34,195.05</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$1,092.94,</u> for total expenses of <u>$1,092.94</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/23/2025</u>                                          By:     /s/ Robert C. Furr
                                                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

Page No:    1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 18-16248-MAM | |
| **Case Name:** | CHANCE & ANTHEM, LLC | |
| **For the Period Ending:** | 1/23/2025 | |

| | |
|---|---|
| **Trustee Name:** | Robert C. Furr, Trustee |
| **Date Filed (f) or Converted (c):** | 01/29/2018 (f) |
| **§341(a) Meeting Date:** | 07/09/2018 |
| **Claims Bar Date:** | 08/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | JP Morgan Chase Checking #1866 | $48.96 | $0.00 | | $0.00 | FA |
| 2 | CannaMed Pharmaceuticals LLC | $14,000,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset has no value; email from Counsel to the Trustee. | | | | | |
| 3 | Computer, Screen, Monitor | $150.00 | $0.00 | | $0.00 | FA |
| 4 | Furr v. Jeffrey M. Siskind - **(u)** Adv. 19-01298 | $1,000,000.00 | $1,000,000.00 | | $46,000.00 | FA |
| 5 | Furr v. Air Center - Adv. **(u)** 19-01299 | $5,001.00 | $5,001.00 | | $5,001.00 | FA |
| 6 | Furr v. New Country Motors **(u)** of Palm Beach - Adv. 19-01300 | $16,900.00 | $16,900.00 | | $16,900.00 | FA |
| **Asset Notes:** | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF# ] | | | | | |
| 7 | Furr v. Advanced Avionics LLC **(u)** - Adv. 19-01301 | $110,000.00 | $110,000.00 | | $10,000.00 | FA |
| 8 | Furr v. Ocean Reef Club Inc. - **(u)** Adv. 19-01302 | $47,500.00 | $47,500.00 | | $47,500.00 | FA |
| **Asset Notes:** | Adversary dismissed. | | | | | |
| 9 | Furr v. George Maler, Jeri **(u)** Maler et al - Adv. 22-01032 | $123,033.42 | $123,033.42 | | $55,000.00 | FA |
| **Asset Notes:** | Set for Pre-Trial Conference on November 16, 2022. | | | | | |
| 10 | Furr v. Optimum Bank - Adv. **(u)** 22-01031 | $1,000,000.00 | $1,000,000.00 | | $375,000.00 | FA |
| **Asset Notes:** | Settled for $375,000 due within 10 days of Order becoming final. | | | | | |
| 11 | Furr v. Mar-A-Lago Club LLC **(u)** - Adv. 22-01030 | $69,909.25 | $69,909.25 | | $25,000.00 | FA |
| **Asset Notes:** | Set for Pre-Trial Conference on November 16, 2022. | | | | | |
| 12 | Furr v. Sperry Van Ness **(u)** Commercial Real Estate - Adv. 22-01029 | $25,000.00 | $25,000.00 | | $0.00 | FA |
| **Asset Notes:** | Adversary Dismissed - ECF NO. 7 | | | | | |
| 13 | Furr v. Richard Cleveland - **(u)** Adv. 22-01028 | $61,000.00 | $61,000.00 | | $25,000.00 | FA |
| **Asset Notes:** | Set for Pre-Trial Conference on November 16, 2022. | | | | | |
| 14 | Furr v. David Fiore - Adv. **(u)** 22-01027 | $29,880.00 | $29,880.00 | | $11,000.00 | FA |
| **Asset Notes:** | Settled for $12,000 under payment plan. | | | | | |
| 15 | Furr v. Flight Support Services **(u)** LLC - Adv. 22-01026 | $47,404.00 | $47,404.00 | | $2,500.00 | FA |
| **Asset Notes:** | Set for Pre-Trial Conference on November 16, 2022. - Settled for $2500 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $16,535,826.63 | $2,535,627.67 | | $618,901.00 | $0.00 |

Page No:    2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | |
|---|---|
| **Case No.:** | 18-16248-MAM |
| **Case Name:** | CHANCE & ANTHEM, LLC |
| **For the Period Ending:** | 1/23/2025 |

| | |
|---|---|
| **Trustee Name:** | Robert C. Furr, Trustee |
| **Date Filed (f) or Converted (c):** | 01/29/2018 (f) |
| **§341(a) Meeting Date:** | 07/09/2018 |
| **Claims Bar Date:** | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

01/24/2024   The only matters pending are 2 adversaries that are under payment plans to the Trustee. These payment plans should end sometime in May 2024. At that time, the Trustee will begin preparing the final report for approval.

