**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                    Case No. 18-16248-MAM
Chance & Anthem, LLC                                      Chapter 7


                   Debtor(s)
_____/

### Trustee's Summary of Requested Fees and Expenses

☐ [If Checked] The chapter 7 Trustee is **not required** to file and serve a Notice of Trustee's Final Report and Application for Compensation on all parties of record because the amount of net proceeds realized does not exceed the amount set forth in Bankruptcy Rule 2002(f)(8) and the amount of any application for compensation does not exceed the amount set forth in Bankruptcy rule 2002(a)(6).

| Docket Entry # | Applicant Name and Role | Total Fees<br>Total Expenses | Interim Fees Paid<br>Interim Expenses Paid | Additional Fees Requested<br>Additional Expenses Requested |
|---|---|---|---|---|
| 397 | Robert C. Furr, Trustee | $34,195.05<br>$1,092.94 | $0.00<br>$0.00 | $34,195.05<br>$1,092.94 |
| 392/395 | Genovese Joblove & Battista PA, Attorney for Trustee | $257,630.95<br>$7,250.28 | $0.00<br>$0.00 | $257,630.95<br>$7,250.28 |
| 107/141 | George W. Liebmann, Attorney for Trustee | $4,488.00<br>$42.50 | $0.00<br>$0.00 | $4,488.00<br>$42.50 |
| 393/396 | Venable LLP, Attorney for Trustee | $62,323.88<br>$19.14 | $0.00<br>$0.00 | $62,323.88<br>$19.14 |
| 373/394 | Alan R. Barbee, Accountant for Trustee | $90,002.36<br>$213.58 | $0.00<br>$0.00 | $90,002.36<br>$213.58 |

Dated: 03/21/2025                    Submitted by:


                                     /s/ Robert C. Furr, Trustee
                                     _____
                                     Robert C. Furr, Trustee
                                     2255 Glades Road, Suite 419A
                                     Boca Raton, FL 33431

LF-100 (05/04/09)