

ORDERED in the Southern District of Florida on April 17, 2025.

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:

                                                      Case No.  18-16248-MAM
                                                      Chapter 7

**CHANCE & ANTHEM, LLC**

        **Debtor(s)**        /

### ORDER AWARDING FINAL TRUSTEE AND PROFESSIONAL FEES AND EXPENSES

      THIS MATTER came before the court upon the final application for compensation and expenses [ECF# 397] filed by trustee, Robert C. Furr, the final application for compensation and expenses [ECF # 107 and 141] filed by George W. Liebmann, attorneys for the trustee, the final application for compensation and expenses [ECF# 392 and 395] filed by Genovese Joblove & Battista, attorneys for Trustee, the final application for compensation and expenses [ECF#393 and 396] filed by Venable LLP, attorneys for Trustee, and the final application for compensation

and expenses [ECF#373 and 394] filed by Alan R. Barbee, accountant for the Trustee. After notice to all creditors (if applicable), the court has considered the applications and finds that the following allowances are reasonable under the applicable provisions of the Bankruptcy Code, the criteria specified in 11 U.S.C. §§ 326, 328 and 330, the requirements of Bankruptcy Rule 2016, and in light of the principles stated in *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546 (1986); *Hensley v. Eckerhard*, 461 U.S. 424, 433 (1983); and *Norman v. Housing Auth. of Montgomery*, 836 F.2d 1291 (11th Cir. 1988).

Therefore, it is **ORDERED** as follows:

1. Robert C. Furr, Trustee is allowed final fees of $34,195.05 and total final expenses of $1,092.94, which include the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

2. George W. Liebmann, Attorney for Trustee, is allowed total final fees of $4,488.00 and total final expenses of $42.50, which include the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

3. Genovese Joblove & Battista PA, Attorneys for Trustee, is allowed total final fees of $257,630.95 and total final expenses of $7,250.28, which include the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

4. Venable LLP, Attorneys for Trustee, is allowed total final fees of $62,323.88 and total final expenses of $19.14, which include the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

5. Alan R. Barbee, Accountant for Trustee, is allowed total final fees of $90,002.36 and total final expenses of $213.58, which include the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

6. The trustee is authorized to make the balance of payments set forth in this order or to pay the awards pro rata if there are insufficient funds.

###

Submitted By:
Robert C. Furr, Chapter 7 Trustee
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
P: (561) 395-1840
F: (561) 338-7532

Email: trustee@furrtrustee.com

*The trustee shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F)*