Claims: Now that all of the adversaries have been settled, claims are in the process of being reviewed.

01/26/2023   The remaining matters in this estate are 4 adversaries still pending.

Adv. 22-01032 - Mediation is set for 02/10/2023.
Adv. 22-01031 - Motion to Extend Pretrial Conference and Related Deadlines filed 01/20/2023.
Adv. 22-01028 - Initial Disclosures filed; Pretrial not yet set
Adv. 22-01027 - Pretrial set for 04/12/23

The Trustee employed special counsel to represent him in the above adversaries. The adversaries are in different stages. Once all adversaries have been administered, the Trustee will prepare and submit the Trustee's Final Report.

Claims: All claims have been resolved.

01/20/2022   The Trustee's counsel obtained an order of substantive consolidation of three entities into the debtor namely Sovereign Gaming and Entertainment , LLC; Florida's Association of Community banks and Credit Unions, Inc ; and Sympatico Equine Rescue Inc.   This consolidation makes it possible to pursue other entities from voidable transfers.   Counsel has sent demand letters to 16 targets. One has settled, Ocean Reef Club, and the rest of the claims, as appropriate, had adversaries filed with the Court.

01/25/2021   The Trustee recently settled an adversary against Advance Avionics (Case 19-01301). Payment pursuant to Court Order entered 12/23/20 [ECF#292], was received January 21, 2021. Adversary 19-01298 against Jeffrey Siskind, Siskind Legal Services, Tanya Siskind and others was settled in October 2020 and recently finalized. This settlement (Court Order [ECF#292]) will bring in $25,000 from Jeffrey Siskind and allow the substantive consolidation of several other Siskind entities into the debtor. The hearing on substantive consolidation is schedules for Jan. 26, 2021. If granted, there will be other adversaries brought by the Trustee.

Claims Bar Date: 08/10/18 - The Trustee and Counsel for the Trustee are reviewing claims for possible objections.

01/29/2020   There are several matters being handled in this case. The Trustee, through counsel, filed five (5) adversaries. The following is a status of each:

19-01298 Furr v. Siskind - One of the defendants in this adversary (Zokaites) has settled with the Trustee for $21,000. There are still pending claims against the remaining defendants.

19-01299 Furr v. Air Center - This adversary was settled for $5,001 and is being paid out under a payment plan.

19-01300 Furr v. New Country Motor - This adversary was settled for $16,900 and the Trustee is awaiting payment.

19-01301 Furr V. Advanced Avionics - Demand has been made and the case is in litigation.

19-01302 - Furr V. Ocean Reef Club - This adversary was dismissed without prejudice, subject to a tolling agreement. The Original demand amount is $13,233.88 but could increase if the Trustee gets SubCon over Sovereign, a related company.

Claims Bar Date: 08/10/18 - No claims have been reviewed at this time.

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | |
|---|---|
| **Case No.:** | 18-16248-MAM |
| **Case Name:** | CHANCE & ANTHEM, LLC |
| **For the Period Ending:** | 1/23/2025 |

| | |
|---|---|
| **Trustee Name:** | Robert C. Furr, Trustee |
| **Date Filed (f) or Converted (c):** | 01/29/2018 (f) |
| **§341(a) Meeting Date:** | 07/09/2018 |
| **Claims Bar Date:** | 08/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

01/24/2019    This case was transferred in from Baltimore, Maryland Court - case# 18-11168-TJC.  The trustee has been investigating the history of the entity and its use as an alter ego of Jeffrey Siskind and other entities controlled by him.  There are many creditors who are allegedly victims of Mr. Siskind's actions who may have claims against the debtor.  This investigation is ongoing.  An adversary proceeding to recover properties and transfers will be filed in the near future.

Claims:  No claims have been reviewed at this time.

01/24/2019    Amended Schedules [ECF#50]

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2024 |

/s/ ROBERT C. FURR, TRUSTEE

ROBERT C. FURR, TRUSTEE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 18-16248-MAM | | Trustee Name: | Robert C. Furr |
| Case Name: | CHANCE & ANTHEM, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8291 | | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/29/2018 | | Blanket bond (per case limit): | $48,818,000.00 |
| For Period Ending: | 1/23/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2020 | (4) | Zokaites Properties | Motion to Approve Settlement and Compromise [ECF#219]; Order Approving [ECF#242] | 1241-000 | $21,000.00 | | $21,000.00 |
| 03/31/2020 | (6) | New Country Motor Cars of Palm Beach | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $16,900.00 | | $37,900.00 |
| 04/27/2020 | 101 | Herbert Stettin PA | Payment of Mediator Fees pursuant to Court Order entered 04/23/20 [ECF#257] | 3721-000 | | $3,093.75 | $34,806.25 |
| 06/11/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $1,667.00 | | $36,473.25 |
| 06/23/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $1,500.50 | | $37,973.75 |
| 08/26/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $166.50 | | $38,140.25 |
| 10/02/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $38,557.00 |
| 10/20/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $38,973.75 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $64.48 | $38,909.27 |
| 11/23/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $39,326.02 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $58.88 | $39,267.14 |
| 12/30/2020 | (5) | Air Center | Motion to Approve Settlement and Compromise [ECF#218]; Order Approving [ECF#243] | 1241-000 | $416.75 | | $39,683.89 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $63.38 | $39,620.51 |
| 01/21/2021 | (7) | Advanced Aircraft Maintenance Inc | Payment pursuant to Court Order entered 12/30/20 [ECF 292] | 1241-000 | $10,000.00 | | $49,620.51 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $69.66 | $49,550.85 |
| 02/05/2021 | (4) | American Acquisition LLC | Payment pursuant to Court Order entered 12/23/20 [ECF#292] | 1241-000 | $25,000.00 | | $74,550.85 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $103.45 | $74,447.40 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $120.13 | $74,327.27 |
| | | | **SUBTOTALS** | | $77,901.00 | $3,573.73 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-16248-MAM | | Trustee Name: | Robert C. Furr |
| Case Name: | CHANCE & ANTHEM, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8291 | | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/29/2018 | | Blanket bond (per case limit): | $48,818,000.00 |
| For Period Ending: | 1/23/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $123.81 | $74,203.46 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $112.01 | $74,091.45 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $115.70 | $73,975.75 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $123.22 | $73,852.53 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $115.33 | $73,737.20 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $115.15 | $73,622.05 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $118.80 | $73,503.25 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $114.78 | $73,388.47 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $118.42 | $73,270.05 |
| 01/03/2022 | (8) | Ocean Reef Club | Payment pursuant to Court Order entered 11/09/21 ECF NO.310 | 1241-000 | $47,500.00 | | $120,770.05 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $189.94 | $120,580.11 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $175.74 | $120,404.37 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $194.29 | $120,210.08 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $193.98 | $120,016.10 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $187.42 | $119,828.68 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $187.12 | $119,641.56 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $193.06 | $119,448.50 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $192.75 | $119,255.75 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $198.65 | $119,057.10 |
| 10/21/2022 | (15) | Lorium PLLC | Payment pursuant to Court Order entered 09/16/22 ECF NO. 340 | 1241-000 | $2,500.00 | | $121,557.10 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $181.15 | $121,375.95 |
| 11/01/2022 | (11) | Law Office of Nicole Testa Mehdipour | Payment pursuant to Court Order entered 10/18/22 ECF NO. 343 | 1241-000 | $25,000.00 | | $146,375.95 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $228.58 | $146,147.37 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $235.83 | $145,911.54 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $235.45 | $145,676.09 |
| | | | **SUBTOTALS** | | $75,000.00 | $3,651.18 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 18-16248-MAM | | | Trustee Name: | Robert C. Furr | |
| Case Name: | CHANCE & ANTHEM, LLC | | | Bank Name: | Veritex Community Bank | |
| Primary Taxpayer ID #: | **-***8291 | | | Checking Acct #: | ******4801 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking | |
| For Period Beginning: | 1/29/2018 | | | Blanket bond (per case limit): | $48,818,000.00 | |
| For Period Ending: | 1/23/2025 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $212.32 | $145,463.77 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $249.87 | $145,213.90 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $211.65 | $145,002.25 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $233.98 | $144,768.27 |
| 06/21/2023 | (9) | George and Jeri Maler | Payment pursuant to Court Order entered 05/16/23 ECF NO. 351 | 1241-000 | $55,000.00 | | $199,768.27 |
| 06/29/2023 | 102 | Les Osborne | Payment of mediator's fee pursuant to Court Order entered 05/16/23 ECF NO. 351 | 3721-000 | | $2,350.00 | $197,418.27 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $275.50 | $197,142.77 |
| 07/13/2023 | 103 | Les Osborne | Payment of mediator's fee pursuant to Court Order entered 05/16/23 ECF NO. 352 | 3721-000 | | $1,250.00 | $195,892.77 |
| 07/20/2023 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $5,000.00 | | $200,892.77 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $300.79 | $200,591.98 |
| 08/09/2023 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $202,591.98 |
| 08/29/2023 | (14) | NEPA Vending LLC/David Fiore | Payment pursuant to Amended Order Granting Settlement [DE#371] | 1241-000 | $1,000.00 | | $203,591.98 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $326.24 | $203,265.74 |
| 09/12/2023 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $205,265.74 |
| 09/14/2023 | (14) | NEPA Vending LLC/David Fiore | Payment pursuant to Amended Order Granting Settlement [DE#371] | 1241-000 | $500.00 | | $205,765.74 |
| 10/12/2023 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $207,765.74 |
| 10/12/2023 | (14) | NEPA Vending LLC/David Fiore | Payment pursuant to Amended Order Granting Settlement [DE#371] | 1241-000 | $500.00 | | $208,265.74 |
| 10/16/2023 | (10) | Incoming Wire - Optimum Bank | Payment pursuant to Court Order entered 09/19/23 ECF No. 365 | 1241-000 | $375,000.00 | | $583,265.74 |
| | | | **SUBTOTALS** | | $443,000.00 | $5,410.35 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-16248-MAM | |
| **Case Name:** | CHANCE & ANTHEM, LLC | |
| **Primary Taxpayer ID #:** | **-***8291 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/29/2018 | |
| **For Period Ending:** | 1/23/2025 | |

| | | |
|---|---|---|
| **Trustee Name:** | Robert C. Furr | |
| **Bank Name:** | Veritex Community Bank | |
| **Checking Acct #:** | ******4801 | |
| **Account Title:** | Checking | |
| **Blanket bond (per case limit):** | $48,818,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/13/2023 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $585,265.74 |
| 11/21/2023 | (14) | NEPA Vending LLC/David Fiore | Payment pursuant to Amended Order Granting Settlement [DE#371] | 1241-000 | $500.00 | | $585,765.74 |
| 11/21/2023 | (14) | NEPA Vending LLC/David Fiore | Payment pursuant to Amended Order Granting Settlement [DE#371] | 1241-000 | $500.00 | | $586,265.74 |
| 12/11/2023 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $588,265.74 |
| 01/17/2024 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $590,265.74 |
| 01/17/2024 | (14) | NEPA Vending LLC/David Fiore | Payment pursuant to Amended Order Granting Settlement [DE#371] | 1241-000 | $8,000.00 | | $598,265.74 |
| 02/08/2024 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $600,265.74 |
| 03/11/2024 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $2,000.00 | | $602,265.74 |
| 04/10/2024 | (13) | Richard Cleveland | Payment pursuant to Court Order entered 05/16/23 ECF NO. 352 | 1241-000 | $4,000.00 | | $606,265.74 |
| | | | **SUBTOTALS** | | $23,000.00 | $0.00 | |

Page No: 5

Exhibit B

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-16248-MAM | |
| **Case Name:** | CHANCE & ANTHEM, LLC | |
| **Primary Taxpayer ID #:** | **-***8291 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/29/2018 | |
| **For Period Ending:** | 1/23/2025 | |

| | |
|---|---|
| **Trustee Name:** | Robert C. Furr |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4801 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $48,818,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $618,901.00 | $12,635.26 | $606,265.74 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $618,901.00 | $12,635.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $618,901.00 | $12,635.26 | |

| **For the period of 1/29/2018 to 1/23/2025** | | **For the entire history of the account between 01/24/2020 to 1/23/2025** | |
|---|---|---|---|
| Total Compensable Receipts: | $618,901.00 | Total Compensable Receipts: | $618,901.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $618,901.00 | Total Comp/Non Comp Receipts: | $618,901.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,635.26 | Total Compensable Disbursements: | $12,635.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,635.26 | Total Comp/Non Comp Disbursements: | $12,635.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 18-16248-MAM | |
| Case Name: | CHANCE & ANTHEM, LLC | |
| Primary Taxpayer ID #: | **-***8291 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 1/29/2018 | |
| For Period Ending: | 1/23/2025 | |

| | |
|---|---|
| Trustee Name: | Robert C. Furr |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******4801 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $48,818,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | $618,901.00 | $12,635.26 | $606,265.74 |

**For the period of 1/29/2018 to 1/23/2025**

| | |
|---|---|
| Total Compensable Receipts: | $618,901.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $618,901.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,635.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,635.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2018 to 1/23/2025**

| | |
|---|---|
| Total Compensable Receipts: | $618,901.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $618,901.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,635.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,635.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT C. FURR

ROBERT C. FURR

**CLAIM ANALYSIS REPORT**

| Case No. | 18-16248-MAM | | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | | Date: | 1/23/2025 |
| Claims Bar Date: | 08/10/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GEORGE W. LIEBMANN<br><br>Former Chapter 7 Trustee<br>7000 North Charles St.<br>Baltimore MD 21201 | 08/21/2023 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $0.00 | $4,488.00 | $4,488.00 | $0.00 | $0.00 | $0.00 | $4,488.00 |
| **Claim Notes:** | DE#141 - APP DE#107 | | | | | | | | | | | |
| | GEORGE W. LIEBMANN<br><br>Former Chapter 7 Trustee<br>7000 North Charles St.<br>Baltimore MD 21201 | 08/21/2023 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $0.00 | $42.50 | $42.50 | $0.00 | $0.00 | $0.00 | $42.50 |
| **Claim Notes:** | DE#141 | | | | | | | | | | | |
| | ALAN R. BARBEE<br><br>Accountant for the Trustee<br>Glass Ratner Advisory & Capital Group LLC<br>dba B. Riley Advisory Services<br>5000 T-Rex Avenue #300<br>Boca Raton FL 33431 | 04/16/2024 | Accountant for Trustee Fees (Other | Allowed | 3410-000 | $0.00 | $90,002.36 | $90,002.36 | $0.00 | $0.00 | $0.00 | $90,002.36 |
| **Claim Notes:** | APPLICATION ECF NO. 373 - CLAIMANT VOLUNTARILY REDUCED FEES - ECF NO. 394 | | | | | | | | | | | |
| | ALAN R BARBEE<br><br>dba B. Riley Advisory Services<br>5000 T-Rex Avenue<br>Suite 300<br>Boca Raton FL 33431 | 04/16/2024 | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $213.58 | $213.58 | $0.00 | $0.00 | $0.00 | $213.58 |
| **Claim Notes:** | APPLICATION - ECF NO. 373 - CLAIMANT VOLUNTARILY REDUCED COSTS - ECF NO. 394 | | | | | | | | | | | |
| | GENOVESE JOBLOVE & BATTISTA PA<br>Counsel for the Trustee<br>200 East Broward Blvd.<br>Suite 1110<br>Fort Lauderdale FL 33301 | 01/03/2025 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $0.00 | $257,630.95 | $257,630.95 | $0.00 | $0.00 | $0.00 | $257,630.95 |
| **Claim Notes:** | APPLICATION ECF NO. 392 - CLAIMANT VOLUNTARILY REDUCED FEES - ECF NO. | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 2      Exhibit C

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 18-16248-MAM | | | | | | | | **Trustee Name:** | Robert C. Furr, Trustee | | |
| **Case Name:** | CHANCE & ANTHEM, LLC | | | | | | | | **Date:** | 1/23/2025 | | |
| **Claims Bar Date:** | 08/10/2018 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GENOVESE JOBLOVE & BATTISTA PA<br>Counsel for the Trustee<br>200 East Broward Blvd.<br>Suite 1110<br>Fort Lauderdale FL 33301 | 01/03/2025 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $0.00 | $7,250.28 | $7,250.28 | $0.00 | $0.00 | $0.00 | $7,250.28 |

**Claim Notes:**     APPLICATION ECF NO. 392 - CLAIMANT VOLUNTARILY REDUCED COSTS - ECF NO.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VENABLE LLP<br><br>Counsel for the Trustee<br>200 East Broward Blvd.<br>Suite 1110<br>Fort Lauderdale FL 33301 | 01/03/2025 | Attorney for Trustee Fees (Other Fi | Allowed | 3210-000 | $0.00 | $62,323.88 | $62,323.88 | $0.00 | $0.00 | $0.00 | $62,323.88 |

**Claim Notes:**     CLAIMANT VOLUNTARILY REDUCED FEES - ECF NO.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VENABLE LLP<br><br>Counsel for the Trustee<br>200 East Broward Blvd.<br>Suite 1110<br>Fort Lauderdale FL 33301 | 01/03/2025 | Attorney for Trustee Expenses (Othe | Allowed | 3220-000 | $0.00 | $19.14 | $19.14 | $0.00 | $0.00 | $0.00 | $19.14 |

**Claim Notes:**     CLAIMANT VOLUNTARILY REDUCED COSTS - ECF NO.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT C. FURR<br><br>2255 Glades Road, Suite 419A<br>Boca Raton FL 33431 | 01/03/2025 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,092.94 | $1,092.94 | $0.00 | $0.00 | $0.00 | $1,092.94 |
| | ROBERT C. FURR<br><br>2255 Glades Road, Suite 419A<br>Boca Raton FL 33431 | 01/23/2025 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $34,195.05 | $34,195.05 | $0.00 | $0.00 | $0.00 | $34,195.05 |
| 1 | DELMARVA POWER<br><br>5 Collins Drive #2133<br>Mail Stop 84CP42<br>Carneys Point NJ 08069 | 06/18/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,000.00 | $842.03 | $842.03 | $0.00 | $0.00 | $0.00 | $842.03 |

**Claim Notes:**     allow-unsecured

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | RICHARD BARCLAY NEFF JR<br>2760 Meadowlark Lane<br>West Palm Beach FL 33409 | 07/09/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $525,000.00 | $525,000.00 | $525,000.00 | $0.00 | $0.00 | $0.00 | $525,000.00 |

**Claim Notes:**     allow-unsecured

**CLAIM ANALYSIS REPORT**

Page No: 3                    Exhibit C

| Case No. | 18-16248-MAM | Trustee Name: | Robert C. Furr, Trustee |
|---|---|---|---|
| Case Name: | CHANCE & ANTHEM, LLC | Date: | 1/23/2025 |
| Claims Bar Date: | 08/10/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | SARENIL ASSOCIATES, LLC C/O FREDERICK VOLKWEIN 1615 Forum Place Suite 3A West Palm Beach FL 33401 | 08/07/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $500,000.00 | $669,124.00 | $669,124.00 | $0.00 | $0.00 | $0.00 | $669,124.00 |
| Claim Notes: | allow-unsecured | | | | | | | | | | | |
| 4 | CHRISTOPHER GEORGE AND DIANNA GEORGE c/o Dianna George 6126 Park Lane W. Lake Worth FL 33449 | 08/09/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,000,000.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $2,000,000.00 |
| Claim Notes: | allow-unsecured | | | | | | | | | | | |
| 5 | DAVID FIORE AND CARL STONE c/o Carl Stone 1714 Hunters Path Lane Pittsburgh PA 15241 | 08/09/2018 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $2,800,000.00 | $800,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Claimant is disallowed - Court Order ECF NO. 361 and 381. | | | | | | | | | | | |
| 6 | 3485 LAGO DE TALAVERA TRUST c/o Sofiye Williams, PA 500 E. Broward Blvd., Suite 1710 Fort Lauderdale FL 33394 | 08/10/2018 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Claim disallowed - Court Order ECF NO. 382 | | | | | | | | | | | |
| 7 | FRANK R ZOKAITES 375 Golfside Dr Wexford PA 15090 | 11/12/2019 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $77,430.14 | $77,430.14 | $0.00 | $0.00 | $0.00 | $77,430.14 |
| 8 | JEFFREY M. SISKIND 3465 Santa Barbara Drive Wellington FL 33414 | 02/10/2020 | Personal Prop and Intangibles - Non Consen | Disallowed | 4220-000 | $0.00 | $42,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Order Disallowing ECF NO. 380 | | | | | | | | | | | |
| | | | | | | $4,572,154.85 | $3,729,654.85 | $0.00 | $0.00 | $0.00 | | $3,729,654.85 |

**CLAIM ANALYSIS REPORT**

Page No: 4                     Exhibit C

| | |
|---|---|
| **Case No.** | 18-16248-MAM |
| **Case Name:** | CHANCE & ANTHEM, LLC |
| **Claims Bar Date:** | 08/10/2018 |

| | |
|---|---|
| **Trustee Name:** | Robert C. Furr, Trustee |
| **Date:** | 1/23/2025 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Ot | $213.58 | $213.58 | $0.00 | $0.00 | $0.00 | $213.58 |
| Accountant for Trustee Fees (Other | $90,002.36 | $90,002.36 | $0.00 | $0.00 | $0.00 | $90,002.36 |
| Attorney for Trustee Expenses (Othe | $7,311.92 | $7,311.92 | $0.00 | $0.00 | $0.00 | $7,311.92 |
| Attorney for Trustee Fees (Other Fi | $324,442.83 | $324,442.83 | $0.00 | $0.00 | $0.00 | $324,442.83 |
| General Unsecured 726(a)(2) | $3,994,966.03 | $3,194,966.03 | $0.00 | $0.00 | $0.00 | $3,194,966.03 |
| Personal Prop and Intangibles - Non Consen | $42,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $77,430.14 | $77,430.14 | $0.00 | $0.00 | $0.00 | $77,430.14 |
| Trustee Compensation | $34,195.05 | $34,195.05 | $0.00 | $0.00 | $0.00 | $34,195.05 |
| Trustee Expenses | $1,092.94 | $1,092.94 | $0.00 | $0.00 | $0.00 | $1,092.94 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:  18-16248-MAM
Case Name:  Chance & Anthem, LLC
Trustee Name:  Robert C. Furr

Balance on hand:  $606,265.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $606,265.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Robert C. Furr, Trustee Fees | $34,195.05 | $0.00 | $34,195.05 |
| Robert C. Furr, Trustee Expenses | $1,092.94 | $0.00 | $1,092.94 |
| Genovese Joblove & Battista PA, Attorney for Trustee Fees | $257,630.95 | $0.00 | $257,630.95 |
| Genovese Joblove & Battista PA, Attorney for Trustee Expenses | $7,250.28 | $0.00 | $7,250.28 |
| Alan R. Barbee, Accountant for Trustee Fees | $90,002.36 | $0.00 | $90,002.36 |
| Alan R Barbee, Accountant for Trustee Expenses | $213.58 | $0.00 | $213.58 |
| Other: George W. Liebmann, Attorney for Trustee Fees | $4,488.00 | $0.00 | $4,488.00 |
| Other: Venable LLP, Attorney for Trustee Fees | $62,323.88 | $0.00 | $62,323.88 |
| Other: George W. Liebmann, Attorney for Trustee Expenses | $42.50 | $0.00 | $42.50 |
| Other: Venable LLP, Attorney for Trustee Expenses | $19.14 | $0.00 | $19.14 |
| Other: Herbert Stettin PA, Arbitrator/Mediator for Trustee Fees | $3,093.75 | $3,093.75 | $0.00 |
| Other: Les Osborne, Arbitrator/Mediator for Trustee Fees | $3,600.00 | $3,600.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:  $457,258.68
Remaining balance:  $149,007.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $149,007.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $149,007.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,194,966.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Delmarva Power | $842.03 | $0.00 | $39.27 |
| 2 | Richard Barclay Neff Jr | $525,000.00 | $0.00 | $24,484.99 |
| 3 | Sarenil Associates, LLC c/o Frederick Volkwein | $669,124.00 | $0.00 | $31,206.65 |
| 4 | Christopher George and Dianna George | $2,000,000.00 | $0.00 | $93,276.15 |

Total to be paid to timely general unsecured claims: $149,007.06
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $77,430.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

| | | of Claim | Payments to Date | Amount |
|---|---|---|---|---|
| 7 | Frank R Zokaites | $77,430.14 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00